RECEIVED

JUL 3 0 2004

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Faith Center Church Evangelistic Ministries, et al., | CASE NO. **C 04 3111** |
| Plaintiff(s), | |
| v. | **(Proposed)**<br>**ORDER GRANTING APPLICATION** |
| Federal D. Glover, et al., | **FOR ADMISSION OF ATTORNEY** |
| Defendant(s). | ***PRO HAC VICE*** |

Joshua W. Carden _____, an active member in good standing of the bar of

Arizona _____, whose business address and telephone number is  Alliance Defense

Fund, 15333 N. Pima Rd., Suite 165, Scottsdale, AZ 85260   (480) 444-0020

_____,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing   all Plaintiffs _____,

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

*vice.*  Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party.  All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: _Aug 5, 2004_

                    United States District/Magistrate Judge

Dockets.Justia.com