ALLIANCE DEFENSE FUND LAW CENTER
BENJAMIN W. BULL
Arizona State Bar No. 009940
JOSHUA W. CARDEN*
Arizona State Bar No. 021698
ELIZABETH A. MURRAY*
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (909) 461-7860
Fax: (909) 461-9056

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, a California nonprofit religious corporation, and HATTIE HOPKINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL D. GLOVER, member and Chair of the Contra Costa County Board of Supervisors, MARK DESAULNIER, member of the Contra Costa County Board | CASE NO. C-04-3111-EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

* appearing *pro hac vice*.
REQUEST FOR REASSIGNMENT - 1

of Supervisors, JOHN M. GIOIA, member of the Contra Costa County Board of Supervisors, MILLIE GREENBERG, member of the Contra Costa County Board of Supervisors, GAYLE B. UILKEMA, member of the Contra Costa County Board of Supervisors, JOHN SWEETEN, Contra Costa County Administrator, ANNE CAIN, Contra Costa County Librarian, and PATTY CHAN, Senior Branch Librarian for the Antioch branch of the Contra Costa County Public Library, LAURA O'DONAHUE, Administrative Deputy Director for the Antioch branch of the Contra Costa County Public Library, in their individual and official capacities,

Defendants.

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/17/04

Signature: [signature]

Counsel for Plaintiffs

REQUEST FOR REASSIGNMENT - 2