MICHAEL F. HERTZ
Acting Assistant Attorney General, Civil Division
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
PAUL G. FREEBORNE
Trial Attorney
Email: paul.freeborne@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6108
Washington, D.C. 20001
Phone: (202) 353-0543—Fax: (202) 616-8460

*Attorneys for the Government Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JEWEL, et al. | No. 08-cv-4373-VRW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | Honorable Vaughn R. Walker |
| NATIONAL SECURITY AGENCY, et al., | |
| Defendants. | |

Please take notice that the Clerk is hereby asked to enter the appearance of Paul G. Freeborne, Trial Attorney, United States Department of Justice, as counsel for the federal defendants sued in their official capacity and for the other agency defendants.

DATED: January 23, 2009  Respectfully Submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General, Civil Division
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel

PAUL G. FREEBORNE
Trial Attorney
Email: paul.freeborne@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Rm. 6102
Washington, D.C. 20001
Phone: (202) 353-0543—Fax: (202) 616-8460
Email: paul.freeborne@usdoj.gov

By: */s Paul G. Freeborne*
 Paul G. Freeborne

*Attorneys for the Government Defendants*