| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
|   | deberhart@omm.com |
| 2 | SHARON M. BUNZEL (S.B. #181609) |
|   | sbunzel@omm.com |
| 3 | COLLEEN M. KENNEDY (S.B. #227107) |
|   | ckennedy@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA 94111 |
|   | Telephone:   (415) 984-8700 |
| 6 | Facsimile:   (415) 984-8701 |
| 7 | Attorneys for Plaintiff eBay Inc. |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

EBAY INC.,

          Plaintiff,

  v.

DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,

          Defendants.

Case No.  C 08-4052 (PVT)

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

DECLINATION TO MAGISTRATE AND REQUEST FOR
REASSIGNMENT TO DIST JUDGE - C 08-4052 (PVT)

| | |
|---|---|
| 1 | The undersigned party hereby respectfully declines to consent to the assignment of |
| 2 | this case to a United States Magistrate Judge for trial and disposition and hereby requests |
| 3 | the reassignment of this case to a United States District Court Judge pursuant to Local |
| 4 | Rule 73-1(a)(1). |

Dated: September 3, 2008

O'MELVENY & MYERS LLP

By:   /s/ David R. Eberhart
      David R. Eberhart, Esq.
      Sharon M. Bunzel, Esq.
      Colleen M. Kennedy, Esq.
      Attorneys for Plaintiff eBAY INC.

SF1:726201.1