DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
COLLEEN M. KENNEDY (S.B. #227107)
ckennedy@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff eBay Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, <br><br> Defendants. | Case No. 08-04052 (PVT) <br><br> **PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 08-4052 (PVT)

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAIL** |
| 2 | I am a citizen of the United States and employed in San Francisco County, |
| 3 | California. I am over the age of eighteen years and not a party to this action. My business |
| 4 | address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111. I am |
| 5 | readily familiar with this firm's practice for collection and processing of correspondence |
| 6 | for mailing with the United States Postal Service. In the ordinary course of business, |
| 7 | correspondence collected from me would be processed on the same day, with postage |
| 8 | thereon fully prepaid and placed for deposit that day with the United States Postal Service. |
| 9 | On September 3, 2008 I served the following: |

**NOTICE OF COUNSEL'S CHANGE OF ADDRESS**

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**PROOF OF SERVICE**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

| | |
|---|---|
| Brian Dunning<br>15 High Bluff<br>Laguna Niguel, CA 92677 | Digital Point Solutions, Inc.,<br>c/o Shawn Hogan<br>8465 Regents Road, Apt. 448<br>San Diego, CA 92122 |
| Thunderwood Holdings, Inc.,<br>c/o Brian Dunning<br>15 High Bluff<br>Laguna Niguel, CA 92677 | BrianDunning.com<br>c/o Brian Dunning<br>15 High Bluff<br>Laguna Niguel, CA 92677 |
| Todd Dunning<br>1 Stockbridge<br>Aliso Viejo, CA 92656 | Kessler's Flying Circus<br>c/o Todd Dunning<br>1 Stockbridge<br>Aliso Viejo, CA 92656 |
| Shawn Hogan<br>8465 Regents Road, Apt. 448<br>San Diego, CA 92122 | |

1       I declare under penalty of perjury under the laws of the United States that
2 the above is true and correct. Executed on September 3, 2008, at San Francisco,
3 California.

                                                          /s/ Michael O'Donnell
                                                          Michael O'Donnell

SF1:726772.1