ALLIANCE DEFENSE FUND LAW CENTER
BENJAMIN W. BULL
Arizona State Bar No. 009940
JOSHUA W. CARDEN (PHV)
Arizona State Bar No. 021698
ELIZABETH A. MURRAY(PHV)
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (909) 461-7860
Fax: (909) 461-9056

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111-JSW <br><br> PROOF OF SERVICE BY FEDERAL EXPRESS |

\* appearing *pro hac vice*.
PROOF OF SERVICE BY FEDERAL EXPRESS - 1

Dockets.Justia.com

PROOF OF SERVICE BY FEDERAL EXPRESS

I am more than eighteen years old and not a party to this action. My place of employment and business address is Alliance Defense Fund Law Center, 15333 N. Pima Road, Suite 165; Scottsdale, Arizona 85260.

On September 30, 2004, I served the within document(s) upon the parties in this action:

1. DISPUTE RESOLUTION PROCEDURES in the Northern District of California Booklet;

2. ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT STATEMENT;

3. STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CERTIFICATION;

4. JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER.

by transmitting a true copy of the above-listed documents by placing a true and correct copy of the above-listed documents in a Federal Express envelope addressed to:

**Silvano B. Marchesi, County Counsel**
**Kelly M. Flanagan, Deputy County Counsel**
**Danielle R. Merida, Deputy County Counsel**
Office of the County Counsel
Contra Costa County
651 Pine Street, 9th Floor
Martinez, California 94553
Tel: 925-335-1800
Fax: 925-646-1078

(Attorneys for Defendents Federal D. Glover, Mark DeSaulnier, John M. Gioia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, Anne Cain, Patty Chan, and Laura O'Donahue) and then sealing the envelope, depositing it in the FedEx World Service Center located at 14202 N. Scottsdale Road, Scottsdale, Arizona 85254.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

PROOF OF SERVICE BY FEDERAL EXPRESS - 2

1 | Executed on September 30, 2004, in Scottsdale, Arizona.

_____
Danna S. Farney, Legal Assistant

PROOF OF SERVICE BY FEDERAL EXPRESS - 3