BENJAMIN W. BULL
Arizona State Bar No. 009940
JOSHUA W. CARDEN (PHV)
Arizona State Bar No. 021698
ELIZABETH A. MURRAY (PHV)
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
Alliance Defense Fund Law Center
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (909) 461-7860
Fax: (909) 461-9056

TERRY L. THOMPSON
California State Bar No. 199870
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **JOINT STIPULATION TO FILE AMENDED VERIFIED COMPLAINT** |

Now come the parties, by and through counsel, and respectfully request in this joint stipulation an order from the Court allowing Plaintiffs to file an Amended Verified Complaint pursuant to Federal Rule of Civil Procedure 15 and Civil Local Rule 10-1. The purpose of the amendment is to (1) add the Certification of Interested Entities or Persons required by Civil L.R. 3-16; and (2) focus the litigation by including in Verified Complaint ¶ 81 a reference to Defendants' current Policy for the Use of Meeting Rooms in Libraries as described in Defendants' Answer at ¶ 67 (Resolution No. 93/525), and attaching a true and correct copy of the current Policy as an additional exhibit.

The parties have further stipulated that the Defendants' Original Answer may serve as the responsive pleading to Amended Verified Complaint – as though it were filed in response to the Amended Verified Complaint – with the clarification that Defendants admit that Resolution No. 93/525 is the current Policy. (*See* Amended Verified Complaint ¶ 81 & Ex. E.)

In the Ninth Circuit, "Rule 15 advises the court that leave shall be freely given when justice so requires. This policy is to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (internal quotation marks omitted). In this case, no "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.," exists to bar the stipulated request for amended of the Verified Complaint. *Id.*

As required by Civil L.R. 10-1, the entire Amended Verified Complaint with exhibits is filed concurrently with this Stipulation.

**CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiffs certifies that true and correct copies of the foregoing document and the Amended Verified Complaint were served *via* federal express standard overnight delivery on

//

//

Kelly M. Flanagan
Office of the Contra Costa County Counsel
Administration Building
651 Pine Street, 9th Floor
Martinez, CA 94553-1229

on the 6th day of October, 2004.

Respectfully submitted by,

_____    Date: 10/6/04
Joshua W. Carden
Attorney for Plaintiffs


_____    Date: 10/4/04
Kelly M. Flanagan
Attorney for Defendants

### PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


_____    Date: _____, 2004.
The Honorable Jeffery S. White
U.S. District Court Judge

3