1

2

3

4

5      FAITH CENTER CHURCH                   )   No. C-04-3111 JSW
       EVANGELISTIC MINISTRIES, et al.,      )
6                                            )   **STIPULATION SELECTING ADR**
                                             )   **PROCESS [ADR L.R. 3-5]**
7              Plaintiffs,                   )
                                             )
8         v.                                 )   **ADR CERTIFICATION**
                                             )
9      FEDERAL D. GLOVER, et al.,            )
                                             )
10             Defendants.                   )
       _____

11

12         The parties stipulate to participate in the following ADR process:

13     **Court Processes:**

14     __ Arbitration            X̲ ENE              __ Mediation

15     The parties prefer that the neutral evaluator have expertise in the area of constitutional law.

16

17     Dated: 11/04/04            Joshua W. Carden_____
                                  Attorney for Plaintiffs

18

19     Dated: 11/12/04 _____   [signature]_____
                                  Attorney for Defendants

20

21

22

23

24

25

26

27

28

            **STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION**

                                                            Rev 4/01

Dockets.Justia.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

### E-FILING ATTESTATION

Pursuant to General Order 45 § X, The undersigned counsel for defendants attests that concurrence in the filing of this document has been given by the following signatories:

- Joshua W. Carden, Counsel for Plaintiffs; and
- Plaintiff Hattie Hopkins on her own behalf and as agent for Plaintiff Faith Center Church Evangelistic Ministries.

Dated: 11/04/04        /s/ Hattie Hopkins
                       **Plaintiff, and on behalf of Plaintiff Faith Center**

Dated: 11/04/04        /s/ Joshua W. Carden
                       **Counsel for Plaintiffs**

Dated: 11/12/04        _____
                       **Defendant John Sweeten, County Administrator, on behalf of Defendants**

Dated: 11/12/04        _____
                       **Counsel for Defendants**

**NOTE:** You also must concurrently submit a copy of any ADR Forms filed to the ADR Unit by fax (415-522-4112), hand delivery (ADR Program, 450 Golden Gate Avenue, 16th Floor, Room 16-6892, San Francisco, CA) or as a PDF attachment by email to adr@cand.uscourts.gov.

**STIPULATION SELECTING ADR PROCESS/ADR CERTIFICATION**

Rev 4/01