UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH

      Plaintiff(s),                                    No. C 04-03111 JSW

  v.                                                       **CLERK'S NOTICE**

FEDERAL D. GLOVER

      Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on January 28, 2005, at 9:00 a.m., immediately following the Motion for Preliminary Injunction, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** December 10, 2004, in this matter.

A joint case management conference statement shall be due on or before January 21, 2004.

                                              Richard W. Wieking
                                              Clerk, United States District Court

                                              By:_____/s/_____
                                              Jennifer Ottolini, Deputy Clerk
                                              Honorable Jeffrey S. White
                                              (415) 522-4173

Dated: November 15, 2004