IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH
EVANGELISTIC MINISTRIES, et al.,

      Plaintiffs,

vs.

FEDERAL D. GLOVER, et al.,

      Defendants.

CASE NO. C-04-3111 JSW

[Proposed] Order Approving Stipulation Selecting Early Neutral Evaluation

  The Court has received the parties' joint stipulation to participate in Early Neutral Evaluation. In light of the parties' stipulation, the Court finds good cause to grant the parties' request.

  IT IS SO ORDERED.

DATED: _____, 2004

              _____
              JEFFREY S. WHITE
              UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER APPROVING STIPULATION TO SELECT ENE**