1

2

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6    FAITH CENTER CHURCH                    CASE NO. C-04-3111 JSW
     EVANGELISTIC MINISTRIES, et al.,
7                                           ~~[Proposed]~~ Order Approving Stipulation
                          Plaintiffs,       Selecting Early Neutral Evaluation
8
             vs.
9
     FEDERAL D. GLOVER, et al.,
10
                          Defendants.
11

12        The Court has received the parties' joint stipulation to participate in Early Neutral

13   Evaluation.  In light of the parties' stipulation, the Court finds good cause to grant the

14   parties' request.

          IT IS SO ORDERED.
15

16

17   DATED: November 16   , 2004

                                            /s/ Jeffrey S. White
18                                          _____
                                            JEFFREY S. WHITE
19                                          UNITED STATES DISTRICT JUDGE

20

21   cc:  ADR
          Department
22

23

24

25

26

27

28

~~[PROPOSED]~~ ORDER APPROVING STIPULATION TO SELECT ENE