# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Faith Center Church Evengelist Ministries, <br><br>                    Plaintiff(s), <br><br>    v. <br><br> Glover, <br><br>                    Defendant(s). | 04-03111 JSW ENE <br><br> **Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Harold J. McElhinny**
Morrison & Foerster
425 Market St.
San Francisco, CA 94105
415-268-7265
hmcelhinny@mofo.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointmentof Evaluator**
04-03111 JSW ENE                       - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: December 7, 2004

                                RICHARD W. WIEKING
                                Clerk
                                by:    Claudia M. Forehand

                                _____/s/_____
                                ADR Case Administrator
                                415-522-2059
                                Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
04-03111 JSW ENE                        - 2 -

**PROOF OF SERVICE**

Case Name:       Faith Center Church Evengelist Ministries v. Glover

Case Number:     04-03111 JSW ENE

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action.  My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On December 7, 2004, I served a true and correct copy of:

>   **Notice of Appointment of Evaluator**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   **Joshua William Carden**
>   Alliance Defense Fund Law Center
>   15333 N. Pima Road, Suite 165
>   Scottsdale, AZ 85260
>   jcarden@alliancedefensefund.org
>
>   **Terry Lee Thompson**
>   Law Offices of Terry L. Thompson
>   Post Office Box 1346
>   Alamo, CA 94507
>   tl_thompson@earthlink.net
>
>   **Benjamin Wyman Bull**
>   Alliance Defense Fund Law Center
>   15333 North Pima Road, Suite 165
>   Scottsdale, AZ 85260
>   bbull@telladf.org
>
>   **Robert Henry Tyler**
>   Alliance Defense Fund Law Center
>   38760 Sky Canyon Drive, Suite B
>   Murrieta, CA 92563

    rtyler@telladf.org

**Kelly M. Flanagan**
Contra Costa County
Office of the County Counsel
651 Pine Street, 9th Floor
Martinez, CA 94553
kflan@cc.cccounty.us

**Danielle Renee Merida**
Contra Costa County
651 Pine Street
Martinez, CA 94553-1229
dmeri@cc.cccounty.us

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[X] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

>**Elizabeth A. Murray**
>Alliance Defense Fund Law Center
>15333 N. Pima Road, Suite 165
>Scottsdale, AZ 85260
>
>**Harold J. McElhinny**
>Morrison & Foerster
>425 Market St.
>San Francisco, CA 94105
>hmcelhinny@mofo.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 7, 2004 in San Francisco, California.

>RICHARD W. WIEKING
>Clerk
>by:    Claudia M. Forehand
>
>_____/s/_____
>ADR Case Administrator
>415-522-2059
>Claudia_Forehand@cand.uscourts.gov