1  SILVANO B. MARCHESI (State Bar No. 42965)
   County Counsel
2  KELLY M. FLANAGAN (State Bar No. 145018)
   Deputy County Counsel
3  DANIELLE R. MERIDA (State Bar No. 217465)
   Deputy County Counsel
4  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
5  Martinez, California  94553-1288
   Telephone:    (925) 335-1800
6  Facsimile:    (925) 646-1078

7  Attorneys for Defendants

Faith Center Church Evengelist Ministries et al v. Glover et al     Doc. 30

8

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  FAITH CENTER CHURCH EVANGELISTIC          )    Civil Action No. C 04-3111 JSW
    MINISTRIES, a California nonprofit religious   )
14  corporation, and HATTIE HOPKINS, an individual, )
                                                 )    **DECLARATION OF ANNE CAIN**
15                                               )    **IN SUPPORT OF DEFENDANTS'**
                        Plaintiffs,              )    **OPPOSITION TO PLAINTIFFS'**
16                                               )    **MOTION FOR PRELIMINARY**
            v.                                   )    **INJUNCTION**
17                                               )
                                                 )    Hearing Date: January 28, 2005
18  FEDERAL GLOVER, et al.                       )    Hearing Time: 9:30 a.m.
                                                 )    Dept.: Courtroom 2
19                      Defendants.              )
                                                 )
20                                               )
                                                 )
21  _____)

22      I, Anne Cain, declare as follows:

23      1.    I am the Contra Costa County Librarian and I have held that position for 5

24  years.

25      2.    I am responsible for overseeing the operation of all County libraries,

26  implementing County Library policies and recommending any new policies to the County's

27  Board of Supervisors.

28  _____
    DECLARATION OF ANNE CAIN IN SUPPORT OF DEFENDANTS'
    OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
                                          C04-3111 JSW — PAGE 1

1    3.    Patrons of the County libraries, including the Antioch public library, reflect

2  the population of the County which is diverse in, among other things, age, gender, ethnicity

3  and religious faith.

4    4.    Many Contra Costa County libraries have a meeting room which community

5  members may reserve for certain purposes.  Non-profit organizations generally do not pay

6  for use of the meeting room.

7    5.    The Antioch library meeting room is situated directly in the library itself

8  and the entrance to the meeting room is located off of the main entrance.  The meeting

9  room shares a wall with the library staff break room.  The meeting room is not sound-

10  proofed.

11    6.    Members of the community may reserve a library meeting room by calling

12  or coming into the branch where they would like to meet and asking that a reservation be

13  placed on the library calendar.  If a person comes into the branch to make a reservation they

14  are handed an application and if a person calls in a reservation they are mailed an

15  application.  They are informed that they are required to submit a completed application to

16  the branch prior to date they would like to use the meeting room.  They are also informed

17  that their reservation is contingent on the County's approval of a completed application.

18    7.    The County maintains a policy on the use of library meeting rooms which

19  encourages the use of meeting rooms for "educational, cultural and community related

20  meetings, programs, and activities."

21    8.    Over the years the County's library meeting room use policy has been

22  refined to comport with the Library's mission and applicable laws.

23    9.    On December 14, 2004 the County Board of Supervisors rescinded

24  Resolution 93/525.  That policy  included a provision prohibiting "religious services or

25  activities."  The new policy removes the prohibition against religious "activities" and

26  maintains the prohibition of "religious services."  A true and correct copy of the County's

27  current library policy, Resolution No. 2004/655, is attached hereto as Exhibit A.

28
_____
DECLARATION OF ANNE CAIN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

10.    In early May 2004, Plaintiffs came into or phoned the Antioch branch of the County library requesting permission to use the meeting room for a "prayer workshop" on Saturday, May 29, 2004 from 11:00 a.m. to 3:00 p.m.  A reservation was marked on the library calendar and they were provided an application.  Plaintiffs did not return a completed application until after they used the Antioch library meeting room on May 29, 2004.  A true and correct copy of Plaintiffs' application to use the Antioch library meeting room is attached to the First Amended Complaint as Exhibit A.

11.    On May 29, 2004, Plaintiffs used the Antioch library meeting room for what their application described as "prayer, praise and worship."

12.    Plaintiffs' "prayer, praise and worship" could be heard outside the meeting room.

13.    Plaintiffs were prohibited from using the library meeting rooms in the future because "prayer, praise and worship" constitutes a "religious service" in violation of the County's former and current policy.

The foregoing facts are within my personal knowledge and, if I am called as a witness in this matter, I can competently testify to the above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on _January 6_, 2005, in Martinez, California.

Dated Jan. 6, 2005

Anne Cain,
County Librarian

DECLARATION OF ANNE CAIN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**EXHIBIT A**

# THE BOARD OF SUPERVISORS OF CONTRA COSTA COUNTY, CALIFORNIA

Adopted this Resolution on      December 14, 2004                      , by the following vote:

**AYES:**     SUPERVISORS GIOIA, UILKEMA, GREENBERG, DESAULNIER
**NOES:**     NONE
**ABSENT:**   SUPERVISOR GLOVER
**ABSTAIN:** none

RESOLUTION NO.     2004/655

SUBJECT:   **IN THE MATTER OF ADOPTING A POLICY FOR THE USE OF MEETING ROOMS IN LIBRARIES**

Upon recommendation of the County Librarian, this Board adopts the following policy and rescinds all previously adopted policies and rules and regulations (including Resolution No. 93/525 in its entirety) for the use of meeting rooms in libraries:

## Contra Costa County Library
### POLICY FOR THE USE OF MEETING ROOMS IN LIBRARIES

It is the policy of the Contra Costa County Library to encourage the use of library meeting rooms for educational, cultural and community related meetings, programs, and activities.

NO-FEE USAGE
Non-profit and civic organizations, for-profit organizations, schools and governmental organizations offering meetings, programs, or activities of educational, cultural or community interest may use the meeting room free of charge for meetings that are open to the general public, for which no admission fee is charged, and at which no soliciting or selling is done.

FEE-BASED USAGE
Non-profit and civic organizations, for-profit organizations, schools and governmental organizations may use the meeting room for a fee for meetings that are closed to the general public, for which an admission fee is charged, or at which soliciting or selling takes place.

EDUCATIONAL USE
Library meeting rooms are available to schools only for special meetings, programs, or activities. They may not be used for instructional purposes as a regular part of the curriculum.

RELIGIOUS USE
Library meeting rooms shall not be used for religious services.

APPLICATIONS FOR USE
All groups request use of a library meeting room must fully complete an application form for each use.

RULES FOR USE
The County Librarian shall promulgate rules for the implementation of this policy. Such rules may contain branch specific rules. The County Librarian may deny any application or revoke any permission previously granted when such application or permission is for a use not permitted by this policy, when the applicant has violated the rules promulgated by the County Librarian, or when the meeting room is needed for library purposes.

cc:   County Librarian
      County Administrator
      County Counsel

I hereby certify that this is a true and correct copy of an action taken and entered on the minutes of the Board of Supervisors on the date shown.

ATTESTED: _December 14, 2004_
JOHN SWEETEN, Clerk of the Board
of Supervisors and County Administrator

By _____ , Deputy

12/1/2004