1 SILVANO B. MARCHESI (State Bar No. 42965)
County Counsel
2 KELLY M. FLANAGAN (State Bar No. 145018)
Deputy County Counsel
3 DANIELLE R. MERIDA (State Bar No. 217465)
Deputy County Counsel
4 COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
5 Martinez, California 94553-1288
Telephone:    (925) 335-1800
6 Facsimile:    (925) 646-1078

7 Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, a California nonprofit religious corporation, and HATTIE HOPKINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL GLOVER, et al.<br><br>Defendants. | Civil Action No. C 04-3111 JSW<br><br>**DECLARATION OF DANIELLE R. MERIDA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: January 28, 2005<br>Hearing Time: 9:30 a.m.<br>Dept.: Courtroom 2 |

I, Danielle Merida, declare as follows:

1.    I am a Deputy County Counsel for the County of Contra Costa.

2.    Plaintiffs' Initial Disclosures contained an undated flyer that advertised the event held at the Antioch County Library on May 29, 2004. They flyer states that a "Schedule of Wordshop" was to take place from 11:00 a.m. to 12:00 p.m. and that "Praise and Worship" was to take place from 1:00 p.m. to 3:00 p.m. A true and correct copy of that

---

DECLARATION OF DANIELLE R. MERIDA IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

C04-3111 JSW – PAGE 1

Dockets.Justia.com

1  flyer, bates labeled FCvG0007 is attached hereto as Exhibit A.

2  The foregoing facts are within my personal knowledge and, if I am called as a
3  witness in this matter, I can competently testify to the above.

4  I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct and that this declaration was executed on January 6,
6  2005, in Martinez, California.

7  Dated Jan. 6, 2005

Danielle R. Merida,
Deputy County Counsel

**EXHIBIT A**

 

# W.M.F.C. INTERNATIONAL FELLOWSHIP
### Women and Men For Christ

*PRESENTS*

## "WOMEN OF EXCELLENCE CONFERENCE"

COMING TO ANTIOCH, CALIFORNIA, ON MAY 29th, 2004, WHERE THE POWER OF GOD WILL BE MOVING TO BRING MIRACLES INTO YOUR LIFE. "FOR THIS IS THE HOUR OF THE BELIEVER", THUS SAITH THE LORD, FOR DIVINE IMPARTATION OF SPIRITUAL GIFTS, AND EMPOWERMENT, FOR THE BODY OF CHRIST TO MOVE FORWARD IN TOTAL VICTORY. COME AND RECEIVE YOUR BLESSING!

PLACE: ANTIOCH PUBLIC LIBRARY
501 W. 18TH St.
Antioch, California 94509

TIME: Free Registration begins at 10:30 A.M., (All are Welcome)
Refreshments will be served following Wordshop.

SCHEDULE OF WORDSHOP 11:00 AM - 12:00 PM.
TOPIC: "The Making Of An Intercessor," an Endtime call to Prayer for every Believer, and how to pray fervent, effectual Prayers that God hears and answers.

PRAISE & WORSHIP 1:00 PM - 3:00 PM.
SPECIAL SPEAKER: DR. HATTIE HOPKINS
SERMON: "Position Yourselves For Victory"

For More Information Ph. (916) 454-3450   For Directions, see Map on back.
Sponsored By Faith Center Evangelistic Ministries Outreach

FCvG0007