ALLIANCE DEFENSE FUND LAW CENTER
BENJAMIN W. BULL
Arizona State Bar No. 009940
JOSHUA W. CARDEN*
Arizona State Bar No. 021698
ELIZABETH A. MURRAY*
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (951) 461-7860
Fax: (951) 461-9056

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **AFFIDAVIT OF ROBERT H. LEACH IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> **Hearing Date: January 28, 2005** <br><br> **Hearing Time: 9:00 a.m.** |

AFFIDAVIT OF ROBERT H. LEACH IN
SUPPORT OF PLAINTIFFS' REPLY TO
DEFENDANTS' OPPOSITION TO MOTION
FOR PRELIMINARY INJUNCTION - 1

1  I, ROBERT H. LEACH, hereby swear and depose as follows:

2  1.  I am a resident of Walnut Creek, California.

3  2.  I am competent and over the age of majority.

4  3.  On or about August 4, 2004, Susan Caldwell, Administrative Services Officer of the Contra Costa County Library, gave me copies of the "Application and Permit for Use of Meeting Room" forms that were submitted to the Contra Costa County Library.

4.  Attached to this affidavit, as exhibits A through L, are true and correct copies of a sampling of the applications provided by Ms. Caldwell.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the foregoing Affidavit and the factual allegations thereof and that to the best of my knowledge the facts alleged therein are true and correct.

Executed this 14th day of January, 2005 in Walnut Creek, California.

By:  /s/ Robert H. Leach

AFFIDAVIT OF ROBERT H. LEACH IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION - 2