# Contra Costa County Library
## APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library **Ygnacio Valley Library**
Date of Meeting **June 15, 2004**
Time of Meeting: From **6:30** To **9:30 pm** Total time **3 hours**
Name of Applicant **Walden Park Homeowners Assn.**
Name of Organization **Same**
Purpose of Organization **Homeowners Assn.**
Purpose of Meeting **Board of Directors Meeting**

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that **Walden Park HOA** shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of **Walden Park HOA** or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. **Walden Park HOA** will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of **Walden Park HOA**.
(name of person)

Signature ███████████████ Date **5/22/04**
Position in organization **PRESIDENT, BOD / WALDEN PARK HOA**
Home address ███████████████ Phone ███████
Business address _____ Phone _____

-- For Library Use Only --

**Non Fee Use**
Approved ☒
Not Approved ☐   Reason: _____

**Fee Based Use**
Approved ☐
Not Approved ☐   Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge **J. Reilly**    Date _____

**EXHIBIT A**

Dockets.Justia.com

Contra Costa County Library

APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library _MMN_
Date of Meeting _7-20-04_
Time of Meeting: From _7 PM_ To _9 PM_ Total time _2_
Name of Applicant ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Name of Organization _Boy Scout Troop 153_
Purpose of Organization _Youth_
Purpose of Meeting _Planning_

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ shall defend, indemnify, save, and hold harmless Contra
        (name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or its agents, servants, employees, or subcontractors hereunder, save and except claims
  (name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. ▓▓▓▓▓▓▓▓▓▓▓▓ will reimburse Contra Costa County for any expenditures, including
        (name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of ▓▓▓▓▓▓▓▓▓▓▓▓.
                                                                                      (name of person)
Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓ Date _7-22-04_
Position in organization _Scoutmaster_
Home address ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Phone ▓▓▓▓▓▓
Business address _Retired_ Phone _____

-- For Library Use Only --

Non Fee Use
Approved [✓]
Not Approved [ ]  Reason: _____

Fee Based Use
Approved [ ]
Not Approved [ ]  Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge _P. Cl____  Date _7/20/04_

**EXHIBIT B**

Form 3-12 (revised 8/02)

Contra Costa County Library

APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library **Ygnacio**
Date of Meeting **Friday, July 23, 2004**
Time of Meeting: From **Noon** To **1:30 pm** Total time **90 mins.**
Name of Applicant ███████████████
Name of Organization **Girl Scouts of Walnut Creek**
Purpose of Organization **Child development**
Purpose of Meeting **event planning**

███████████████████████████████████████████

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that ███████████████ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of ███████████████ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. ███████████████ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of ███████████████
(name of person)
Signature ███████████████ Date **7/10/04**
Position in organization **Coordinator**
Home address ███████████████ Phone ███████
Business address _____ Phone ███████

-- For Library Use Only --

Non Fee Use
Approved ☐
Not Approved ☐   Reason: _____

Fee Based Use
Approved ☐
Not Approved ☐   Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge **GR**   Date **7-23-04**

**EXHIBIT C**

## Contra Costa County Library

### APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __Antioch Public Library__
Date of Meeting __Wednesday July 21st, 2004__
Time of Meeting: From __4:30__ To __8:30__ - Total time __4 hours.__
Name of Applicant __[redacted]__
Name of Organization __Sierra Club__
Purpose of Organization __Environmental non-profit__
Purpose of Meeting __Letter writing__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __[redacted]__ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __[redacted]__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __[redacted]__ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __[redacted]__.
(name of person)

Signature __[redacted]__                                  Date __July 21, 2004__
Position in organization __Organizer__
Home address __[redacted]__                              Phone __[redacted]__
Business address __2530 San Pablo Ave__                  Phone __510.421.0256__
__Berkeley, CA 94704.__

-- For Library Use Only --

Non Fee Use
Approved [✓]
Not Approved [ ]  Reason: _____

Fee Based Use
Approved [ ]
Not Approved [ ]  Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge __P. Ch___   Date __7/21/04__

Form 3-12 (revised 8/02)

**EXHIBIT D**

## Contra Costa County Library

### APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __ANTIOCH PUBLIC LIBRARY__
Date of Meeting __JULY 11, 2004__
Time of Meeting: From __9:30 A__ To __11:00 A__ Total time __1½ Hour__
Name of Applicant __[redacted]__
Name of Organization __NARCOTICS ANONYMOUS__
Purpose of Organization __RECOVERY__
Purpose of Meeting __RECOVERY from DRUGS__

[redacted bar]

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __[redacted]__ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __[redacted]__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __[redacted]__ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __[redacted]__.
(name of person)

Signature __[redacted]__    Date __7-10-04__
Position in organization __KEYMASTER__
Home address __[redacted]__    Phone __[redacted]__
Business address __N/A__    Phone _____

-- For Library Use Only --

Non Fee Use
Approved [✓]
Not Approved [ ]    Reason: _____

Fee Based Use
Approved [ ]
Not Approved [ ]    Reason: _____
Amount of Fee Received: _____    Received by: _____

Librarian in charge __P. C_____    Date __7/10/04__

**EXHIBIT E**

Form 3-12 (revised 8/02)

Contra Costa County Library

APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library  _Moraga Library_
Date of Meeting  _June 24_
Time of Meeting: From _4_ To _10_  Total time _6 hrs_
Name of Applicant _____
Name of Organization _Moraga Historical Society_
Purpose of Organization _____
Purpose of Meeting _____

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that _MHS_ shall defend, indemnify, save, and hold harmless Contra
               (name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of _MHS_ or its agents, servants, employees, or subcontractors hereunder; save and except claims
   (name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. _MHS_ will reimburse Contra Costa County for any expenditures, including
         (name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of _____
                                                                                                   (name of person)
Signature ~~[redacted]~~  Date _4/1/04_
Position in organization _Board_
Home address ~~[redacted]~~  Phone ~~[redacted]~~
Business address _____  Phone _____

-- For Library Use Only --

Non Fee Use
Approved [✓]
Not Approved [ ]  Reason: _____

Fee Based Use
Approved [ ]
Not Approved [ ]  Reason: _____
Amount of Fee Received: _____  Received by: _____

Librarian in charge _Linda Walthrop_  Date _4/1/04_

**EXHIBIT F**

Contra Costa County Library

APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __CONCORD__
Date of Meeting __JUNE 10, 2004__
Time of Meeting: From __7:30 PM__ To __9:00 PM__ Total time _____
Name of Applicant __[redacted]__
Name of Organization __DUCKS & DUCKS INC__
Purpose of Organization __RECREATION__
Purpose of Meeting __MONTHLY BUSINESS__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that ____[redacted]____ shall defend, indemnify, save, and hold harmless Contra
    (name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of ____[redacted]____ or its agents, servants, employees, or subcontractors hereunder, save and except claims
    (name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. ____[redacted]____ will reimburse Contra Costa County for any expenditures, including
    (name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of ____[redacted]____
    (name of person)

Signature __[redacted]__                              Date __12-11-03__
Position in organization __EXEC OFFICER__
Home address __[redacted]__                          Phone __[redacted]__
Business address _____"_____                       Phone _____"_____

-- For Library Use Only --

Non Fee Use
Approved ☐
Not Approved ☐   Reason: _____

Fee Based Use
Approved ☐
Not Approved ☐   Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge __[signature]__                  Date __12-12-03__

**EXHIBIT G**

Contra Costa County Library

APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __Antioch  June 28__
Date of Meeting __Monday ~~April 23~~, 2004__
Time of Meeting: From __7 PM__ To __9 PM__ Total time __2 hour__
Name of Applicant ___[redacted]___
Name of Organization __East Contra Costa Democratic Club__
Purpose of Organization __Let people learn about Democratic candidates/issues__
Purpose of Meeting __Present issues/candidates to members__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that ___[redacted]___ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of ___[redacted]___ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. ___[redacted]___ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of ___[redacted]___
(name of person)
Signature ___[redacted]___  Date __2-23-04__
Position in organization __President__
Home address ___[redacted]___  Phone ___[redacted]___
Business address __350 Rheem Blvd Moraga__  Phone _____

-- For Library Use Only --

Non Fee Use
Approved [✓]
Not Approved [ ]  Reason: _____

Fee Based Use
Approved [ ]
Not Approved [ ]  Reason: _____
Amount of Fee Received: _____  Received by: _____

Librarian in charge __P. Ch___  Date __6/21/04__

EXHIBIT H

## Contra Costa County Library

### APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library **Ygnacio Valley Library**
Date of Meeting **07/21/04**
Time of Meeting: From **6 pm** To **8:30 p** Total time **2½ hours**
Name of Applicant ███████████
Name of Organization **Jewish Family & Children's Services of the East Bay**
Purpose of Organization **Dialogues with multicultural groups**
Purpose of Meeting **Women's group**

███████████████████████████████████████████

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that ███████████████ shall defend, indemnify, save, and hold harmless Contra
             *(name of person)*
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of ███████████ or its agents, servants, employees, or subcontractors hereunder, save and except claims
*(name of person)*
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. ███████████████ will reimburse Contra Costa County for any expenditures, including
             *(name of person)*
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of ███████████
                                                                                    *(name of person)*
Signature ███████████ Date **07/06/04**
Position in organization **Case Manager of JFCS**
Home address ███████████████████ Phone ███████
Business address **1850 Tice Valley Blvd** Phone **925-202-5308**

---

-- For Library Use Only --

**Non Fee Use**
Approved ☒
Not Approved ☐  Reason: _____

**Fee Based Use**
Approved ☐
Not Approved ☐  Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge **J. Reilly**   Date **7-07-04**

**EXHIBIT I**

Contra Costa County Library
APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __Moraga__
Date of Meeting __7/13/04__
Time of Meeting: From __700pm__ To __900pm__ Total time __2 hrs__

Name of Applicant __[redacted]__
Name of Organization __Moragans for Housing Options__
Purpose of Organization __Advocacy for a variety of housing in Moraga.__
Purpose of Meeting __Updating members and public on town plans__

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that __Moragans for Housing Options__ shall defend, indemnify, save, and hold harmless Contra
             (name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of __MFHO__ or its agents, servants, employees, or subcontractors hereunder, save and except claims
     (name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. __MFHO__ will reimburse Contra Costa County for any expenditures, including
           (name of person)
reasonable attorneys fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of __MFHO__
                                                                                                      (name of person)

Signature __[redacted]__ Date __5/1/04__

Position in organization __Founder__

Home address __[redacted]__ Phone __[redacted]__

Business address _____ Phone _____

-- For Library Use Only --

Non Fee Use
Approved ☒
Not Approved ☐ Reason: _____

Fee Based Use
Approved ☐
Not Approved ☐ Reason: _____
Amount of Fee Received: _____ Received by: _____

EXHIBIT J

## Contra Costa County Library

### APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __CONCORD PUBLIC LIBRARY__
Date of Meeting __JUNE 17, 2004__
Time of Meeting: From __7 PM__ To __9 PM__ Total time __2 HRS.__
Name of Applicant ███████████
Name of Organization __IPMS PLASTIC MODELERS__
Purpose of Organization __PROMOTE PLASTIC MODELING__
Purpose of Meeting __SAME__

███████████████████████████████████████████

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that ███████████████ shall defend, indemnify, save, and hold harmless Contra
(name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of ███████████████ or its agents, servants, employees, or subcontractors hereunder, save and except claims
(name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees ███████████████ will reimburse Contra Costa County for any expenditures, including
(name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of ███████████████
(name of person)
Signature ███████████████ Date __2/19/04__
Position in organization __PRESIDENT__
Home address ███████████████ Phone ███████
Business address __AEROCRAFTERS 2232 AIRPORT BLVD.__ Phone __527-8480__
__SANTA ROSA, CA 95403__

---

### -- For Library Use Only --

Non Fee Use
Approved ☐
Not Approved ☐   Reason: _____

Fee Based Use
Approved ☐
Not Approved ☐   Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge __M. [signature]__   Date __2-24-04__

**EXHIBIT K**

## Contra Costa County Library

### APPLICATION AND PERMIT FOR USE OF MEETING ROOM

Name of Library __CONCORD MAIN__
Date of Meeting __JUNE 8 - 04__
Time of Meeting: From __12 NOON__ To __3PM__ Total time __3 HRS__
Name of Applicant __CONCORD ART ASSOCIATION__
Name of Organization __CONCORD ART ASSOCIATION__
Purpose of Organization __BRING ART TO PUBLIC + BUSINESS MEETING__
Purpose of Meeting _____

I have read and agree to abide by and uphold all rules and policies of the Contra Costa County Library and the branch library governing the use of library premises or equipment, and I understand that failure to do so will result in loss of future privileges in the use of library meeting rooms. I understand that there is a no refund policy on the fee-based use of meeting rooms.

I agree that _____ shall defend, indemnify, save, and hold harmless Contra
   (name of person)
Costa County and its officers and employees from any and all claims, costs, and liability for any damages, sickness, death, or injury to person(s) or property, including without limitation all consequential damages, from any cause whatsoever arising directly or indirectly from or connected with the operations or services of _____ or its agents, servants, employees, or subcontractors hereunder, save and except claims
   (name of person)
or litigation arising through the sole negligence or sole willful misconduct of Contra Costa County or its officers or employees. _____ will reimburse Contra Costa County for any expenditures, including
   (name of person)
reasonable attorneys' fees, Contra Costa County may make by reason of the matters that are the subject of this indemnification, and if requested by Contra Costa County, will defend any claims or litigation to which this indemnification provision applies at the sole cost and expense of _____
                                                                                          (name of person)
Signature _____ Date __7-14-04__
Position in organization __PRESIDENT__
Home address _____ Phone _____
Business address _____ Phone _____

---

-- For Library Use Only --

**Non Fee Use**
Approved ☐
Not Approved ☐    Reason: _____

**Fee Based Use**
Approved ☐
Not Approved ☐    Reason: _____
Amount of Fee Received: _____ Received by: _____

Librarian in charge __M. Murray__    Date __4-16-04__

**EXHIBIT L**