1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   FAITH CENTER CHURCH EVANGELISTIC
    MINISTRIES, et al.
10                                                      No. C 04-03111 JSW

11          Plaintiffs,

12      v.
                                                   **ORDER VACATING HEARING**
13   FEDERAL D. GLOVER, et al.                     **DATE**

14          Defendants.
    _____/
15

16          Plaintiffs' motion for a preliminary injunction is currently set for hearing on Friday, January 28,

17   2005 at 9:00 a.m.  This matter is now fully briefed and ripe for decision.  The Court finds that this

     matter is appropriate for disposition without oral argument and the matter is deemed submitted.  *See*

18   N.D. Civ. L.R. 7-1(b).  Accordingly, the hearing set for January 28, 2005 is **VACATED**.

19          The initial case management conference set to follow the hearing on the motion for preliminary

20   injunction shall be held on Friday, January 28, 2005 at 1:30 p.m. on the Court's regularly scheduled

21   case management calendar.  The parties Joint Case Management Statement is due by January 21,

22   2005.

23          **IT IS SO ORDERED.**

24   Dated:  January 20, 2005                         /s/ Jeffrey S. White
                                                     JEFFREY S. WHITE
25                                                   UNITED STATES DISTRICT JUDGE

26

27

28

United States District Court
For the Northern District of California