ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
JOSHUA W. CARDEN (admitted *pro hac vice*)
Arizona State Bar No. 021698
ELIZABETH A. MURRAY (admitted *pro hac vice*)
Arizona State Bar No. 022954
Alliance Defense Fund
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (951) 461-7860
Fax: (951) 461-9056

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111-JSW <br><br> NOTICE AND MOTION FOR PERMISSION TO WITHDRAW OF JOSHUA W. CARDEN, COUNSEL FOR PLAINTIFFS |

NOTICE AND MOTION FOR WITHDRAWAL - JWC - 1

Comes now Joshua W. Carden, counsel for Plaintiffs in this case, and pursuant to Civil Local Rule 11-5, notifies the parties of intent to withdraw as attorney of record as a consequence of accepting another professional position, and moves that the Court permit withdrawal. The following are grounds for this notice and motion:

1. On April 19, 2005, I consulted with the Plaintiffs regarding this notice and motion and the Plaintiffs consent to withdrawal.

2. Other counsel from the firm remain in this case on behalf of the Plaintiffs and this will withdrawal will result in no prejudice to Plaintiffs.

3. Papers may continue to be served on Mr. Bull, Ms. Murray, Mr. Tyler, and Mr. Thompson, counsel for Plaintiffs.

4. An application to practice *pro hac vice* is being submitted by Gary S. McCaleb under separate cover.

Dated: April 19, 2005

                              Benjamin W. Bull
                              Joshua W. Carden
                              Elizabeth A. Murray
                              Robert H. Tyler
                              ALLIANCE DEFENSE FUND

                              Terry L. Thompson
                              LAW OFFICES OF TERRY L. THOMPSON

                              /s/Joshua W. Carden
                              Joshua W. Carden
                              Attorneys for Plaintiffs

NOTICE AND MOTION OF WITHDRAWAL - JWC - 2