1  ALLIANCE DEFENSE FUND
   BENJAMIN W. BULL
2  Arizona State Bar No. 009940
   JOSHUA W. CARDEN (admitted *pro hac vice*)
3  Arizona State Bar No. 021698
   ELIZABETH A. MURRAY (admitted *pro hac vice*)
4  Arizona State Bar No. 022954
5  Alliance Defense Fund
   15333 N. Pima Rd., Suite 165
6  Scottsdale, AZ 85260
   Phone: (480) 444-0020
7  Fax: (480) 444-0028
8
   ROBERT H. TYLER
9  California State Bar No. 179572
   38760 Sky Canyon Drive, Suite B
10 Murietta, CA 92563
   Phone: (951) 461-7860
11 Fax: (951) 461-9056
12
   LAW OFFICES OF TERRY L. THOMPSON
13 TERRY L. THOMPSON
   California State Bar No. 199870
14 P.O. Box 1346
   Alamo, CA 94507
15 Phone (925) 855-1507
   Fax: (925) 820-6034
16 (designated local counsel)
17
   Attorneys for Plaintiffs
18
19             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
20               SAN FRANCISCO DIVISION
21 FAITH CENTER CHURCH
   EVANGELISTIC MINISTRIES, et al.,        CASE NO. C-04-3111-JSW
22
23       Plaintiffs,
24 v.                                      [PROPOSED] ORDER GRANTING
                                           MOTION TO WITHDRAW JOSHUA W.
25 FEDERAL D. GLOVER, et al.,              CARDEN, COUNSEL FOR PLAINTIFFS
26       Defendants.
27
28

[PROPOSED] ORDER GRANTING WITHDRAWAL - JWC - 1

Dockets.Justia.com

1    This matter is before the Court on the Notice and Motion for Permission to Withdraw of

2    Joshua W. Carden, Counsel for Plaintiffs. For the reasons stated in the motion, and for good

3    cause appearing, the motion will be granted.

4        IT IS HEREBY ORDERED THAT permission to withdraw from this action is granted.

5    Dated: _____

6

7                                              _____

8                                              Jeffrey S. White
                                               United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING WITHDRAWAL - JWC - 2