Faith Center Church Evengelist Ministries et al v. Glover et al — Doc. 45
Case 3:04-cv-03111-JSW   Document 45   Filed 04/22/2005   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Faith Center Church Evangelistic Ministries, et al.,
    Plaintiff(s),

v.

Federal D. Glover, et al.,
    Defendant(s).

CASE NO. C 04-03111 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Gary S. McCaleb , an active member in good standing of the bar of Arizona , whose business address and telephone number is Alliance Defense Fund, 15333 N. Pima Rd., Suite 165, Scottsdale, AZ 85260 (480) 444-0020

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing all Plaintiffs ,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2 2 APR 2005

_____
United States District ~~Magistrate~~ Judge