**Faith Center v. Glover**

**Itemized Statement of Nontaxable Expenses**

| EHIBIT | DATE | DESCRIPTION | COST |
|---|---|---|---|
| 1 | 7/29/2004 | Federal Express - T. Thompson | $15.79 |
| 2 | 8/3/2004 | Federal Express - H. Hopkins | $9.83 |
| 3 | 8/11/2004 | Federal Express - J. Carden | $8.08 |
| 4 | 8/28/2004 | Federal Express - K. Flanagan | $13.97 |
| 5 | 9/29/2004 | Federal Express - H. Hopkins | $14.62 |
| 5 | 9/30/2004 | Federal Express - K. Flanagan | $12.87 |
| 6 | 10/5/2004 | Federal Express - D. Farney (from H. Hopkins) | $12.99 |
| 7 | 10/6/2004 | Federal Express - K. Flanagan | $12.99 |
| 8 | 10/6/2004 | Federal Express - J. White | $14.30 |
| 9 | 10/26/2004 | Federal Express - J. White | $14.30 |
| 10 | 11/17/2004 | Federal Express - K. Flanagan | $13.16 |
| 11 | 1/20/2005 | Federal Express - U.S. Dist. Ct. ADR | $13.56 |
| 12 | 1/21/2005 | Airfare Continental Airlines - K. Theriot | $500.00 |
| 13 | 1/21/2005 | Airfare Phx - S.F. - E. Murray | $406.39 |
| 14 | 1/28/2005 | Cab fare- K. Theriot | $40.00 |
| 15 | 1/28/2005 | Peak Concepts Dnvr. Intl Airport - K. Theriot | $5.14 |
| 16 | 1/28/2005 | Max's lunch - K. Theriot & E. Murray | $20.88 |
| 17 | 1/28/2005 | S.F. Int. Airoport food - E. Murray | $5.95 |
| 18 | 1/28/2005 | Cab fare- E. Murray | $40.00 |
| 19 | 1/28/2005 | Airport Parking Phx Int. - E. Murray | $16.00 |
| 20 | 1/31/2005 | Marriot Hotel - K. Theriot | $280.77 |
| 21 | 2/23/2005 | Federal Express - H. McElhinny | $14.72 |
| 22 | 2/23/2005 | Federal Express - U.S Dist Ct. - clerk | $23.64 |
| 23 | 4/19/2005 | Federal Express - U.S Dist Ct. - clerk | $14.85 |
| 24 | 4/22/2005 | Airfare toundrtip Phx - S.F | $213.40 |
| 25 | 4/29/2005 | Federal Express - J. White | $14.85 |
| 26 | 5/3/2005 | Federal Express - H. M. Hopkins | $15.87 |
| 27 | 5/12/2005 | Hotel Nikko S.F. - G. McCaleb | $224.35 |
| 28 | 5/12/2005 | John's Grill dinner - G. McCaleb & E. Murray | $62.10 |
| 29 | 5/12/2005 | Cab fare Airport - Hotel, S.F. - E. Murray | $40.00 |
| 30 | 5/12/2005 | Phx Int. Airport Sportsbar, lunch - E. Murray | $3.84 |
| 31 | 5/13/2005 | Luxor Cabs Ct - Hotel - G. McCaleb | $6.85 |
| 32 | 5/13/2005 | Airport parking Phx. - G. McCaleb | $26.00 |
| 33 | 5/13/2005 | S. F. Hilton Café lunch - G. S. M. & E. A. M. | $33.81 |
| 34 | 5/13/2005 | Cab fare Hotel - Airoport, S.F. - E. Murray | $40.00 |
| 35 | 5/13/2005 | Airport Parking Phx Int. - E. Murray | $29.00 |
| 36 | 5/13/2005 | Hilton S. F. - E. Murray | $239.65 |
|  |  | **TOTAL** | **$2,474.52** |

Dockets.Justia.com



**FedEx**

Invoice Number: **1-950-40563**
Invoice Date: Aug 06, 2004
Account Number:
Page: 6 of 17

## FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Jul 29, 2004**       **Payor: Shipper**       **Reference: 3500-Faith Center-3047**

---

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
- Distance Based Pricing, Zone 5
- Release signature on file.

INET
| | | | |
|---|---|---|---|
| Tracking ID | 792696763474 | Sender | Recipient |
| Service Type | FedEx Priority Overnight | Michele Magnaghi | Terry Thompson |
| Package Type | FedEx Envelope | ALLIANCE DEFENSE FUND | 1804 Piedras Circle |
| Zone | 5 | 15333 N. PIMA RD. SUITE 165 | ALAMO CA 94507 US |
| Packages | 1 | SCOTTSDALE AZ 85260 US | |
| Weight | N/A | | |
| Delivered | Jul 30, 2004  10:17 | Transportation Charge | 16.75 |
| Svc Area | AA | Residential Delivery | 1.75 |
| Signed by | 3785346 | Fuel Surcharge | 0.98 |
| FedEx Use | 1596204/0000219/02 | Discount | -3.69 |

**Total Charge**                                                                    **USD $**       **15.79**

---

**Dropped off: Jul 29, 2004**       **Payor: Shipper**       **Reference: NO REFERENCE INFORMATION**

---

000001

**Picked up: Aug 03, 2004**          **Payor: Shipper**          **Reference: 3500-FaithCenter-3047**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- The delivery commitment for FedEx 2day to homes or private residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, AM, PM, O1 and RM service areas.
- Distance Based Pricing, Zone 5
- Release signature on file.

INET

| | | |
|---|---|---|
| Tracking ID | 790228476825 | |
| Service Type | FedEx 2Day | |
| Package Type | FedEx Envelope | |
| Zone | 5 | |
| Packages | 1 | |
| Weight | N/A | |
| Delivered | Aug 04, 2004  18:48 | |
| Svc Area | A1 | |
| Signed by | 3785346 | |
| FedEx Use | 1596204/0001111/02 | |

Sender
Michele Magnaghi
ALLIANCE DEFENSE FUND
15333 N. PIMA RD. SUITE 165
SCOTTSDALE AZ 85260  US

Recipient
Hattie Mae Hopkins
5260 49th Street
SACRAMENTO CA 95820  US

| | |
|---|---|
| Transportation Charge | 9.10 |
| Residential Delivery | 1.75 |
| Fuel Surcharge | 0.53 |
| Discount | -1.55 |
| **Total Charge**                                  USD $ | **9.83** |



# FedEx Express Shipment Detail By Payor Type (Original)

| Dropped off: Aug 11, 2004 | Payor: Shipper | Reference: 3500 FAITHCENTER-3047 |
|---|---|---|

B10.100.3047

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 5
- Package sent from: 95838 zip code

| | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 842870960740 | JOSHUA CARDEN | JOSHUA CARDEN | |
| Service Type | FedEx 2Day | ALLIANCE DEFENSE FUND | ALLIANCE DEFENSE FUND LAW CENT | |
| Package Type | FedEx Envelope | 15333 N PIMA RD STE 165 | 15333 N PINGA RD STE 165 | |
| Zone | 5 | SCOTTSDALE AZ 85260-2781 US | SCOTTSDALE AZ 85260 US | |
| Packages | 1 | | | |
| Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Aug 13, 2004  11:38 | Transportation Charge | | 9.10 |
| Svc Area | A1 | Discount | | -1.55 |
| Signed by | C WORKMAN | Fuel Surcharge | | 0.53 |
| FedEx Use | 224200020/0001111/_ | | | |
| | | **Total Charge** | **USD $** | **8.08** |

**Dropped off: Aug 28, 2004**          **Payor: Shipper**          **Reference: 3500-FaithCenter-3947**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment
- Distance Based Pricing, Zone 5

| INET | | | | |
|---|---|---|---|---|
| | | **Sender** | **Recipient** | |
| Tracking ID | 791326179557 | Danna Farney | Silvano B. Marchesi Kelly M. F | |
| Service Type | FedEx Priority Overnight | ALLIANCE DEFENSE FUND | County of Contra Costa | |
| Package Type | FedEx Envelope | 15333 N. PIMA ROAD | Danielle R. Merida | |
| Zone | 5 | SCOTTSDALE AZ 85260 US | MARTINEZ CA 94553 US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 16.75 |
| Delivered | Aug 30, 2004 10:07 | Fuel Surcharge | | 0.91 |
| Svc Area | A2 | Discount | | -3.69 |
| Signed by | J HEREDIA | | | |
| FedEx Use | 4141004/0000219/_ | **Total Charge** | **USD $** | **13.97** |

000004



**Invoice Number:** 7-647-59576
Invoice Date:    Oct 07, 2004
Account Number:
Page:             11 of 17

## FedEx Express Shipment Detail By Payor Type (Original)

---

**Picked up: Sep 29, 2004**          **Payor: Shipper**          **Reference: 3500-Faith Center -3047**

---

Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
Distance Based Pricing, Zone 5

| INET | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 792101749282 | Danna Farney | Hattie Mae Hopkins |
| Service Type | FedEx Standard Overnight | ALLIANCE DEFENSE FUND | Faith Center Evangelistic Min. |
| Package Type | FedEx Envelope | 15333 N. PIMA ROAD | 5260 49th Street |
| Zone | 5 | SCOTTSDALE AZ 85260  US | SACRAMENTO CA 95820  US |
| Packages | 1 | | |
| Weight | N/A | Transportation Charge | 15.20 |
| Delivered | Sep 30, 2004   14:34 | Residential Delivery | 1.75 |
| Svc Area | A1 | Fuel Surcharge | 1.01 |
| Signed by | H.HOPKINS | Discount | -3.34 |
| FedEx Use | 4141004/0000233/_ | **Total Charge**                     **USD $** | **14.62** |

---

**Picked up: Sep 30, 2004**          **Payor: Shipper**          **Reference: 3500-Faith Center-3047**

---

Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
Distance Based Pricing, Zone 5

| INET | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 790290358071 | Danna Farney | Silvano Marchesi Kelly Flanaga |
| Service Type | FedEx Standard Overnight | ALLIANCE DEFENSE FUND | Office of the County Counsel |
| Package Type | FedEx Envelope | 15333 N. PIMA ROAD | Contra Costa County |
| Zone | 5 | SCOTTSDALE AZ 85260  US | MARTINEZ CA 94553  US |
| Packages | 1 | | |
| Weight | N/A | Transportation Charge | 15.20 |
| Delivered | Oct 01, 2004   11:50 | Fuel Surcharge | 1.01 |
| Svc Area | A2 | Discount | -3.34 |
| Signed by | D.PIFSTER | **Total Charge**                     **USD $** | **12.87** |
| FedEx Use | 4141004/0000233/_ | | |



Invoice Number:
Invoice Date:          Oc
Account Number:
Page:                  14 of 30

**FedEx Express Shipment Detail By Payor Type (Original)**

| Picked up: Oct 05, 2004 | Payor: Shipper | Reference: 3500-FAITH CENTER-3047 |
|---|---|---|

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
Distance Based Pricing, Zone 5
Package sent from: 95670 zip code

| | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 845758416068 | HATTIE MAE HOPKINS | DANNA S FARNEY |
| Service Type | FedEx Standard Overnight | ALLIANCE DEFENSE FUND | ALLIANCE DEFENSE FUND |
| Package Type | FedEx Envelope | 15333 N PIMA RD STE 165 | 15333 N PIMA RD STE 165 |
| Zone | 5 | SCOTTSDALE AZ 85260-2781 US | SCOTTSDALE AZ 85260 US |
| Packages | 1 | | |
| Weight | N/A | | |
| Delivered | Oct 06, 2004    12:44 | | |
| Svc Area | A1 | Transportation Charge | 15.20 |
| Signed by | C.MINER | Discount | -3.34 |
| FedEx Use | 279211070/0000233/_ | Fuel Surcharge | 1.13 |
| | | Courier Pickup Charge | 0.00 |

| **Total Charge** | | | **USD $** | **12.99** |
|---|---|---|---|---|

**Picked up: Oct 06, 2004**          **Payor: Shipper**          **Reference: 3500-FaithCenter-3047**

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment
Distance Based Pricing, Zone 5

| INET | | | | |
|---|---|---|---|---|
| Tracking ID | 791356056258 | Sender | Recipient | |
| Service Type | FedEx Standard Overnight | Danna Farney | Silvano B. Marchesi Kelly M. F | |
| Package Type | FedEx Envelope | ALLIANCE DEFENSE FUND | County of Contra Costa | |
| Zone | 5 | 15333 N. PIMA ROAD | Danielle R. Merida | |
| Packages | 1 | SCOTTSDALE AZ 85260  US | MARTINEZ CA 94553  US | |
| Weight | N/A | | | |
| Delivered | Oct 07, 2004   10:51 | Transportation Charge | | |
| Svc Area | A2 | Fuel Surcharge | | 15.20 |
| Signed by | M.MAURER | Discount | | 1.13 |
| FedEx Use | 4141004/0000233/_ | | | -3.34 |
| | | **Total Charge** | | |
| | | | **USD $** | **12.99** |

**Picked up: Oct 06, 2004**

**Payor: Shipper**

**Reference: 3500-Faith Center - 3047**

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
Distance Based Pricing, Zone 5
1st attempt Oct 07, 2004 at 09:26 AM.

INET

| | | | |
|---|---|---|---|
| Tracking ID | 792107029350 | **Sender** | **Recipient** |
| Service Type | FedEx Priority Overnight | Danna Farney | The Honorable Jeffrey S. White |
| Package Type | FedEx Envelope | ALLIANCE DEFENSE FUND | U.S. District Court - Northern |
| Zone | 5 | 15333 N. PIMA ROAD | 450 Golden Gate |
| Packages | 1 | SCOTTSDALE AZ 85260  US | SAN FRANCISCO CA 94102  US |
| Weight | N/A | | |
| Delivered | Oct 07, 2004    10:12 | | |
| Svc Area | A1 | Transportation Charge | 16.75 |
| Signed by | M.BUCKLEY | Fuel Surcharge | 1.24 |
| FedEx Use | 4141004/0000219/_ | Discount | -3.69 |

**Total Charge**

USD $    **14.30**

**Dropped off: Oct 26, 2004**          **Payor: Shipper**          **Reference: 3500-FaithCenter-3047**

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
Distance Based Pricing, Zone 5
1st attempt Oct 27, 2004 at 09:39 AM.

INET

| | | | | |
|---|---|---|---|---|
| Tracking ID | 790810832832 | | | |
| Service Type | FedEx Priority Overnight | | | |
| Package Type | FedEx Envelope | | | |
| Zone | 5 | | | |
| Packages | 1 | | | |
| Weight | N/A | | | |
| Delivered | Oct 27, 2004  10:29 | | | |
| Svc Area | A1 | | | |
| Signed by | A SPRINKLES | | | |
| FedEx Use | 001596204/0000219/_ | | | |

Sender
Michele Magnaghi
ALLIANCE DEFENSE FUND
15333 N. PIMA RD. SUITE 165
SCOTTSDALE AZ 85260  US

Recipient
Jeffrey S. White's Clerk's Off
U.S. District Court for No. Ca
U.S. Courthouse
SAN FRANCISCO CA 94102  US

| | |
|---|---|
| Transportation Charge | 16.75 |
| Discount | -3.69 |
| Fuel Surcharge | 1.24 |
| **Total Charge** | |
| USD $ | **14.30** |

Picked up: Nov 17, 2004                    **Payor: Shipper**                    **Reference: 3500-FaithCenter-3047**

Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
Distance Based Pricing, Zone 5

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792780719817 | Danna Farney | Silvano B. Marchesi Kelly M. F | |
| Service Type | FedEx Standard Overnight | ALLIANCE DEFENSE FUND | County of Contra Costa | |
| Package Type | FedEx Envelope | 15333 N. PIMA ROAD | Danielle R. Merida | |
| Zone | 5 | SCOTTSDALE AZ 85260  US | MARTINEZ CA 94553  US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 15.20 |
| Delivered | Nov 18, 2004   11:35 | Fuel Surcharge | | 1.30 |
| Svc Area | A2 | Discount | | -3.34 |
| Signed by | D.PIFSTER | **Total Charge** | **USD $** | **13.16** |
| FedEx Use | 004141004/0000233/_ | | | |

**Picked up: Jan 20, 2005**          **Payor: Shipper**          **Reference: 3500-FaithCenter-3047**

Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
Distance Based Pricing, Zone 5

| INET | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 790402161142 | Michele Magnaghi | ADR Unit |
| Service Type | FedEx Standard Overnight | ALLIANCE DEFENSE FUND | U.S. District Court for N.D. C |
| Package Type | FedEx Envelope | 15333 N. PIMA RD. SUITE 165 | 450 Golden Gate Avenue |
| Zone | 5 | SCOTTSDALE AZ 85260 US | SAN FRANCISCO CA 94102 US |
| Packages | 1 | | |
| Weight | N/A | | |
| Delivered | Jan 21, 2005   09:42 | | |
| Svc Area | A1 | | |
| Signed by | R.MARTINEZ | | |
| FedEx Use | 001596204/0000233/_ | | |

| | |
|---|---|
| Transportation Charge | 15.95 |
| Discount | -3.51 |
| Fuel Surcharge | 1.12 |
| **Total Charge** | **USD $** **13.56** |

3N3VM2.txt

Zenith Travel Consultants
195 S. Westmonte Drive, Suite L
Altamonte Springs, FL 32714
407-862-1313

```
                                    ITINERARY INVOICE
                                    PAGE NO. 1
                                    PNR: 1P-3N3VM2
                                    TK-MC/01F BK-MC/01F
```

```
        KEVIN THERIOT            UNITED CF-ZCCXSQ
        ADF                      NORTHWEST CF-3N3VM2
        15660 W 135TH ST
        OLATHE KS 66062
```

NAME : THERIOT/KEVIN

```
                                              DATE
                                              21JAN05
```

| CO | DATE | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST SERV/AMNT |
|----|------|--------------|------|------------------|--------------|
| V TH 20JAN | | AGENCY SERVICE CHARGE | | | CONFIRMED |
| | 2005 | | | | ITEM COST:25.00 |

A WE 26JAN LV KANSAS CITY INTL   650A   CONTINENTAL   6629Z OK
           AR MINNEAPOLS/STPAUL   814A                 0STOP JET
           OPERATED BY NORTHWEST AIRLINES - NW1629

A TH 27JAN LV MINNEAPOLS/STPAUL  907A   CONTINENTAL   5189Z OK BREAKFAST
           AR SAN DIEGO          1055A                 0STOP 757
           OPERATED BY NORTHWEST AIRLINES - NW189

C TH 27JAN HERTZ                         CONFO-C8043561800GOLD
           SAN DIEGO-LINDBER-TERMINAL    PICKUP-27JAN THU/HP0709-1144
           SAN DIEGO CALIFORNIA          RETURN-27JAN THU/1800
           PHONE-619.767.5700
           RATE-(QUOTED) USD 49.20 DAILY UNLIMITED MILEAGE
           EXTRA HOUR CHARGE 24.80 UNLIMITED MILEAGE
           APPROX TTL USD56.78 INC TAX-OTH CHGS
           1 INTERMEDIATE CAR

A TH 27JAN LV SAN DIEGO          731P   UNITED        560A OK
           AR SAN FRANCISCO      904P                 0STOP JET

H TH 27JAN HILTON SAN FRANCISCO          CHECK IN- 27JAN THU/1500
           333 O FARRELL STREET          CHECK OUT-28JAN FRI/1200
           SAN FRANCISCO CA 94102        GUARANTEED TO CREDIT CARD-AX
           PHONE-415 771 1400
           FAX-415 771 6807
           CONFO-3198257408
                                         RATE GUARANTEED-USD

           THOR 24
           RATE INFO-189.00
           CANCEL RQRMTS-CXL 1 DAY PRIOR TO ARRIVAL
           PERSONS INCLUDED IN RATE-1   CORPORATE ID-N0005556

 (CO)DE: A-AIR H-HOTEL C-CAR T-TOUR S-SURFACE V-OTHER TRVL SERVCS
(ST)ATUS:OK-CONFIRMED WL-WAITLIST RQ-REQUESTED NS-NO SEAT SA-STANDBY
                                         TK-MC/01F BK-MC/01F

H TH 27JAN HILTON SAN FRANCISCO          CONTINUED
           NSK ZD051401075

                          Page 1

```
                        3N3VM2.txt

A FR 28JAN LV SAN FRANCISCO      452P    UNITED        510V OK
             AR DENVER           820P                       0STOP JET

A FR 28JAN LV DENVER             915P    UNITED        466V OK
             AR KANSAS CITY INTL 1144P                      0STOP JET

PASSENGER                                              AIR AMT
THERIOT/KEVIN                                          1132.00

       SERVICE CHARGE          25.00  TAX                   0.00

                                    SUBTOTAL               25.00
                                    AIR FARE             1013.48
                                    TAX                   118.52
                                    TOTAL AIR FARE       1132.00
                                    TOTAL INVOICE AMOUNT 1157.00
                                    AMOUNT CHARGED       1157.00

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD:

               THANK YOU FOR YOUR BUSINESS

 (CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS
(ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT SA-STANDBY
```

000012

*Kevin - Jan 28*

NQF4D4.txt

Zenith Travel Consultants
195 S. Westmonte Drive, Suite L
Altamonte Springs, FL 32714
407-862-1313

ITINERARY INVOICE
PAGE NO. 1
PNR: 1P-NQF4D4
TK-MC/01F BK-ZS/01F

KEVIN THERIOT
ADF
15660 W 135TH ST
OLATHE KS 66062

NAME : THERIOT/KEVIN

DATE
26JAN05

| CO | DATE | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST | SERV/AMNT |
|----|------|--------------|------|------------------|----|-----------|
| V WE | 26JAN 2005 | AGENCY SERVICE CHARGE | | | | CONFIRMED ITEM COST:30.00 |
| A FR | 28JAN | LV KANSAS CITY INTL AR DENVER | 640A 726A | UNITED | 497V OK | 0STOP JET |
| A FR | 28JAN | LV DENVER AR SAN FRANCISCO | 838A 1015A | UNITED | 893V OK | BREAKFAST 0STOP 777 |
| A FR | 28JAN | LV SAN FRANCISCO AR DENVER | 452P 820P | UNITED | 510V OK | 0STOP JET |
| A FR | 28JAN | LV DENVER AR KANSAS CITY INTL | 915P 1144P | UNITED | 466V OK | 0STOP JET |

| PASSENGER | TICKET NUMBER | AIR AMT |
|-----------|---------------|---------|
| THERIOT/KEVIN | 0161187405156 | 572.29 |

SERVICE CHARGE FOR EXCHANGE    30.00    TAX                    0.00

```
                          SUBTOTAL              30.00
                          AIR FARE             495.80
                          TAX                   76.49
                          TOTAL AIR FARE       572.29
                          EXCHANGED AIR FARE   613.59
                          PENALTY FOR CHANGE   100.00
                          TOTAL INVOICE AMOUNT  41.30
                          AMOUNT CHARGED        41.30
```

*Additional expense*

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD:

THANK YOU FOR YOUR BUSINESS

(CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS
(ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT  SA-STANDBY

000012

NQF4D4.txt

Zenith Travel Consultants
195 S. Westmonte Drive, Suite L
Altamonte Springs, FL 32714
407-862-1313

```
                                     ITINERARY INVOICE
                                     PAGE NO. 1
                                     PNR: 1P-NQF4D4
                                     TK-MC/01F BK-ZS/01F


        KEVIN THERIOT
        ADF
        15660 W 135TH ST
        OLATHE KS 66062

NAME : THERIOT/KEVIN


                                                   DATE
                                                   28JAN05


CO  DATE       CITY-AIRPORT       TIME    FLIGHT NBR/CLASS    ST SERV/AMNT
--  ----       ------------       ----    ----------------    -- ---------
A FR 28JAN LV KANSAS CITY INTL    640A    UNITED          497V OK
               AR DENVER          726A                          0STOP JET

A FR 28JAN LV DENVER              838A    UNITED          893V OK BREAKFAST
               AR SAN FRANCISCO  1015A                          0STOP 777

A FR 28JAN LV SAN FRANCISCO       452P    UNITED          510V OK
               AR DENVER          820P                          0STOP JET

A FR 28JAN LV DENVER              915P    UNITED          466V OK
               AR KANSAS CITY INTL 1144P                        0STOP JET

PASSENGER                                              AIR AMT
THERIOT/KEVIN                                           572.29

                                 AIR FARE                495.80
                                 TAX                      76.49
                                 TOTAL AIR FARE          572.29
                                 EXCHANGED AIR FARE      613.59
                                 PENALTY                 100.00
                                 AMOUNT CHARGED           58.70
                                 SERVICE FEE              30.00
                                 TOTAL AMOUNT CHARGED     88.70
```

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD:

                    THANK YOU FOR YOUR BUSINESS

  (CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS
(ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT SA-STANDBY

000012

NHUCCC.txt

Zenith Travel Consultants
195 S. Westmonte Drive, Suite L
Altamonte Springs, FL 32714
407-862-1313

```
                                        ITINERARY INVOICE
                                        PAGE NO. 1
                                        PNR: 1P-NHUCCC
                                        TK-MC/01F BK-MC/01F
```

ELIZABETH MURRAY          AMERCAWEST CF-WDTRTO
ALLIANCE DEFENSE FUND
15333 N PIMA RD
SUITE 165
SCOTTSDALE AZ 85260

NAME : MURRAY/ELIZABETH

```
                                                DATE
                                                21JAN05
```

| CO | DATE | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST | SERV/AMNT |
|----|------|--------------|------|------------------|-----|-----------|
| V FR | 21JAN 2005 | AGENCY SERVICE CHARGE | | | | CONFIRMED ITEM COST:30.00 |
| A FR | 28JAN | LV PHOENIX AR SAN FRANCISCO | 810A 905A | AMERICA WEST | 803B OK | 0STOP JET |
| A FR | 28JAN | LV SAN FRANCISCO AR PHOENIX | 613P 902P | AMERICA WEST | 210B OK | 0STOP JET |

```
PASSENGER                 TICKET NUMBER          AIR AMT
MURRAY/ELIZABETH          4011187405130           406.39

     SERVICE CHARGE      30.00  TAX                 0.00

                                SUBTOTAL            30.00
                                AIR FARE           359.06
                                TAX                 47.33
                                TOTAL AIR FARE     406.39
                                EXCHANGED AIR FARE 308.90
                                PENALTY            100.00
                                TOTAL INVOICE AMOUNT 197.49
                                AMOUNT CHARGED     197.49
```

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD:

                    THANK YOU FOR YOUR BUSINESS

(CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS
(ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT SA-STANDBY

000013



SALES SLIP

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY

Faith ctn.

NewsStand 03

Fri Jan 28, 05  08:43PM          174

271051I107      HANDI PK
      1 @        2.99              2.99
3629330000      BOULDER WATER SML
      1 @        1.79              1.79

Subtotal                         4.78
Sales Tax                        0.36
Total                            5.14
Cash                            10.25
Change Due                      -5.11

Term 001 Cshr 0174  Tran# 53476

THANK YOU FOR SHOPPING AT PEAK CONCEPTS
DENVER INTERNATIONAL AIRPORT. HAVE A
NICE TRIP AND COME BACK SOON.

000015

Earth Center Mtg.
Lunch w/ Elizabeth

THANK YOU FOR DINING AT MAX'S
COME AGAIN SOON!
601 Van Ness Ave.
San Francisco, CA 94102
415 771-7300

Server: Matt                    DOB: 01/28/2005
12:04 PM                             01/28/2005
Table 28/1                            6/60002

1028 MC                              5242881
Card #XXXXXXXXXX                    Exp:0405
Magnetic card present: THERIOT KEVIN M
Approval: 386259

                  Amount:        18.88

                  + Tip:          2.00

                  = Total:       20.88

X _____

Approval: 386259

*TOP COPY MAX'S COPY*

```
        San Francisco Intl Airport
         San Francisco, CA 94128
            (650) 821-9445
```

PEET'S 26

108 JOSEFA R

Chk 7228        Jan28'05 03:31PM  Gst 1

```
      TO GO
1 SM GARDEN CHIX              5.50
  Cash                        6.00

  FOOD                        5.50
  TAX                         0.45
  TENDER                      5.95
  Change Due                  0.05
```

Thank You very much!
Happy Holidays.
Come back soon!

00001

PURCHASER SIGN HERE

X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

5128273

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|-------|-------|-------------|-------|--------|
|       |       | 450G GATE   |       | 36 11  |
|       |       |             |       |        |
|       |       |             |       |        |

DATE 1/28/05    AUTHORIZATION 03834

REFERENCE NO.    REG/DEPT.

FOLIO/CHECK NO. 084993    SERVER    CLERK

| | SUB TOTAL | |
| | TAX | |
| | TIPS | |
| | MISC | 4 00 |

SALES SLIP    TOTAL    46 1

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY

FRANCISCO CA 94019
292-1224

000018

# Phoenix Intl. Airport

Sky Harbor Intl
4200 E. Sky Harbor Blvd.
Phoenix, AZ 85034
Phone. 602-273-4545 or 4546
Fax. 602-392-0149
Car park 0000007311

Receipt 0326/7389/829    01/28/05 21:27:16

010100 Pay 100 Ticket    $    16.00
Entry Time : 01/28/05 06:46
Entry Lane : 127


Total Amount    $    16.00

Credit MasterCard $    16.00
Tax 0.00 %    $    0.00

MasterCard

MURRAY/ELIZABETH A
Amount = $ 16.00
Account: xxxx xxxx xxx

Exp Date: 1106
Approved: 024017
Date:    01/28/05

```
**************************************
***          Thank you          ***
***         Open 24 hours        ***
***********               **********
```

000019

# Marriott
## HOTELS & RESORTS

| | | | |
|---|---|---|---|
| 618 THERIOT/KEVIN | | | |
| ROOM    NAME | 189.00 01/31/05 11:03 | 4892 | GUEST FOLIO |
| NSK | RATE    DEPART    TIME | ACCT# | |
| TYPE | 01/30/05 22:04 | | |
| 40   16236 BIRCH ST | ARRIVE    TIME | | |
| STILWELL        KS | PASSPORT: 760 | | |
| ROOM    660857825 | | | |
| CLERK    ADDRESS | PAYMENT | | |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| | | | MR#: XXXXX1548 | |
| 01/30 PARKING | 760 | 23.00 | | |
| 01/30 GRTDVDE | | | | |
| 01/30 ROOM TR | 5115 618 | 14.99 | | |
| 01/30 ROOM TAX | 618, 1 | 189.00 | | |
| 01/30 LOCAL TX | 618, 1 | 7.75 | | |
| 01/31 ALLIES | 618, 1 | 18.43 | | |
| 01/31 CCARD-BK | 4278 618 | 27.60 | | |

PAYMENT RECEIVED BY: MASTERCARD          280.77

.00

Save at least 20% off last-minute weekend travel throughout the US
and Canada with Marriott's eBreaks.  Sign up to receive emails with
discounted rates that are not promoted anywhere else by
visiting www.marriottemail.com and subscribing today.
MARRIOTT REWARDS ACCOUNT # XXXXX1548
DATE 01/30/05 - 01/31/05 REVENUE IF APPLICABLE
BASE POINTS EARNED: 2316                                    $231.59
FOR ACCOUNT ACTIVITY CALL 801-468-4000    ADDITIONAL POINTS MAY APPLY
OR LOG ON TO WWW.MARRIOTTREWARDS.COM.

# Marriott
## HOTELS & RESORTS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to
you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above  (The
credit card company will bill in the usual manner.) If for any reason the credit card entry in the reference column above will be charged to the credit card number set forth above  (The
are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on this account, you will owe us such amount. If you
per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.
Signature X

FOR RESERVATIONS AT ANY MARRIOTT HOTEL, CALL (800) 228-9290

000020

---

**Dropped off: Feb 23, 2005**        **Payor: Shipper**        **Reference: 3500 3047**

---

Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
Distance Based Pricing, Zone 5

| INET | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 792854750793 | Beth Horlen | Harold J. McElhinny |
| Service Type | FedEx Priority Overnight | ALLIANCE DEFENSE FUND | Morrison & Foerster |
| Package Type | FedEx Envelope | 15333 N. PIMA ROAD | 425 Market St. |
| Zone | 5 | SCOTTSDALE AZ 85260  US | SAN FRANCISCO CA 94105  US |
| Packages | 1 | | |
| Weight | N/A | Transportation Charge | 17.55 |
| Delivered | Feb 24, 2005   10:05 | Fuel Surcharge | 1.03 |
| Svc Area | A1 | Discount | -3.86 |
| Signed by | E FLORES | | |
| FedEx Use | 003029914/0000219/_ | **Total Charge**          **USD $** | **14.72** |

000021

**Dropped off: Feb 23, 2005**          **Payor: Shipper**          **Reference: 3500 3047**

Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment
Distance Based Pricing, Zone 5
1st attempt Feb 24, 2005 at 09:25 AM.

INET

| | | | | |
|---|---|---|---|---|
| Tracking ID | 791486963320 | **Sender** | **Recipient** | |
| Service Type | FedEx Priority Overnight | Beth Horlen | Clerk of the Court | |
| Package Type | FedEx Pak | ALLIANCE DEFENSE FUND | US District Court for Northern | |
| Zone | 5 | 15333 N. PIMA ROAD | 450 Golden Gate Avenue-16th Fl | |
| Packages | 1 | SCOTTSDALE AZ 85260  US | SAN FRANCISCO CA 94102  US | |
| Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Feb 24, 2005   09:42 | Transportation Charge | | 26.50 |
| Svc Area | A1 | Fuel Surcharge | | 1.65 |
| Signed by | R.MARTINEZ | Discount | | -4.51 |
| FedEx Use | 003029914/0001552/_ | **Total Charge** | | |
| | | | USD $ | 23.64 |

**Invoice Number:**
Invoice Date:         Apr 28, 2005
Account Number:
Page:

*FedEx* Express Shipment Detail By Payor Type (Original)

---

Dropped off: Apr 19, 2005          Payor: Shipper          Reference: 3500-FaithCenter-3047

---

Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
Distance Based Pricing, Zone 5
1st attempt Apr 20, 2005 at 09:09 AM.

| INET | | Sender | Recipient | |
|------|------|--------|-----------|------|
| Tracking ID | 790494553823 | Michele Magnaghi | Clerk of Court | |
| Service Type | FedEx Priority Overnight | ALLIANCE DEFENSE FUND | U.S. Dist. Ct. for N.D. of Cal | |
| Package Type | FedEx Envelope | 15333 N. PIMA RD. SUITE 165 | 450 Golden Gate Avenue | |
| Zone | 5 | SCOTTSDALE AZ 85260  US | SAN FRANCISCO CA 94102  US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 17.55 |
| Delivered | Apr 20, 2005    09:33 | Fuel Surcharge | | 1.16 |
| Svc Area | A1 | Discount | | -3.86 |
| Signed by | R.MARTINEZ | | | |
| FedEx Use | 001596204/0000219/_ | **Total Charge** | **USD $** | **14.85** |

000023

NJZIWF.txt

Zenith Travel Consultants
195 S. Westmonte Drive, Suite L
Altamonte Springs, FL 32714
407-862-1313

```
                                        ITINERARY INVOICE
                                        PAGE NO. 1
                                        PNR: 1P-NJZIWF
                                        TK-MC/01F BK-MC/01F

        ALLIANCE DEFENSE FUND       UNITED CF-LWB360
        15333 N PIMA RD
        STE 165
        SCOTTSDALE AZ 85260

NAME : MCCALEB/GARY

                                              DATE
                                              22APR05

CO  DATE      CITY-AIRPORT      TIME    FLIGHT NBR/CLASS    ST SERV/AMNT
--  ----      ------------      ----    ----------------    -- ---------
A TH 12MAY LV PHOENIX          100P   UNITED        1543S OK
           AR SAN FRANCISCO    253P
           OPERATED BY /UNITED FOR TED                       0STOP 32S

H TH 12MAY HOTEL NIKKO SAN FRANCISCO     CHECK IN- 12MAY THU/1500
           222 MASON STREET              CHECK OUT-13MAY FRI/1200
           SAN FRANCISCO CA 94102        GUARANTEED TO CREDIT CARD-CA
           PHONE-415-394-1111
           FAX-415-421-0455
           CONFO-94363773
                                           RATE GUARANTEED-USD
           -PKG- AMERICAN AUTO ASSN
           RATE INFO-EFF 12MAY05 185.00
           CANCEL RQRMTS-BY 1800 11MAY2005 LOCAL PROPERTY TIME
           PERSONS INCLUDED IN RATE-1
           NSK

A FR 13MAY LV SAN FRANCISCO     300P   UNITED        1510V OK
           AR PHOENIX           457P
           OPERATED BY /UNITED FOR TED                       0STOP 32S

PASSENGER                   TICKET NUMBER              AIR AMT
MCCALEB/GARY                0161200376300                188.40

   SERVICE CHARGE           25.00  TAX                    0.00

                            SUBTOTAL              25.00
                            AIR FARE             156.28
                            TAX                   32.12
                            TOTAL AIR FARE       188.40
                            TOTAL INVOICE AMOUNT 213.40
                            AMOUNT CHARGED       213.40

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD:   XXXX XXXX XXXX

                THANK YOU FOR YOUR BUSINESS

 (CO)DE: A-AIR  H-HOTEL  C-CAR  T-TOUR  S-SURFACE  V-OTHER TRVL SERVCS
(ST)ATUS:OK-CONFIRMED  WL-WAITLIST  RQ-REQUESTED  NS-NO SEAT SA-STANDBY
```

Page 1

000024

**Picked up: Apr 29, 2005**          **Payor: Shipper**          **Reference: 3500 Faith Cntr 3047**

Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
Distance Based Pricing, Zone 5
1st attempt May 02, 2005 at 09:12 AM.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790006096745 | Chad Adams | Hon. Jeffrey S. White c/o Cler | |
| Service Type | FedEx Priority Overnight | Alliance Defense Fund | US District Court N. CA-S.F. B | |
| Package Type | FedEx Envelope | 15333 N. Pima Road, Suite 165 | 450 Golden Gate Ave | |
| Zone | 5 | SCOTTSDALE AZ 85260  US | SAN FRANCISCO CA 94102  US | |
| Packages | 1 | | | |
| Weight | N/A | | | |
| Delivered | May 02, 2005   09:37 | Transportation Charge | | 17.55 |
| Svc Area | A1 | Discount | | -3.86 |
| Signed by | M.BARENTOS | Fuel Surcharge | | 1.16 |
| FedEx Use | 008382594/0000219/_ | **Total Charge** | **USD $** | **14.85** |

000025

Total Charge                                           USD $      21.52

---

**Dropped off: May 03, 2005**   **Payor: Shipper**   **Reference: 3500 Faith Ctr 3047**

Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
Distance Based Pricing, Zone 5
Release signature on file.

INET

| | | | | |
|---|---|---|---|---|
| Tracking ID | 791060397710 | Sender | | Recipient |
| Service Type | FedEx Standard Overnight | Chad Adams | | Pastor Hattie Mae Hopkins |
| Package Type | FedEx Envelope | Alliance Defense Fund | | 5260 49th Street |
| Zone | 5 | 15333 N. Pima Road, Suite 165 | | SACRAMENTO CA 95820  US |
| Packages | 1 | SCOTTSDALE AZ 85260  US | | |
| Weight | N/A | | | |
| Delivered | May 04, 2005   14:40 | Transportation Charge | | 15.95 |
| Svc Area | A1 | Fuel Surcharge | | 1.43 |
| Signed by | M HRA33741 | Residential Delivery | | 2.00 |
| FedEx Use | 008382594/0000233/02 | Discount | | -3.51 |

**Total Charge**                                       **USD $    15.87**

000028



# hotel nikko san francisco

222 Mason Street, San Francisco, CA 94102
Telephone: 415-394-1111    Facsimile: 415-421-0455
Guest Facsimile: 415-394-1106

MCCALEB, GARY
ZENITH TRAVEL CONSULTANTS I
195 SOUTH WESTMONTE DRIVE SUIT
ALTAMONTE SPRINGS, FL
32714

| Arrive | 5/12/05 | Room No. | 1918 |
|---|---|---|---|
| Depart | 5/13/05 | Acct. No. | |
| Payment | | Group  ZENITH TRAVEL CONSULTANTS I | |

| LINE | DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 5/12/05 | INTERNET ACCESS  00000000000000   L | 1918 | 217 | $9 95 |
| 2 | 5/12/05 | REFRESHMENT CENTER  NIKKO WATER F | 1918 | 204 | $3 50 |
| 3 | 5/12/05 | PACKAGE CHARGE  PARKING PACKAGE | 1918 | 427 | $210 90 |
| 4 | 5/13/05 | VISA | | | $224 35 CR |

$.00

"In Partnership with *le* MERIDIEN"
Boston  Chicago  New York  San Francisco  Los Angeles  Tokyo  Shanghai and leading cities worldwide
1-800-NIKKO-US    www.nikkohotels.com    GDS: NK
♣ nikkohotels  international

000027

0101
Server: ISIS Y                          Rec: 67
05/12/05 20:45, Swiped        Terminal: 4

JOHN'S GRILL
63 ELLIS ST
SAN FRANCISCO, CA 94133
(415)986-0069
MERCHANT #: 000330482100

CARD TYPE     ACCOUNT NUMBER     EXP
VISA
Name: GARY S MCCALEB
00 TRANSACTION APPROVED
AUTHORIZATION #: 012490
Reference: 051210101

CHECK :              53.10

TIP :                  9.—

TOTAL :              62.10

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
      ***********************
      *****  THANK YOU  *****
      ***********************
Please leave signed copy for your server

000028

Date 5/12/05

Received of _____

THE SUM        $40 (w/tip)

of  $27 | 25 c

YOUR RECEIPT — PAID
From _____ SFO SF, CA Airport
To _____ SF Hilton SF, CA

Cab No. _____ Driver _____

000029

```
        CA ONE SERVICES INC.
       * Phoenix International *
          ** Sportsbar **

   1003 LOURDES
   ------------------------------------
   4296 MAY12'05 12:02PM
   ------------------------------------

     1 Pasta Salad          2.00
     1 Coffee SM            1.55

       Subtotal            3.55
       Total Tax           0.29
       Total Paid.....     3.84
       Cash (PR1)          5.00
       Change Owed.....    1.16

   **********************************
     PROVIDING CARE AND COMFORT
     TO PEOPLE AWAY FROM HOME
   **********************************
    WE APPRECIATE YOUR COMMENTS
          1-800-610-4CA1
         www.CA1feedback.com
   **********************************
```

*Flight to San Francisco was delayed

000030

**LUXOR CABS - 282-4141**
2230 Jerrold Ave.
San Francisco CA, 94124

Date     5-13-05

From   US Dist Ct

To     Hotel

Amount     6.85

Driver's Name

Cab Number

3500 ~3047 Fault Ctr

# Phoenix Intl. Airport
Sky Harbor Intl
4200 E. Sky Harbor Blvd.
Phoenix, AZ 85034
Phone. 602-273-4545 or 4546
Fax. 602-392-0149
Car park 0000007309

Receipt 0012/7305/807   05/13/05 17:09:15

010100 Pay 100 Ticket    $    26.00
Entry Time : 05/12/05 12:31
Entry Lane : 107


Total Amount      $    26.00

Credit Visa       $    26.00
Tax 0.00 %        $     0.00
.......................................
                  Visa

MCCALEB/GARY S
Amount = $ 26.00
Account: xxxx xxxx

Exp Date: 0107
Approved: 013010
Date:    05/13/05

*************************************
***         Thank you          ***
***        Open 24 hours       ***
*************************************

000032

3500-30617
GSM (EMorgos
Faith Ch

SAN FRANCISCO HILTON & TOWERS
THE CAFE
333 O'FARRELL ST.
SAN FRANCISCO, CA
(415) 771-1400
CHECK:        1718
TABLE:        50/1
SERVER:       119 MAX
DATE:         MAY13'05 12:53PM
CARD TYPE:    Visa
ACCT #:       XXXXXXXXXX
EXP DATE:     XX/XX
AUTH CODE:    013587

SUBTOTAL:         28.21

TIP               5.60

TOTAL             33.80

SIGNATURE

SIGNED COPY TO HOTEL
SECOND COPY FOR CUSTOMER

000033

**PASSENGER'S RECEIPT**
**SAN FRANCISCO TAXICAB FARE**

Fare for
Hilton
to
SanFran.
Airport

Date 5/13/05 _____

Amount of Fare  $ _____

Other Charges  $ _____

Total  . . . .  $ 40.00 _____

Driver's Name _____

Cab Number _____

000034

# Phoenix Intl. Airport

Sky Harbor Intl
4200 E. Sky Harbor Blvd.
Phoenix, AZ 85034
Phone. 602-273-4545 or 4546
Fax. 602-392-0149
Car park 0000007309

Receipt 0054/7560/809    05/13/05 17:07:06

010100 Pay 100 Ticket     $     29.00
Entry Time : 05/12/05 10:56
Entry Lane : 107

## Total Amount     $     29.00

Credit MasterCard $     29.00
Tax 0.00 %         $      0.00
.......................................
### MasterCard

MURRAY/ELIZABETH A
Amount = $ 29.00
Account: xxxx xxxx xxxx

Exp Date: 1106
Approved: 043897
Date:    05/13/05

************************************
***        Thank you        ***
***       Open 24 hours     ***
************************************



**Hilton**
San Francisco

333 O'Farrell Street • San Francisco, CA 94102
Phone (415) 771-1400 • Fax (415) 771-6807
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
| --- |

MURRAY, ELIZABETH
X

XX, PR 0
US

Room            31730/K1
Arrival Date    05/12/05  5:13PM
Departure Date  05/13/05  7:41AM I

Adult/Child     1/0
Room Rate       189.00

RATE PLAN       L-T1

HH#
AL:
BONUS AL:       CAR:

CONFIRMATION NUMBER : 3212239975

**It has been a pleasure serving you at the Hilton San Francisco.**
**Your continued loyalty is appreciated.**

05/13/05     PAGE     1

**For reservations at any Hilton hotel worldwide call your travel agent or 1-800-HILTONS**

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 05/12/05 | HI SPEED INTERNET ACCESS | LINTR | 4137991 | $9.95 | | |
| 05/12/05 | GUEST ROOM | AWONG | 4138944 | $189.00 | | |
| 05/12/05 | CALIFORNIA TOURISM TAX | AWONG | 4138944 | $0.09 | | |
| 05/12/05 | CITY OCCUPANCY TAX | AWONG | 4138944 | $26.46 | | |
| 05/13/05 | *ROOM SERVICE | LINTR | 4139785 | $9.15 | | |
| 05/13/05 | *MINIBAR | ESERRAN | 4139890 | $3.26 | | |
| 05/13/05 | MC ******** | ESERRAN | 4139894 | | $237.91 | |
| | BALANCE | | | | | $0.00 |

*(handwritten)* *bottled water for court
*(handwritten)* Mischarge - did not use minibar

*(handwritten)*
$237.91
+   5.00 Tips for room + bellman
$ 242.91
-   3.26 Mischarge
239.65

575214  A

000036

