BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (PHV)
Arizona State Bar No. 018848
ELIZABETH A. MURRAY (PHV)
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
Alliance Defense Fund Law Center
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (951) 461-7860
Fax: (951) 461-9056

TERRY L. THOMPSON
California State Bar No. 199870
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FAITH CENTER CHURCH
EVANGELISTIC MINISTRIES, et al.,

    Plaintiffs,

v.

FEDERAL D. GLOVER, et al.,

    Defendants.

CASE NO. C-04-3111 JSW

**DECLARATION AND ITEMIZED
STATEMENT OF GARY S. MCCALEB IN
SUPPORT OF PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES AND
NONTAXABLE EXPENSES**

DECL. & ITEM. STATEMENT OF GSM IN SUPP. OF
PLS.' MOT. FOR ATT'Y FEES & NONTAXABLE EXPENSES – 1
CASE NO. C-04-3111 JSW

Dockets.Justia.com

1.      I am a Senior Litigation Staff Attorney with the Alliance Defense Fund (ADF), a non-profit public interest law firm. In this capacity, I practice almost exclusively in the areas of civil rights, particularly free speech and religious liberties rights. I practice primarily in federal court and have either litigated or assisted in litigation in numerous cases in the United States Supreme Court, circuit courts of appeal, and district courts, including oral arguments in bench trials. I have also practiced in Arizona and California state courts. I am involved in all aspects of litigation, including research, drafting and filing briefs, discovery, and oral arguments, as well as supervising over 11 attorneys and 10 support staff.

2.      I have expended 15.9 billable hours in this case through May 23, 2005. At a billing rate of $280.00 per hour, this results in a total amount claimed of $4,452.00 in attorney's fees.

3.      The following is an itemized statement of the services that I rendered in this case and the time that I spent performing the services. The itemized statement is based on contemporaneous time records that I kept as I did the work, using a time keeping database and/or written records.

| Attorney Gary S. McCaleb (Through May 23, 2005) | | | | |
|---|---|---|---|---|
| Date | Task | Hours | Adjusted | Notes |
| 1/12/05 | Draft P&A Memo – MPI Reply; edit E. Murray's final draft | 2.7 | 2.7 | |
| 1/14/05 | Draft Reply for PI; final edits to E. Murray's brief | 2.1 | 2.1 | |
| 5/9/05 | Court preparation: prepare for E. Murray's moot court | 1.7 | 1.7 | |
| 5/9/05 | Court preparation: moot court for E. Murray | 0.9 | 0.9 | |
| 5/10/05 | Court preparation: moot court for E. Murray | 1.0 | 1.0 | |

DECL. & ITEM. STATEMENT OF GSM IN SUPP. OF
PLS.' MOT. FOR ATT'Y FEES & NONTAXABLE EXPENSES – 2
CASE NO. C-04-3111 JSW

| 5/12/05 | Travel to MPI hearing – not otherwise billed | 1.8 | 1.8 | |
| 5/12/05 | Meeting with E. Murray re: hearing preparation | 0.4 | 0.4 | |
| 05/13/05 | Meeting with clients and local counsel T. Thompson re: hearing | 0.5 | 0.5 | |
| 05/13/05 | Travel from MPI hearing – not otherwise billed | 1.9 | 1.9 | |
| 05/13/05 | Hearing on MPI tentative ruling – 2d chair to E. Murray | 2.9 | 2.9 | |
| | **Total Hours** | 15.9 | 15.9 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. & ITEM. STATEMENT OF GSM IN SUPP. OF
PLS.' MOT. FOR ATT'Y FEES & NONTAXABLE EXPENSES – 3
CASE NO. C-04-3111 JSW

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the

foregoing Declaration and Itemized Statement and that to the best of my knowledge the facts

alleged therein are true and correct.

Executed this _6th_ day of June, 2005, in Scottsdale, Arizona.

Gary S. McCaleb
Attorney for Plaintiff

DECL. & ITEM. STATEMENT OF GSM IN SUPP. OF
PLS.' MOT. FOR ATT'Y FEES & NONTAXABLE EXPENSES – 4
CASE NO. C-04-3111 JSW