BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (PHV)
Arizona State Bar No. 018848
ELIZABETH A. MURRAY (PHV)
Arizona State Bar No. 022954
Alliance Defense Fund Law Center
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
California State Bar No. 179572
Alliance Defense Fund Law Center
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (951) 461-7860
Fax: (951) 461-9056

TERRY L. THOMPSON
California State Bar No. 199870
Law Offices of Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **DECLARATION AND ITEMIZED STATEMENT OF DANNA S. FARNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NONTAXABLE EXPENSES** |

DECL. & ITEM. STATEMENT OF DSF IN SUPP. OF
PLS.' MOT. FOR ATT'Y FEES & NONTAXABLE EXPENSES – 1
CASE NO. C-04-3111 JSW

1. I graduated from the Academy of Business Paralegal Program in December, 1996. I have been employed in various areas of private legal practice as a legal assistant/paralegal since that time. Prior to my position with the Alliance Defense Fund, I was a paralegal/legal assistant for two partners whose practice focused on civil litigation. Their varied caseload encompassed all levels of courts, from justice court to Federal District Court. In addition, I have vast experience in estate planning, working as a paralegal/legal assistant to a senior partner. I am currently employed as an Executive Assistant to Benjamin Bull, Chief Counsel for the Alliance Defense Fund (ADF), a non-profit public interest law firm. When I performed work on this case, I was employed as a legal assistant at ADF where I worked exclusively in the area of religious freedom, freedom of expression, and civil rights law.

2. I have expended 15.5 billable hours in this case through May 23, 2005. At a billing rate of $45.00 per hour, this results in a total amount claimed of $697.50 in attorney's fees.

3. The following is an itemized statement of the services that I rendered in this case and the time that I spent performing the services. The itemized statement is based on contemporaneous time records that I kept as I did the work, using a time keeping database and/or written records.

| Former Legal Assistant Danna S. Farney (Through May 23, 2005) | | | | |
|---|---|---|---|---|
| Date | Task | Hours | Adjusted | Notes |
| 7/29/04 | Draft summonses; review complaint; draft civil cover sheet; prepare case for filing | 3.6 | 3.6 | |
| 8/9/04 | Legal research on language allowing affidavits and verified complaint as evidence for PI motion; research 9th Circuit case law | 4.0 | 4.0 | |

DECL. & ITEM. STATEMENT OF DSF IN SUPP. OF
PLS.' MOT. FOR ATT'Y FEES & NONTAXABLE EXPENSES – 2
CASE NO. C-04-3111 JSW


| Date | Description | | |
|---|---|---|---|
| 8/9/04 | Office conference with E. Murray regarding PI motion and legal research | 0.3 | 0.3 |
| 8/10/04 | Office conference with E. Murray and J. Carden regarding PI motion and legal research; and affidavits | 0.5 | 0.5 |
| 8/30/04 | Review Standing Orders and serve same upon opposing counsel; prepare proof of service for same | 0.3 | 0.3 |
| 9/17/04 | Update file; review PACER for case update | 0.4 | 0.4 |
| 9/24/04 | Prepare FedEx transmitting verification for amended complaint to client; prepare letter to client regarding same | 0.4 | 0.4 |
| 9/30/04 | Prepare Proof of Service for Dispute Resolution, Case Mgt. order, Stipulation and Order Setting ADR and Cert.; prepare Joint Case Mgt.; serve same | 0.6 | 0.6 |
| 9/30/04 | E-mail to J. Carden re: delivery of documents; e-mail from FedEx re: delivery; read e-mail from J. Carden | 0.3 | 0.3 |
| 10/1/04 | E-mail from FedEx re: delivery confirmation | 0.1 | 0.1 |
| 10/5/04 | Review and proofread Amended Complaint; prepare same for filing with court | 1.6 | 1.6 |
| 10/7/04 | E-mail from FedEx re: delivery confirmation | 0.1 | 0.1 |
| 11/16/04 | Update file; review PACER for case update | 0.6 | 0.6 |
| 11/17/04 | Review and revise Plaintiff's Rule 26 Initial Disclosures; Bates stamp exhibits to same; copy and finalize; prepare FedEx for service; serve same | 0.9 | 0.9 |
| 11/18/04 | Prepare envelope to T. Thompson and R. Tyler for mailing copies of Disclosure | 0.1 | 0.1 |

DECL. & ITEM. STATEMENT OF DSF IN SUPP. OF
PLS.' MOT. FOR ATT'Y FEES & NONTAXABLE EXPENSES – 3
CASE NO. C-04-3111 JSW

| Date | Description | | |
|---|---|---|---|
| 11/18/04 | E-mail from FedEx re: delivery confirmation | 0.1 | 0.1 |
| 11/22/04 | Review PACER; review documents recently filed | 0.5 | 0.5 |
| 11/23/04 | Update file with current documents | 0.3 | 0.3 |
| 1/10/05 | Scan and copy Defendants' opposition to MPI and related correspondence; update file | 0.8 | 0.8 |
| | **Total Hours** | **15.5** | **15.5** |

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the foregoing Declaration and Itemized Statement and that to the best of my knowledge the facts alleged therein are true and correct.

Executed this 6th day of June, 2005, in Scottsdale, Arizona.

*Danna S. Farney*
Danna S. Farney
Executive Assistant

DECL. & ITEM. STATEMENT OF DSF IN SUPP. OF
PLS.' MOT. FOR ATT'Y FEES & NONTAXABLE EXPENSES – 5
CASE NO. C-04-3111 JSW