IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NONTAXABLE EXPENSES** |

Upon this Court's thorough review of the motion and consideration of all matters brought before this Court relative to the motion, Plaintiffs' Motion for Attorneys' Fees in the amount of $58,773.50 and Nontaxable Expenses in the amount of $2,474.52, is hereby GRANTED.

SIGNED this ___ day of _____, 2005.

By: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE