BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (PHV)
Arizona State Bar No. 018848
ELIZABETH A. MURRAY (PHV)
Arizona State Bar No. 022954
Alliance Defense Fund
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020
Fax: (480) 444-0028

ROBERT H. TYLER
Alliance Defense Fund
California State Bar No. 179572
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563
Phone: (951) 461-7860
Fax: (951) 461-9056

TERRY L. THOMPSON
Law Offices of Terry L. Thompson
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone (925) 855-1507
Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., | CASE NO. C-04-3111 JSW |
|---|---|
| Plaintiffs, | **PLAINTIFFS' SECOND UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR EARLY NEUTRAL EVALUATION** |
| v. | |
| FEDERAL D. GLOVER, et al., | |
| Defendants. | |

1

Under ADR Local Rule 5-5, Plaintiffs, through their counsel, move for leave of Court to extend the deadline for conducting an Early Neutral Evaluation ("ENE") Session. The parties are currently scheduled for an ENE session on June 22, 2005. Defendants recently informed Plaintiffs that they intend to file a Notice of Appeal in this case as a result of this Court's Order Granting Plaintiffs' Motion for a Preliminary Injunction. Consequently, the parties do not believe that ENE will "deliver benefits to the parties sufficient to justify the resources consumed by its use" at this point in the litigation. *See* ADR Local Rule 3-2.

The parties respectfully request that the deadline of June 22, 2005 to conduct an ENE session be postponed until 30 days after the expiration of any time period for appeal of the preliminary injunction, or, if the preliminary injunction order is appealed as Defendants currently intend, until 30 days after all appeals of the preliminary injunction order are completed in this case, whichever is later.

While ADR Local Rule 5-5 states that a motion to extend an ENE deadline shall be made no later than 15 days before the session is to be held, the parties request that the Court waive this requirement because the consideration prompting this motion is a recent development. Also, Plaintiffs notified the Evaluator that they would be filing a motion concerning the ENE date, in order to avoid the needless expenditure of the Evaluator's time in preparation for the June 22, 2005 ENE session.

In addition, Plaintiffs request that the Court waive the requirement under Local Rule 7-2 that this motion be noticed for hearing not less than 35 days after service of the motion. Due to the timing of the ENE session, the Court's recent order, and Defendants' decision to appeal, Plaintiffs respectfully request that the Court rule on this matter prior to the June 22, 2005 ENE session.

The parties concur in this request.

For these reasons, Plaintiffs respectfully request that the Court grant this second unopposed motion to extend the deadline for ENE.

Respectfully submitted this 13th of June, 2005.

> By:  /s/ Elizabeth A. Murray
> Attorney for Plaintiffs