SILVANO B. MARCHESI (State Bar No. 42965)
County Counsel
KELLY M. FLANAGAN (State Bar No. 145018)
Deputy County Counsel
DANIELLE R. MERIDA (State Bar No. 217465)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553-1288
Telephone:  (925) 335-1841
Facsimile:  (925) 646-1078

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, a California nonprofit religious corporation, and HATTIE HOPKINS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL GLOVER, member and Chair of the Contra Costa County Board of Supervisors, MARK DE SAULNIER, member of the Contra Costa County Board of Supervisors, JOHN M. GIOIA, member of the Contra Costa County Board of Supervisors, MILLIE GREENBERG, member of the Contra Costa County Board of Supervisors, GAYLE B. UILKEMA, member of the Contra Costa County Board of Supervisors, JOHN SWEETEN, Contra Costa County Administrator, ANNE CAIN, Contra Costa County Librarian, and PATTY CHAN, Senior Branch Librarian for the Antioch branch of the Contra Costa County Public Library, LAURA O'DONAHUE, Administrative Deputy Director for the Antioch branch of the Contra Costa County Public Library, in their individual and official capacities,<br><br>Defendants. | Civil Action No. C 04-3111 JSW<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>**NOTICE OF APPEAL** |

1 |     Notice is hereby given that Federal Glover, Mark De Saulnier, John M. Goia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, Anne Cain, Patty Chan, and Laura O'Donoghue, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an order granting plaintiffs' motion for preliminary injunction entered in this action on the 23rd day of May, 2005.

Dated: June 16, 2005

                    SILVANO B. MARCHESI
                    County Counsel

                    By: *[signature]*
                    Kelly M. Flanagan
                    Deputy County Counsel
                    651 Pine Street, 9th Floor
                    Martinez, California 94553

                    Attorneys for Defendants