## PROOF OF SERVICE BY FEDERAL EXPRESS

**Re:** FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, ET AL. V. FEDERAL GLOVER, ET AL.
Civil Action No. C 04-3111 JSW

I declare that my business address is the County Counsel's Office of Contra Costa County, Administration Building, P.O. Box 69, Martinez, CA 94553; that I am a citizen of the United States, over 18 years of age, employed by the County of Contra Costa and not a party to the within action; and, that I am readily familiar with the County Counsel's office business practice for collection and processing of correspondence for mailing with the courier Federal Express.

I further declare that I served the original and four copies of the following

PRELIMINARY INJUNCTION APPEAL, NOTICE OF APPEAL; DOCKETING STATEMENT; REPRESENTATION STATEMENT; SERVICE LIST; ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; PRELIMINARY INJUNCTION

by placing said papers in a Federal Express over-night envelope addressed as follows:

ALLIANCE DEFENSE FUND LAW CENTER
Benjamin W. Bull
Gary S. McCaleb
Elizabeth A. Murray
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260

Robert H. Tyler
38760 Sky Canyon Drive, Suite B
Murietta, CA 92563

which was then deposited on June 16, 2005 at the Fed/Ex drop box installed at 651 Pine Street, Martinez, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Martinez, California on June 16, 2005

Donald Pfister Jr.

DP:\H:\KMF\Pleadings\FaithCenterPOSFEDX.wpd

PROOF OF SERVICE BY FEDERAL EXPRESS

## PROOF OF SERVICE BY MAIL

(Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ. Proc., rule 5(b))

Re: FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, ET AL. V. FEDERAL GLOVER, ET AL.
Civil Action No. C 04-3111 JSW

I declare that my business address is the County Counsel's Office of Contra Costa County, Administration Building, P.O. Box 69, Martinez, CA 94553; that I am a citizen of the United States, over 18 years of age, employed by the County of Contra Costa and not a party to the within action; and, that I am readily familiar with the County Counsel's office business practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of the County Counsel's office business practice the document described below will be deposited with the United States Postal Service on the same date that it is sealed and placed at the County Counsel's office with fully prepaid postage thereon.

I further declare that I served a true copy of the attached

PRELIMINARY INJUNCTION APPEAL, NOTICE OF APPEAL; DOCKETING STATEMENT; REPRESENTATION STATEMENT; SERVICE LIST; ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION; PRELIMINARY INJUNCTION

by placing said copy in an envelope(s) addressed as follows:

LAW OFFICE OF TERRY L. THOMPSON
Terry L. Thompson
P.O. Box 1346
Alamo, CA 94507

which place(s) has(have) mail service, which envelope(s) was(were) then sealed, postage fully prepaid thereon, and deposited today for mailing either by directly depositing said envelope in the United States Mail or by following ordinary business practices of the County Counsel's office for collection for processing in the United States Mail at Martinez/Concord, Contra Costa County, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Martinez, California on June 16, 2005.

Donald Pfister Jr.

DP:\H:\KMF\Pleadings\FaithCenterPOS1.wpd