

1
2
3
4
5
6                                                  IN THE UNITED STATES DISTRICT COURT
7
                                                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   FAITH CENTER CHURCH                                    NO. CV 04-03111 JSW

11            Plaintiff,                                    **CLERK'S NOTICE RE: FAILURE
     v.                                                     TO FILE ELECTRONICALLY
12                                                          AND/OR REGISTER AS AN E-
                                                            FILER**
13   FEDERAL D. GLOVER
              Defendant.
14   _____/

15
     On 6/17/05, counsel for Defendants' filed an Representation Statement and Certificates of Service  manually,
16
     on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order
17
     45.
18
19
     The above mentioned paper document has been filed and docketed. However, General Order 45 provides
20
     at Section III  that cases assigned to judges who participate in the e-filing program "shall be presumptively
21
     designated" as e-filing cases. Therefore, counsel for Defendants'  should submit the abov-mentioned
22
     documents, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges
23
     chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the
24
     procedure listed there).  Do *not* e-file a document which has been previously filed on paper, as is the case with
25
     the above mentioned filing. All subsequent papers should be e-filed.
26
27
     Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become
28

an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: June 21, 2005                                           <u>Hilary D. Jackson</u>
                                                               Deputy Clerk