1  BENJAMIN W. BULL
   Arizona State Bar No. 009940
2  GARY S. McCALEB (PHV)
   Arizona State Bar No. 018848
3  ELIZABETH A. MURRAY (PHV)
   Arizona State Bar No. 022954
4  Alliance Defense Fund
   15333 N. Pima Rd., Suite 165
5  Scottsdale, AZ 85260
   Phone: (480) 444-0020
6  Fax: (480) 444-0028
7
8  ROBERT H. TYLER
   California State Bar No. 179572
9  Alliance Defense Fund Law Center
   38760 Sky Canyon Drive, Suite B
10 Murietta, CA 92563
   Phone: (951) 461-7860
11 Fax: (951) 461-9056
12
13 TERRY L. THOMPSON
   California State Bar No. 199870
14 Law Offices of Terry L. Thompson
   P.O. Box 1346
15 Alamo, CA 94507
   Phone (925) 855-1507
16 Fax: (925) 820-6034
   (designated local counsel)
17

18              IN THE UNITED STATES DISTRICT COURT
19            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
20

21 FAITH CENTER CHURCH
   EVANGELISTIC MINISTRIES, et al.,        CASE NO. C-04-3111 JSW
22
           Plaintiffs,                      **NOTICE OF WITHDRAWAL OF
23                                          MOTION AND JOINT STIPULATION
                                            TO CHANGE THE TIME FOR
24 v.                                       PLAINTIFFS' APPLICATION FOR
                                            ATTORNEYS' FEES AND COSTS**
25 FEDERAL D. GLOVER, et al.,
26         Defendants.
27
28

**NOTICE OF WITHDRAWAL OF MOTION**

Pursuant to Civil L.R. 7-7, Plaintiffs, by and through counsel, withdraw their Motion for Attorneys' Fees and Nontaxable Expenses and the documents simultaneously filed in support thereof and request that the Court remove the motion from its calendar on July 29, 2005, if the Court orders the following Joint Stipulation to Change the Time for Plaintiffs' Application for Attorneys' Fees and Costs.

**JOINT STIPULATION TO CHANGE THE TIME FOR PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Civil L.R. 6-2 and 7-12, the parties, by and through counsel, respectfully request in this joint stipulation an order from the Court to change the time for Plaintiffs to file their application for attorneys' fees and costs under 42 U.S.C. § 1988, if the Plaintiffs are prevailing parties, until 30 days after the expiration of any time period for appeals, or, if the decision is appealed, until 30 days after all appeals are completed in this case, whichever is later. For the purpose of this joint stipulation, the term "appeals" includes the time period to file a petition for a writ of certiorari to the United States Supreme Court, resolution of the case at the United States Supreme Court, and entry of final judgment on remand in district court, whichever is later.

The reason for the request is to delay final consideration of attorneys' fees and costs until all other court action in this case is completed.  The parties seek to avoid the unnecessary expenditure of time and cost for the parties and this Court by preventing re-litigation of an interim fee award at the conclusion of the case.

There have been two previous time modifications in this case.  In response to an unopposed motion by the Plaintiffs, this Court modified by court order the deadline for conducting an Early Neutral Evaluation ("ENE") Session from March 10, 2005 until 30 days

1  after this Court's ruling on Plaintiffs' Motion for Preliminary Injunction, which occurred on May

2  23, 2005.  Again, on June 13, 2005, this court modified the deadline for conducting ENE until 30

3  days after all appeals of the preliminary injunction are completed in this case.

4      The parties do not anticipate that the requested time modification will affect the schedule

5  for the case because the modification concerns the schedule for post-judgment case activity.

6                          **CERTIFICATE OF SERVICE**

7      The undersigned counsel for the Plaintiffs certifies that a true and correct copy of the

8  foregoing document was electronically filed with the Clerk of the Court using the CM/ECF

9  system, which sent notification of such filing to Kelly M. Flanagan and Danielle R. Merida of

10  the Office of the Contra Costa County Counsel.  Pursuant to this Court's Standing Orders, a

11  Chambers Copy was sent to the Clerk of the Court by overnight Federal Express, on the 30th day

12  of June, 2005.

13
14  Respectfully submitted by,

15

16   /s/  Elizabeth A. Murray_____                Date: ___June 30, 2005_____

17  Attorney for Plaintiffs

18

19   /s/  Kelly M. Flanagan_____                Date: ___June 30, 2005_____

20  Attorney for Defendants

21                              **ATTESTATION**

22      I, Elizabeth A. Murray, hereby attest that concurrence in the filing of this document was

23  obtained from Kelly Flanagan.

24

25   /s/  Elizabeth A. Murray_____                Date: ___June 30, 2005_____

26  Attorney for Plaintiffs

27

28

                                        3

1

**PROPOSED ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5  _____          Date: _____, 2005.

JEFFREY S. WHITE

6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28