| | |
|---|---|
| 1 | BENJAMIN W. BULL, AZ Bar #009940 |
| 2 | GARY S. McCALEB, AZ Bar #018848 (PHV) |
| | Alliance Defense Fund |
| 3 | 15333 N. Pima Rd., Suite 165 |
| | Scottsdale, AZ 85260 |
| 4 | Phone: (480) 444-0020 |
| 5 | Fax: (480) 444-0028 |
| 6 | ELIZABETH A. MURRAY, AZ Bar #022954 (PHV) |
| | Alliance Defense Fund |
| 7 | 801 G Street NW, Suite 509 |
| | Washington, DC 20001 |
| 8 | Phone: (202) 637-4610 |
| 9 | Fax: (202) 347-6322 |
| 10 | TIMOTHY D. CHANDLER, CA Bar #234325 |
| | Alliance Defense Fund |
| 11 | 101 Parkshore Dr., Suite 155 |
| 12 | Folsom, CA 95630 |
| | Phone: (916) 932-2850 |
| 13 | Fax: (916) 932-2851 |
| 14 | |
| | TERRY L. THOMPSON, CA Bar #199870 |
| 15 | Law Offices of Terry L. Thompson |
| | P.O. Box 1346 |
| 16 | Alamo, CA 94507 |
| 17 | Phone (925) 855-1507 |
| | Fax: (925) 820-6034 |
| 18 | (designated local counsel) |
| 19 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH
EVANGELISTIC MINISTRIES, et al.,

    Plaintiffs,

v.

FEDERAL D. GLOVER, et al.,

    Defendants.

CASE NO. C-04-3111 JSW

**NOTICE OF CHANGE OF COUNSEL
AND CHANGE OF FIRM ADDRESS**

1

PLEASE TAKE NOTICE that Robert H. Tyler is no longer associated with the firm of the Alliance Defense Fund and Timothy D. Chandler will be included among Alliance Defense Fund attorneys representing plaintiffs, Faith Center Church Evangelistic Ministries, et al., in the above-captioned matter. Mr. Chandler was admitted to practice before this Court on December 10, 2004, and may be contacted at: Alliance Defense Fund, 101 Parkshore Dr., Suite 155; Folsom, CA 95630. His telephone number is (916) 932-2850 and his facsimile number is (916) 932-2851.

Elizabeth A. Murray will continue to represent plaintiffs in this case. Her firm address has changed to: Alliance Defense Fund, 801 G Street, NW, Suite 509; Washington, DC 20001. Her telephone number is (202) 637-4610 and her facsimile number is (202) 347-6322.

Messrs. Bull, McCaleb, and Thompson's contact information remains unchanged.

Respectfully submitted this 2nd day of September, 2005.

By:  /s/ Elizabeth A. Murray
     Attorney for Plaintiffs