1  BENJAMIN W. BULL, AZ Bar #009940
   GARY S. McCALEB, AZ Bar #018848
2  Alliance Defense Fund
3  15333 N. Pima Rd., Suite 165
   Scottsdale, AZ 85260
4  Phone: (480) 444-0020
   Fax: (480) 444-0028
5

6  ELIZABETH A. MURRAY, AZ Bar #022954
   Alliance Defense Fund
7  801 G Street NW, Suite 509
   Washington, DC 20001
8  Phone: (202) 637-4610
9  Fax: (202) 347-6322

10 TIMOTHY D. CHANDLER, CA Bar #234325
   Alliance Defense Fund
11 101 Parkshore Dr., Suite 100
12 Folsom, CA 95630
   Phone: (916) 932-2850
13 Fax: (916) 932-2851

14
   TERRY L. THOMPSON, CA Bar #199870
15 Law Offices of Terry L. Thompson
   P.O. Box 1346
16 Alamo, CA 94507
17 Phone (925) 855-1507
   Fax: (925) 820-6034
18 (designated local counsel)

19 Attorneys for Plaintiffs
20

21                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
22
   FAITH CENTER CHURCH
23 EVANGELISTIC MINISTRIES, et al.,
                                              CASE NO. C-04-3111 JSW
24        Plaintiffs,
                                              **NOTICE OF CHANGE OF ADDRESS**
25   v.

26 FEDERAL D. GLOVER, et al.,

27        Defendants.

28

1

Dockets.Justia.com

PLEASE TAKE NOTICE that Timothy D. Chandler's firm address has changed to Alliance Defense Fund, 101 Parkshore Dr., Suite 100; Folsom, CA 95630. His telephone number is (916) 932-2850 and his facsimile number is (916) 932-2851. Mr. Chandler may continue to be served electronically at tchandler@telladf.org

Respectfully submitted this 18th day of August, 2006.

By:   /s/ Timothy D. Chandler
      Attorney for Plaintiffs

PROOF OF SERVICE BY ELECTRONIC FILING

I am more than eighteen years old and not a party to this action. My place of employment and business address is Alliance Defense Fund, 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On August 18, 2006, I filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court will send electronic notification of such filing to:

**Silvano B. Marchesi, County Counsel**
**Kelly M. Flanagan, Deputy County Counsel**
**Danielle R. Merida, Deputy County Counsel**
Office of the County Counsel
Contra Costa County
651 Pine Street, 9th Floor
Martinez, California 94553
Tel: 925-335-1800
Fax: 925-646-1078
(Attorneys for Defendents Federal D. Glover, Mark DeSaulnier, John M. Gioia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, Anne Cain, Patty Chan, and Laura O'Donahue)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 18, 2006, in Folsom, California.

_Michele L. Magnaghi_
Michele L. Magnaghi, Paralegal