ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (admitted *pro hac vice*)
Arizona Bar No. 018848
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

ALLIANCE DEFENSE FUND
ELIZABETH A. MURRAY (admitted *pro hac vice*)
Arizona Bar No. 022954
801 G Street, NW
Washington, DC 20001
Phone: (202) 637-4610; Fax: (202) 347-3622

ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
California Bar No. 234325
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111-JSW <br><br> NOTICE AND MOTION FOR PERMISSION TO WITHDRAW OF ELIZABETH A. MURRAY |

NOTICE AND MOTION FOR WITHDRAWAL - EAM - 1

Dockets.Justia.com

Comes now Elizabeth A. Murray, counsel for Plaintiffs in this case, and pursuant to Civil Local Rule 11-5, notifies the parties of intent to withdraw as attorney of record as a consequence of relocating to Missouri, and moves that the Court permit withdrawal. The following are grounds for this notice and motion:

1. On September 15, 2006, Ms. Murray telephonically consulted with Plaintiffs regarding this notice and motion and obtained Plaintiffs' consent to withdraw; written confirmation was mailed to Plaintiffs on October 3, 2006.

2. On October 2, 2006, written notice was served on Defendants' counsel via UPS Next Day delivery.

2. Other counsel from the firm remain in this case on behalf of Plaintiffs and this withdrawal will result in no prejudice to Plaintiffs.

3. Papers may continue to be served on Mr. Bull, Mr. McCaleb, Mr. Chandler, and Mr. Thompson, counsel for Plaintiffs.

Dated: October 4, 2006

        Benjamin W. Bull
        Gary S. McCaleb
        Elizabeth A. Murray
        Timothy D. Chandler
        ALLIANCE DEFENSE FUND

        Terry L. Thompson
        LAW OFFICES OF TERRY L. THOMPSON


        /s/Elizabeth A. Murray
        Elizabeth A. Murray

        Attorneys for Plaintiffs

NOTICE AND MOTION OF WITHDRAWAL - EAM - 2