ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (admitted *pro hac vice*)
Arizona Bar No. 018848
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

ALLIANCE DEFENSE FUND
ELIZABETH A. MURRAY (admitted *pro hac vice*)
Arizona Bar No. 022954
801 G Street, NW
Washington, DC 20001
Phone: (202) 637-4610; Fax: (202) 347-3622

ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
California Bar No. 234325
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL D. GLOVER, et al.,<br><br>Defendants. | CASE NO. C-04-3111-JSW<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION TO WITHDRAW OF ELIZABETH A. MURRAY |

[PROPOSED] ORDER GRANTING WITHDRAWAL - EAM - 1

This matter is before the Court on the Notice and Motion for Permission to Withdraw of Elizabeth A. Murray, counsel for Plaintiffs. For the reasons stated in the motion, and for good cause appearing, the motion is granted.

IT IS HEREBY ORDERED THAT permission to withdraw from this action is granted.

Dated: _____

_____
Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING WITHDRAWAL - EAM - 2