1  ALLIANCE DEFENSE FUND
   BENJAMIN W. BULL
2  Arizona State Bar No. 009940
   GARY S. McCALEB (admitted *pro hac vice*)
3  Arizona Bar No. 018848
4  15333 N. Pima Rd., Suite 165
   Scottsdale, AZ 85260
5  Phone: (480) 444-0020; Fax: (480) 444-0028

6  ALLIANCE DEFENSE FUND
   ELIZABETH A. MURRAY (admitted *pro hac vice*)
7  Arizona Bar No. 022954
8  801 G Street, NW
   Washington, DC 20001
9  Phone: (202) 637-4610; Fax: (202) 347-3622

10 ALLIANCE DEFENSE FUND
   TIMOTHY D. CHANDLER
11 California Bar No. 234325
12 101 Parkshore Dr., Suite 100
   Folsom, CA 95630
13 Phone: (916) 932-2850; Fax: (916) 932-2851

14 LAW OFFICES OF TERRY L. THOMPSON
   TERRY L. THOMPSON
15 California Bar No. 199870
16 P.O. Box 1346
   Alamo, CA 94507
17 Phone: (925) 855-1507; Fax: (925) 820-6034
   (designated local counsel)
18
19 Attorneys for Plaintiffs

20                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
21                           SAN FRANCISCO DIVISION

22 FAITH CENTER CHURCH
23 EVANGELISTIC MINISTRIES, et al.,          CASE NO. C-04-3111-JSW

24        Plaintiffs,

25 v.                                        [PROPOSED] ORDER GRANTING
                                             MOTION FOR PERMISSION
26 FEDERAL D. GLOVER, et al.,                TO WITHDRAW OF
                                             ELIZABETH A. MURRAY
27        Defendants.

28

[PROPOSED] ORDER GRANTING WITHDRAWAL - EAM - 1

1  This matter is before the Court on the Notice and Motion for Permission to Withdraw of
2  Elizabeth A. Murray, counsel for Plaintiffs. For the reasons stated in the motion, and for good
3  cause appearing, the motion is granted.

   IT IS HEREBY ORDERED THAT permission to withdraw from this action is granted.

Dated: October 5, 2006

_____
Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING WITHDRAWAL - EAM - 2