IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., | CASE NO. C-04-3111 JSW |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. FEDERAL D. GLOVER, et al., Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference currently scheduled for May 11, 2007 is VACATED, and will be held with 30 days after the expiration of any time period for filing a Petition for a Writ of Certiorari with the U.S. Supreme Court or, if such a Petition is filed, within 30 days after the U.S. Supreme Court has fully disposed of the matter. The parties shall submit a stipulation and proposed form of injunction to the Court concurrently with their joint case management conference statement, the due date of which will be determined based on the date of the continued Case Management Conference. If the parties are unable to agree, they should submit their respective positions within the case management statement.

_____      Date: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE