1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   FAITH CENTER CHURCH
11   EVANGELISTIC MINISTRIES, et al.,          CASE NO. C-04-3111 JSW

12        Plaintiffs,                          **[PROPOSED]** ORDER
     v.
13   FEDERAL D. GLOVER, et al.,
14        Defendants.

15        PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management

16   Conference currently scheduled for May 11, 2007 is VACATED, and will be held with 30 days

17   after the expiration of any time period for filing a Petition for a Writ of Certiorari with the U.S.

18   Supreme Court or, if such a Petition is filed, within 30 days after the U.S. Supreme Court has

19   fully disposed of the matter.  The parties shall submit a stipulation and proposed form of

20   injunction to the Court concurrently with their joint case management conference statement, the

21   due date of which will be determined based on the date of the continued Case Management

22   Conference.  If the parties are unable to agree, they should submit their respective positions

23   within the case management statement. It is FURTHRE ORDERED that the parties shall
                                         submit joint status reports every 120 days.
24

25                                               Date: April 24, 2007
     JEFFREY S. WHITE
26   UNITED STATES DISTRICT JUDGE

27
28

1

Dockets.Justia.com