ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (admitted *pro hac vice*)
Arizona Bar No. 018848
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
California Bar No. 234325
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

COUNTY OF CONTRA COSTA
KELLY M. FLANAGAN
California State Bar No. 145018
DANIELLE R. MERIDA
California State Bar No. 2174654
651 Pine Street, 9th Floor
Martinez, CA 94553-1228
Phone: (925) 335-1800; Fax: (925) 646-1078

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br> v. <br> FEDERAL D. GLOVER, et al., <br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **JOINT STIPULATION TO REMOVE CASE FROM ALTERNATIVE DISPUTE RESOLUTION PROGRAM PENDING APPEAL** |

Stipulation to Remove Case From ADR Program Pending Appeal
Case No. C-04-3111 JSW

1

Dockets.Justia.com

1  The above-captioned case has been assigned to the Court's Alternative Dispute Resolution (ADR) Multi-Option Program.  However, Plaintiffs intend to file a Petition for a Writ of Certiorari with the U.S. Supreme Court in this case as a result of the U.S. Court of Appeals for the Ninth Circuit's Opinion reversing in part, vacating in part, and remanding this Court's Order granting Plaintiffs' Motion for a Preliminary Injunction. The outcome of this Petition has the potential to significantly affect the prospects for settlement. Consequently, the parties believe that ADR would best be handled once Plaintiffs' Petition has been fully resolved by the U.S. Supreme Court.

Accordingly, all parties, through counsel, respectfully request the Court remove this matter from the ADR Program until after the expiration of any time period for filing a Petition for a Writ of Certiorari with the U.S. Supreme Court or, if such a Petition is filed, until after the U.S. Supreme Court has fully disposed of the matter.

Respectfully submitted this 16th day of May, 2007.

By: /s/ Timothy D. Chandler  
Timothy D. Chandler  
Attorney for Plaintiffs

By: /s/ Kelly M. Flanagan  
Kelly M. Flanagan, Deputy County Counsel  
Attorney for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/ Timothy D. Chandler  
Attorney for Plaintiffs

Stipulation to Remove Case From ADR Program Pending Appeal  
Case No. C-04-3111 JSW