IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., | CASE NO. C-04-3111 JSW |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| FEDERAL D. GLOVER, et al., | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The above-captioned matter shall be removed from the Court's Alternative Dispute Resolution Multi-Option Program until after the expiration of any time period for filing a Petition for a Writ of Certiorari with the U.S. Supreme Court or, if such a Petition is filed, until after the U.S. Supreme Court has fully disposed of the matter.

_____          Date: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1

Dockets.Justia.com