1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   FAITH CENTER CHURCH
     EVANGELISTIC MINISTRIES, et al.,            CASE NO. C-04-3111 JSW
11
12          Plaintiffs,                          **[PROPOSED]** ORDER

13   v.
     FEDERAL D. GLOVER, et al.,
14          Defendants.

15          PURSUANT TO STIPULATION, IT IS SO ORDERED. The above-captioned matter

16   shall be removed from the Court's Alternative Dispute Resolution Multi-Option Program until

17   after the expiration of any time period for filing a Petition for a Writ of Certiorari with the U.S.

18   Supreme Court or, if such a Petition is filed, until after the U.S. Supreme Court has fully

19   disposed of the matter.

20

21

22   _____        Date: May 16, 2007 _____

23   JEFFREY S. WHITE
     UNITED STATES DISTRICT JUDGE
24

25

26

27

28

1

Dockets.Justia.com