ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (admitted *pro hac vice*)
Arizona Bar No. 018848
15333 N. Pima Rd., Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
California Bar No. 234325
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

COUNTY OF CONTRA COSTA
KELLY M. FLANAGAN
California State Bar No. 145018
DANIELLE R. MERIDA
California State Bar No. 2174654
651 Pine Street, 9th Floor
Martinez, CA 94553-1228
Phone: (925) 335-1800; Fax: (925) 646-1078

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., | CASE NO. C-04-3111 JSW |
|---|---|
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| FEDERAL D. GLOVER, et al., | |
| Defendants. | |

Joint Status Report
Case No. C-04-3111 JSW

1

1  In accordance with this Court's April 24, 2007 Order, the parties hereby submit this joint status report. On June 7, 2007, Plaintiffs filed a Petition for a Writ of Certiorari with the U.S. Supreme Court in this case in response to the U.S. Court of Appeals for the Ninth Circuit's Opinion reversing in part, vacating in part, and remanding this Court's Order granting Plaintiffs' Motion for a Preliminary Injunction. Defendants filed their Brief in Opposition with the U.S. Supreme Court on August 7, and Plaintiffs filed their Reply Brief on August 17. The Petition has yet to be distributed for a scheduled conference.

Unless the Supreme Court has fully disposed of the matter and a new Case Management Conference has been scheduled by this Court, the parties will submit an additional joint status report in 120 days, as required by this Court's April 24, 2007 Order.

Respectfully submitted this 22nd day of August, 2007.

By: s/Timothy D. Chandler  
Timothy D. Chandler  
Attorney for Plaintiffs

By: s/Kelly M. Flanagan  
Kelly M. Flanagan, Deputy County Counsel  
Attorney for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (s/) within this efiled document.

By: s/Timothy D. Chandler  
Attorney for Plaintiffs

Joint Status Report  
Case No. C-04-3111 JSW

2