SILVANO B. MARCHESI, County Counsel, SBN 42965
e-mail: smarc@cc.cccounty.us
THOMAS L. GEIGER, Deputy County Counsel, SBN 199729
e-mail: tgeig@cc.cccounty.us
CYNTHIA A. SCHWERIN, Deputy County Counsel, SBN 204198
e-mail: cschw@cc.cccounty.us
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California  94553-1288
Telephone:    (925) 335-1800
Facsimile:    (925) 646-1078

Attorneys for Defendants,
FEDERAL GLOVER, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, a California nonprofit religious corporation, and HATTIE HOPKINS, an individual,<br><br>              Plaintiffs,<br><br>     v.<br><br>FEDERAL GLOVER, et al.<br><br>              Defendants. | Civil Action No. C 04-3111 JSW<br><br>**SUBSTITUTION OF ATTORNEY** |

TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:    PLEASE TAKE NOTICE that effective immediately, Thomas L. Geiger, Deputy County Counsel, replaces Danielle R. Merida, former Deputy County Counsel, as attorney for defendants FEDERAL GLOVER, et al.  Please update your records accordingly.

Dated: October 30, 2007                    SILVANO B. MARCHESI
                                           County Counsel

                                                    /s/
                                       By: _____
                                           THOMAS L. GEIGER
                                           Deputy County Counsel
                                           Attorneys for Defendants

SUBSTITUTION OF ATTORNEYS - C04-3111 JSW

Dockets.Justia.com