1  SILVANO B. MARCHESI, County Counsel, SBN 42965
   e-mail: smarc@cc.cccounty.us
2  THOMAS L. GEIGER, Deputy County Counsel, SBN 199729
   e-mail: tgeig@cc.cccounty.us
3  CYNTHIA A. SCHWERIN, Deputy County Counsel, SBN 204198
   e-mail: cschw@cc.cccounty.us
4  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
5  Martinez, California 94553-1288
   Telephone:    (925) 335-1800
6  Facsimile:    (925) 646-1078

7  Attorneys for Defendants,
   FEDERAL GLOVER, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, a California nonprofit religious corporation, and HATTIE HOPKINS, an individual, | Civil Action No. C 04-3111 JSW |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| FEDERAL GLOVER, et al. | |
| Defendants. | |

TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:    PLEASE TAKE NOTICE that effective immediately, Cynthia A. Schwerin, Deputy County Counsel, replaces Kelly M. Flanagan, former Deputy County Counsel, as attorney for defendants FEDERAL GLOVER, et al.  Please update your records accordingly.

Dated: October 30, 2007        SILVANO B. MARCHESI
                               County Counsel

                                     /s/
                          By: _____
                               CYNTHIA A. SCHWERIN
                               Deputy County Counsel
                               Attorneys for Defendants

SUBSTITUTION OF ATTORNEYS - C04-3111 JSW

Dockets.Justia.com