ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (admitted *pro hac vice*)
Arizona Bar No. 018848
15333 North Pima Road, Suite 165
Scottsdale, AZ 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
California Bar No. 234325
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

COUNTY OF CONTRA COSTA
CYNTHIA A. SCHWERIN
California State Bar No. 204198
THOMAS L. GEIGER
California State Bar No. 199729
651 Pine Street, 9th Floor
Martinez, CA 94553-1228
Phone: (925) 335-1800; Fax: (925) 646-1078

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br> v. <br> FEDERAL D. GLOVER, et al., <br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **JOINT STATUS REPORT** |

Joint Status Report
Case No. C-04-3111 JSW

1

In accordance with this Court's April 24, 2007 Order, the parties hereby submit this joint status report notifying the Court that the Supreme Court denied Plaintiffs' petition for writ of certiorari, which fully disposes of all matters on appeal in this case. The parties respectfully request the Court schedule a new Case Management Conference and set a deadline for filing a joint case management statement.

Respectfully submitted this 31st day of October, 2007.

By: s/Timothy D. Chandler          By: s/Cynthia A. Schwerin
Timothy D. Chandler                Cynthia A. Schwerin, Deputy County Counsel
Attorney for Plaintiffs            Attorney for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (s/) within this efiled document.

By: s/Timothy D. Chandler
Attorney for Plaintiffs