1 BENJAMIN W. BULL, AZ SBN 009940
2 GARY S. McCALEB, AZ SBN 018848 (admitted *pro hac vice*)
Alliance Defense Fund
3 15100 North 90th Street
Scottsdale, AZ 85260
4 Phone: (480) 444-0020; Fax: (480) 444-0028

5 TIMOTHY D. CHANDLER, CA SBN 234325
6 Alliance Defense Fund
101 Parkshore Dr., Suite 100
7 Folsom, CA 95630
Phone: (916) 932-2850; Fax: (916) 932-2851
8

9 TERRY L. THOMPSON, CA SBN 199870
Law Offices of Terry L. Thompson
10 P.O. Box 1346
Alamo, CA 94507
11 Phone: (925) 855-1507; Fax: (925) 820-6034
12 (designated local counsel)

13 Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| **FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.,** | **CASE NO. C-04-3111 JSW** |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| **FEDERAL D. GLOVER, et al.,** | |
| Defendants. | |

PLEASE TAKE NOTICE that Benjamin W. Bull's and Gary S. McCaleb's firm address has changed to Alliance Defense Fund, 15100 North 90th Street; Scottsdale, Arizona 85260. Their telephone and fax numbers remain unchanged, and they may continue to be served electronically at bbull@telladf.org and gmccaleb@telladf.org.

Respectfully submitted this 6th day of November, 2007.

By: s/Timothy D. Chandler
Attorney for Plaintiffs

1