IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br> v. <br> FEDERAL D. GLOVER, et al., <br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **[PROPOSED]** <br> **CASE MANAGEMENT ORDER** |

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: _____   _____
UNITED STATES DISTRICT JUDGE JEFFERY S. WHITE

FAITH CENTER V. GLOVER – [PROPOSED] CASE MANAGEMENT ORDER – C-04-3111 JSW

1

Dockets.Justia.com