ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (admitted *pro hac vice*)
Arizona Bar No. 018848
15100 North 90th Street
Scottsdale, AZ 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
California Bar No. 234325
101 Parkshore Dr., Suite 100
Folsom, CA 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, CA 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

COUNTY OF CONTRA COSTA
THOMAS L. GEIGER
California State Bar No. 199729
CYNTHIA A. SCHWERIN
California State Bar No. 204198
651 Pine Street, 9th Floor
Martinez, CA 94553-1228
Phone: (925) 335-1800; Fax: (925) 646-1078

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.,<br><br>   Plaintiffs,<br>v.<br><br>FEDERAL D. GLOVER, et al.,<br><br>   Defendants. | CASE NO. C-04-3111 JSW<br><br>**SUPPLEMENTAL CASE MANAGEMENT STATEMENT** |

FAITH CENTER V. GLOVER – SUPPLEMENTAL CASE MGMT. STATEMENT – C-04-3111 JSW

1

1  Pursuant to this Court's November 26, 2007 Case Management Order, the parties to the
2  above-entitled action jointly submit this Supplemental Case Management Statement and Proposed
3  Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

**1. Scheduling:**

The parties propose the following dates:

| | |
|---|---|
| Deadline for designation of experts: | May 30, 2008. |
| Discovery cutoff: | July 25, 2008. |
| Deadline for filing dispositive motions: | August 25, 2008. |
| Pretrial conference: | January 12, 2009. |
| Trial: | February 9, 2009. |

Respectfully submitted this 18th day of January, 2008.

By: s/ Timothy D. Chandler        By: s/ Thomas L. Geiger
Timothy D. Chandler               Thomas L. Geiger, Deputy County Counsel
Attorney for Plaintiffs           Attorney for Defendants


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (s/) within this efiled document.

By: s/ Timothy D. Chandler
Attorney for Plaintiffs