| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., | CASE NO. C-04-3111 JSW |
|---|---|
| Plaintiffs, | **[PROPOSED]** |
| v. | **SUPPLEMENTAL CASE** |
| FEDERAL D. GLOVER, et al., | **MANAGEMENT ORDER** |
| Defendants. | |

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: _____    _____
UNITED STATES DISTRICT JUDGE JEFFERY S. WHITE

FAITH CENTER V. GLOVER – [PROPOSED] SUPPLEMENTAL CASE MANAGEMENT ORDER – C-04-3111 JSW

1

Dockets.Justia.com