IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br> v. <br> FEDERAL D. GLOVER, et al., <br> Defendants. | CASE NO. C-04-3111 JSW <br><br> [~~PROPOSED~~] <br> **SUPPLEMENTAL CASE MANAGEMENT ORDER** |

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders: The case management conference scheduled for January 25, 2008 is VACATED.

Dated: January 18, 2008

_____
UNITED STATES DISTRICT JUDGE JEFFERY S. WHITE

FAITH CENTER V. GLOVER – [~~PROPOSED~~] SUPPLEMENTAL CASE MANAGEMENT ORDER – C-04-3111 JSW

1