ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (admitted *pro hac vice*)
Arizona Bar No. 018848
15100 North 90th Street
Scottsdale, Arizona 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
California Bar No. 234325
101 Parkshore Dr., Suite 100
Folsom, California 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, California 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

COUNTY OF CONTRA COSTA
THOMAS L. GEIGER
California State Bar No. 199729
CYNTHIA A. SCHWERIN
California State Bar No. 204198
651 Pine Street, 9th Floor
Martinez, CA 94553-1228
Phone: (925) 335-1800; Fax: (925) 646-1078

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **STIPULATED REQUEST TO EXTEND TIME FOR PARTIES TO FILE DISPOSITIVE MOTIONS** |

FAITH CENTER V. GLOVER – STIPULATED REQUEST TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS – C-04-3111 JSW

1

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-2, the parties in the above-captioned matter submit this |
| 2 | stipulated request for an order extending the time for the parties to file dispositive motions by two |
| 3 | weeks, from August 25, 2008 to September 8, 2008. As explained in the declaration by Plaintiffs' |
| 4 | counsel submitted concurrently with this stipulated request, this extension of time is necessary |
| 5 | because of a series of unanticipated and time-sensitive matters that have arisen for Plaintiffs' |
| 6 | counsel. These matters have interfered with Plaintiffs' counsel's ability to fully and adequately |
| 7 | prepare a dispositive motion addressing the important constitutional questions at issue in this case. |

Pursuant to Civil Local Rule 6-2, the parties in the above-captioned matter submit this stipulated request for an order extending the time for the parties to file dispositive motions by two weeks, from August 25, 2008 to September 8, 2008. As explained in the declaration by Plaintiffs' counsel submitted concurrently with this stipulated request, this extension of time is necessary because of a series of unanticipated and time-sensitive matters that have arisen for Plaintiffs' counsel. These matters have interfered with Plaintiffs' counsel's ability to fully and adequately prepare a dispositive motion addressing the important constitutional questions at issue in this case.

There have been no previous time modifications affecting the filing of dispositive motions in this case, and this extension will not affect any other dates currently on the schedule for this case. No additional requests for extensions are anticipated.

Respectfully submitted this 13th day of August, 2008.

By:  /s/Timothy D. Chandler            By:  /s/Thomas L. Geiger
     Timothy D. Chandler                    Thomas L. Geiger
     Attorney for Plaintiffs                Attorney for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (s/) within this efiled document.

By: /s/Timothy D. Chandler
Timothy D. Chandler
Attorney for Plaintiffs