ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (admitted *pro hac vice*)
Arizona Bar No. 018848
15100 North 90th Street
Scottsdale, Arizona 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
California Bar No. 234325
101 Parkshore Dr., Suite 100
Folsom, California 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, California 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., | CASE NO. C-04-3111 JSW |
| Plaintiffs, | **DECLARATION OF TIMOTHY D. CHANDLER IN SUPPORT OF STIPULATED REQUEST TO EXTEND TIME FOR PARTIES TO FILE DISPOSITIVE MOTIONS** |
| v. | |
| FEDERAL D. GLOVER, et al., | |
| Defendants. | |

Dockets.Justia.com

I, Timothy D. Chandler, declare as follows:

1.     I am an attorney duly licensed to practice law before the courts of California.  I am lead counsel for Plaintiffs in the above-captioned case. Pursuant to Civil Local Rule 6-2, I submit this declaration in support of the parties' stipulated request for an order extending the time for the parties to file dispositive motions until September 8, 2008.

2.     In accordance with this Court's Supplemental Case Management Order dated January 18, 2008, the current deadline for the parties to file dispositive motions is August 25, 2008.

3.     Over the past two weeks, several unexpected matters have arisen that have created the need for this extension. Most notably, two extremely time-sensitive election-related matters arose that involved emergency writ petitions in the California Superior Court, as well as an immediate hearing and additional writ petition in the California Court of Appeal. These matters had to be resolved prior to the State Printer beginning to print the ballots for the November 2008 election, which began on Monday, August 11, 2008. As a result, it was impossible for me to postpone those matters until after the dispositive motion deadline in this case.

4.     This case raises important and unsettled issues of constitutional law regarding religious worship in public forums. This extension is necessary to ensure that Plaintiffs' counsel can fully and adequately prepare a dispositive motion addressing these important legal issues.

5.     There have been no previous time modifications in this case related to the parties' dispositive motions. The only time modifications that have occurred in this case involved the parties' Early Neutral Evaluation Session, which the parties filed stipulated requests to postpone because of a pending motion for preliminary injunction (Document #37) and a pending appeal following this Court's granting of the motion for preliminary injunction (Document #63). The parties also requested a continuance of a Case Management Conference due to an appeal that was still pending in regard to the preliminary injunction that was issued in this case (Document #81).

6.     The only other dates that are set on the calendar for this case is the pretrial

Faith Center v. Glover – Chandler Decl. In Support of Stip. Request to Extend Time – C-04-3111 JSW

2

conference, which is set for January 12, 2009, and the trial, which is set for February 9, 2009. The requested extension would have no effect on these dates.

7.     I do not anticipate requesting any additional extensions in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2008                          ALLIANCE DEFENSE FUND

                              By:     /s/Timothy D. Chandler
                                      TIMOTHY D. CHANDLER
                                      Attorney for Plaintiffs

Faith Center v. Glover – Chandler Decl. In Support of Stip. Request to Extend Time – C-04-3111 JSW

3