IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., | CASE NO. C-04-3111 JSW |
| Plaintiffs, | [~~PROPOSED~~] ORDER |
| v. | |
| FEDERAL D. GLOVER, et al., | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties shall file dispositive motions no later than September 8, 2008.

_____                    Date: August 14, 2008
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

If the parties intend to file cross-motions for summary judgment, the Court HEREBY ORDERS the parties to file their papers as follows: (1) Plaintiffs' opening motion; (2) Defendants' opposition and cross-motion; (3) Plaintiffs' opposition and reply; and Defendants' reply.  The parties, therefore, must notice the hearing for a date greater than 35 days from the date Plaintiffs' motion is filed and that will enable Defendants' reply to be filed no later than 14 days before the hearing on the motion.

Dockets.Justia.com