ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (admitted *pro hac vice*)
Arizona State Bar No. 018848
15100 North 90th Street
Scottsdale, Arizona 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
California State Bar No. 234325
101 Parkshore Dr., Suite 100
Folsom, California 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, California 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

COUNTY OF CONTRA COSTA
THOMAS L. GEIGER
California State Bar No. 199729
CYNTHIA A. SCHWERIN
California State Bar No. 204198
651 Pine Street, 9th Floor
Martinez, CA 94553-1228
Phone: (925) 335-1800; Fax: (925) 646-1078

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.,<br><br>Plaintiffs,<br>v.<br><br>FEDERAL D. GLOVER, et al.,<br><br>Defendants. | CASE NO. C-04-3111 JSW<br><br>**STIPULATION ON BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

FAITH CENTER V. GLOVER – STIPULATION ON BRIEFING SCHEDULE– C-04-3111 JSW

1

Dockets.Justia.com

On August 14, 2008, this Court ordered the parties, if they intend to file cross-motions for summary judgment, to file their papers as follows: (1) Plaintiffs' opening motion; (2) Defendants' opposition and cross-motion; (3) Plaintiffs' opposition and reply; and (4) Defendants' reply. The Court further directed the parties to notice the hearing for a date that will enable Defendants' reply to be filed no later than 14 days before the hearing on the motion.

The parties intend to file cross-motions for summary judgment. Plaintiffs filed their opening motion concurrently with this stipulation, and noticed the hearing for November 7, 2008 at 9:00 a.m.

The parties propose the following schedule for filing the remaining papers to ensure compliance with this Court's August 14, 2008 Order:

1. Defendants' opposition and cross-motion shall be filed no later than September 26, 2008.
2. Plaintiffs' opposition and reply shall be filed no later than October 10, 2008.
3. Defendants' reply shall be filed no later than October 24, 2008, 14 days prior to the hearing on the motions.

Respectfully submitted this 8th day of September, 2008.

By: /s/ *Timothy D. Chandler*  
Timothy D. Chandler  
Attorney for Plaintiffs

By: /s/ *Thomas L. Geiger*  
Thomas L. Geiger  
Attorney for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (s/) within this efiled document.

By: /s/ *Timothy D. Chandler*  
Timothy D. Chandler  
Attorney for Plaintiffs