UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH EVANGELISTIC MINISTRIES ET AL

       Plaintiff(s),

  v.

GLOVER ET AL

       Defendant(s).
_____/

No. C 04-03111 JSW

**CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that the Pretrial Conference, scheduled for March 16, 2009 at 2:00 p.m. and the Bench Trial, scheduled for April 13, 2009 at 8:30 a.m. are vacated and will be rescheduled, if necessary, in the Court's order on the pending motions for summary.

                                            Richard W. Wieking
                                            Clerk, United States District Court

                                            By: _____
                                            Jennifer Ottolini, Deputy Clerk
                                            Honorable Jeffrey S. White
                                            (415) 522-4173

Dated: February 17, 2009

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.