United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.

    Plaintiffs,

v.

FEDERAL D. GLOVER, et al.

    Defendants.

No. C 04-03111 JSW

**PERMANENT INJUNCTION**

    Pursuant to the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment and Granting in Part and Denying in Part Defendants' Cross-Motion for Summary Judgment, Defendants Federal D. Glover, Mark DeSaulnier, John M. Gioia, Millie Greenberg, Gayle B. Uilkema, John Sweeten, and Laura O'Donoghue, and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, are HEREBY ENJOINED from enforcing, as drafted, the "Religious Use" restriction of the policy adopted pursuant to Resolution No. 2004/655 "In the Matter of Adopting a Policy for the Use of Meeting Rooms in Libraries." Pursuant to the terms of the Court's Order, this injunction shall not go into effect until Monday, July 6, 2009.

**IT IS SO ORDERED.**

Dated: June 19, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE