IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.

    Plaintiffs,

  v.

FEDERAL D. GLOVER, et al.

    Defendants.

_____/

No. C 04-03111 JSW

**JUDGMENT**

Pursuant to the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment and Granting in Part and Denying in Part Defendants' Cross-Motion for Summary Judgment, JUDGMENT is hereby entered in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 19, 2009

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

Dockets.Justia.com