# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Faith Center Church Evangelistic Ministries, et al. | ) |
| v. | ) Case No.: 3:04-cv-03111-JSW |
| Federal D. Glover, et al. | ) |

## Bill of Costs

Judgment having been entered in the above entitled     06/19/2009     against     Defendants     ,
                                                       *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 480.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 392.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . . | 1,816.80 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 49.70 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL $ | 2,739.00 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:     Timothy D. Chandler

        Name of     Timothy D. Chandler

For:  Faith Center Evangelist Ministries, et al.                    Date:     07/06/2009
                    *Name of Claiming Party*

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*                    *Deputy Clerk*                    *Date*

AO 133  (Rev. 11/08)  Bill of Costs

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Itemization and documentation for the Bill of Costs:

| Fees of the Clerk: | | | |
|---|---|---|---|
| 7/30/2004 | Initial Filing Fee | $ | 150.00 |
| 7/30/2004 | Attorney Pro Hac Vice Fee - Joshua W. Carden | $ | 60.00 |
| 7/30/2004 | Attorney Pro Hac Vice Fee - Elizabeth A. Murray | $ | 60.00 |
| 4/20/2005 | Attorney Pro Hac Vice Fee - Gary S. McCaleb | $ | 210.00 |
| **Total:** | | **$** | **480.00** |

| Fees for service of summons and subpoena | | | |
|---|---|---|---|
| 7/30/2004 | Fee for service of process - Cain | $ | 65.00 |
| 7/30/2004 | Fee for service of process - Desaulnier | $ | 17.50 |
| 7/30/2004 | Fee for service of process - Gioia | $ | 17.50 |
| 7/30/2004 | Fee for service of process - Glover | $ | 65.00 |
| 7/30/2004 | Fee for service of process - Greenburg | $ | 17.50 |
| 7/30/2004 | Fee for service of process - Sweeten | $ | 17.50 |
| 7/30/2004 | Fee for service of process - Uilkema | $ | 17.50 |
| 8/2/2004 | Fee for service of process - O'Donahue | $ | 110.00 |
| 8/3/2004 | Fee for service of process - Chan | $ | 65.00 |
| **Total:** | | **$** | **392.50** |

| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | | | |
|---|---|---|---|
| 7/15/2008 | Legalink, Inc. - Cain deposition | $ | 416.15 |
| 7/15/2008 | Legalink, Inc. - Galinda deposition | $ | 208.05 |
| 7/15/2008 | Legalink, Inc. - Chan deposition | $ | 248.15 |
| 7/16/2008 | Legalink, Inc. - O'Donoghue deposition | $ | 185.95 |
| 7/16/2008 | Legalink, Inc. - Loomis deposition | $ | 413.50 |
| 7/17/2008 | Legalink, Inc. - Biglow deposition | $ | 345.00 |
| **Total:** | | **$** | **1,816.80** |

| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case: | | | |
|---|---|---|---|
| 9/2008 - 10/2008 | Chambers copy of motion for summary judgment documents - 379 pages | $ | 37.90 |
| 10/2004 - 1/2005 | Chambers copy of motion for preliminary injunction documents - 73 pages | $ | 7.30 |
| 7/15/2008 - 7/17/2008 | Reproducing exhibits for depositions - 45 pages | $ | 4.50 |
| **Total:** | | **$** | **49.70** |

**Report Total:  $        2,739.00**

**Alliance Defense Fund**

"Without Me you can do nothing." —JOHN 15 5

# ACCOUNTS PAYABLE / FINANCIAL AUTHORIZATION VOUCHER

Make Check
Payable To: Clerk of Court, U.S. District Court for the Northern District of CA

Address: 1301 Clay Street, Suite 400 S

Oakland                          CA          94612-5212
City                             State              Zip

Phone: 510-637-3530

| Invoice Number | Invoice Date | Description / Item(s) | Dept. Code | Account | Project Code | Amount |
|---|---|---|---|---|---|---|
| | | Filing Fee | 3500 | 72210 | 3047 | $150.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Purpose:** Civil case filing fee for new case          **TOTAL**   $150.00

**Requested by:** Michele L. Magnaghi          **Required Authorized Signatures**

**Date Requested:**          7/29/2004 Team Leader   _____

**Date Needed:**            7/29/2004 Dept. Leader   _____7-28-04_

                            Division Leader   _____

                            Admin. Services   _____

****SPECIAL HANDLING****

    PLEASE RETURN TO MICHELE ASAP. THANK YOU!

| Obligation | Description | Invoice | Account Number | Amount |
|---|---|---|---|---|
| 6589 | Filing Fee<br>*** Total *** | | A01-3 500-72210 | 150.00<br>150.00 |

PAYMENT RECORD

| **From:** | ECF-CAND@cand.uscourts.gov |
|---|---|
| **Sent:** | Monday, August 02, 2004 5:47 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:04-cv-03111-EDL Faith Center Church Evengelist Ministries et al v. Glover et al "Complaint" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov

The following transaction was received from on 8/2/2004 at 5:47 PM

| **Case Name:** | Faith Center Church Evengelist Ministries et al v. Glover et al |
|---|---|
| **Case Number:** | 3:04-cv-3111 |
| **Filer:** | Faith Center Church Evengelist Ministries |
| | Hattie Hopkins |

**Document Number:** 1

**Docket Text:**
VERIFIED COMPLAINT For Declaratory & Injunctive Relief & Damages - [Summons Issued] against Anne Cain, Patty Chan, Mark DeSaulnier, John M. Gioia, Federal D. Glover, Millie Greenberg, Laura O'Donahue, John Sweeten, And Gayle B. Uilkema, [Filing Fee: $150.00, Receipt Number 4409904]. Filed by Plaintiffs Faith Center Church Evengelist Ministries & Hattie Hopkins. (tn, COURT STAFF) (Filed on 7/30/2004)

The following document(s) are associated with this transaction:

**3:04-cv-3111 Notice will be electronically mailed to:**

Benjamin Wyman Bull     bbull@telladf.org,

Joshua William Carden     jcarden@alliancedefensefund.org,

Terry Lee Thompson     tl_thompson@earthlink.net

Robert Henry Tyler     rtyler@telladf.org,

**3:04-cv-3111 Notice will not be electronically mailed to:**

Elizabeth A. Murray
Alliance Defense Fund Law Center
15333 N. Pima Road
Suite 165
Scottsdale, AZ 85260

Alliance Defense Fund
"Without Me you can do nothing."—JOHN 15 5

# ACCOUNTS PAYABLE / FINANCIAL AUTHORIZATION VOUCHER

Make Check
Payable To: Clerk of Court, U.S. District Court for the Northern District of CA

Address: 1301 Clay Street, Suite 400 S

Oakland                         CA      94612-5212
City                            State           Zip

Phone: 510-637-3530

| Invoice Number | Invoice Date | Description / Item(s) | Dept. Code | Account | Project Code | Amount |
|---|---|---|---|---|---|---|
| | | Pro Hac Vice Application JWC | 3500 | 72200 | 3047 | $60.00 |
| | | Pro Hac Vice Application EAM | 3500 | 72200 | 3047 | $60.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Purpose:** Pro Hac Vice Application fees for new case

**TOTAL** $120.00

**Requested by:**  Michele L. Magnaghi

**Required Authorized Signatures**

**Date Requested:**          7/29/2004 Team Leader

**Date Needed:**             7/29/2004 Dept. Leader

Division Leader

Admin. Services

****SPECIAL HANDLING****

PLEASE RETURN TO MICHELE ASAP. THANK YOU!

**ALLIANCE DEFENSE FUND**

016511

Clerk, U.S. District Court - CA                      07/29/2004

| Obligation | Description | Invoice | Account Number | Amount |
|---|---|---|---|---|
| 6588 | Pro Hac Vice, J  Carden, E. Mu<br>*** Total *** | | A01-3 500-72200 | 120.00<br>120.00 |

PAYMENT RECORD

| From: | ECF-CAND@cand.uscourts.gov |
|---|---|
| Sent: | Monday, August 02, 2004 6:04 PM |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 3:04-cv-03111-EDL Faith Center Church Evengelist Ministries et al v. Glover et al "Motion for for Pro Hac Vice" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov

The following transaction was received from on 8/2/2004 at 6:03 PM

| **Case Name:** | Faith Center Church Evengelist Ministries et al v. Glover et al |
|---|---|
| **Case Number:** | 3:04-cv-3111 |
| **Filer:** | Faith Center Church Evengelist Ministries |
| | Hattie Hopkins |

**Document Number:** 3

**Docket Text:**
APPLICATION of Joshua W. Carden for Leave to Appear in Pro Hac Vice [Filing Fee: $60.00, Receipt No. 4409906]. Filed by Plaintiffs Faith Center Church Evengelist Ministries & Hattie Hopkins. (tn, COURT STAFF) (Filed on 7/30/2004)

The following document(s) are associated with this transaction:

**3:04-cv-3111 Notice will be electronically mailed to:**

Benjamin Wyman Bull      bbull@telladf.org,

1

Joshua William Carden   jcarden@alliancedefensefund.org,

Terry Lee Thompson   tl_thompson@earthlink.net

Robert Henry Tyler   rtyler@telladf.org,

**3:04-cv-3111 Notice will not be electronically mailed to:**

Elizabeth A. Murray
Alliance Defense Fund Law Center
15333 N. Pima Road
Suite 165
Scottsdale, AZ 85260

| From: | ECF-CAND@cand.uscourts.gov |
|---|---|
| Sent: | Monday, August 02, 2004 6:07 PM |
| To: | efiling@cand.uscourts.gov |
| Subject: | Activity in Case 3:04-cv-03111-EDL Faith Center Church Evengelist Ministries et al v. Glover et al "Motion for for Pro Hac Vice" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov

The following transaction was received from on 8/2/2004 at 6:06 PM

| **Case Name:** | Faith Center Church Evengelist Ministries et al v. Glover et al |
|---|---|
| **Case Number:** | 3:04-cv-3111 |
| **Filer:** | Faith Center Church Evengelist Ministries |
| | Hattie Hopkins |

**Document Number:** 4

**Docket Text:**
APPLICATION of Elizabeth A. Murray for Leave to Appear in Pro Hac Vice [Filing Fee: $60.00, Receipt No. 4409906]. Filed by Plaintiffs Faith Center Church Evengelist Ministries & Hattie Hopkins. (tn, COURT STAFF) (Filed on 7/30/2004)

The following document(s) are associated with this transaction:

**3:04-cv-3111 Notice will be electronically mailed to:**

Benjamin Wyman Bull    bbull@telladf.org,

Joshua William Carden    jcarden@alliancedefensefund.org,

Terry Lee Thompson    tl_thompson@earthlink.net

Robert Henry Tyler    rtyler@telladf.org,

**3:04-cv-3111 Notice will not be electronically mailed to:**

Elizabeth A. Murray
Alliance Defense Fund Law Center
15333 N. Pima Road
Suite 165
Scottsdale, AZ 85260



01882

| Obligation | Description | Invoice | Account Number | Amount |
|---|---|---|---|---|
| | | | | 210.00 |
| | | | | 210.00 |
| 10790 | *** Total *** | | A01-3.500-72210 | |

04/19/2005

FORM NO. UTB04
**ALLIANCE DEFENSE FUND**

Clerk, U.S. District Court - N. CA

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF
CALIFORNIA

SAN FRANCISCO, CA

3371552

RECEIVED FROM:
ALLIANCE DEFENSE FUND
15333 N. PIMA ROAD, SUITE 165
SCOTTSDALE, AZ 85260

Case Number:
3:04CV03111-JSW

F/U/B/O:

Party ID:

Tender Type:            CHECK
05-6855XX                $210.00

Pro Hac Vice 6855XX

Remarks:18820 GARY S MCCALEB

Subtotal:              $210.00

Receipt Total:         $210.00
==================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn

   Date:    4/20/05
   Clerk:

| Attorney or Party without Attorney:<br>TERRY L. THOMPSON ATTORNEY AT LAW<br>P.O. BOX 1346<br>ALAMO, CA 94507 | Telephone No.:<br>(000)   - | For Court Use Only |
|---|---|---|
| ...ney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Of Northern District Of California |
|---|

| Plaintiff: FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.<br>Defendant: FEDERAL D. GLOVER, et al. |
|---|

| PROOF OF SERVICE<br>(Summons In A Civil Case,) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C04 3111EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies of the:**
   Summons In A Civil Case, Complaint, Verification, Exhibits, Blank Notice Of Lawsuit & Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Blank Joint Cms & Proposed Order, Blank Stipulation & (Proposed)order Selecting Adr Process, Ecf Registration Information Handout.

3. a. Party Served:      ANNE CAIN   (Defendant)

    b. Person Served:      party in item 3.a.

4. Address where the party was served:      CONTRA COSTA COUNTY LIBRARIAN<br>         1750 OAK PARK BLVD.<br>         PLEASANT HILL, CA 94523

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri, Jul. 30, 2004 (2) at: 4:25PM

7. ( ...rson who served the papers:        Recoverable Costs Per CCP 1033.5(a)(4)(B)
      ... DAMON PULIDO
      b. **D & T SERVICES, LTD.**
        2146 N. Main Street, Suite A
        P.O. Box 5383
        Walnut Creek, CA 94596
      c. (925) 947-1221

     d. *The Fee for service was:* $65.00
     e. I am: (3) Registered California process server.
         (i) *Employee*
         (ii) *Registration No.:* 475
         (iii) *County:* CONTRA COSTA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

F...: Jul. 30, 2004

...dicia... ...ouncil Form POS-010<br>...ule 982.9. (a)&(b) Rev Jul. 01, 2004        ►    PROOF OF SERVICE      (DAMON PULIDO)      THOMPS06.85143

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| TERRY L. THOMPSON ATTORNEY AT LAW<br>P.O. BOX 1346<br>ALAMO, CA 94507 | (000) - | |
| ey for: Plaintiff | Ref. No. or File No.: | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Of Northern District Of California

*Plaintiff:* FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.
*Defendant:* FEDERAL D. GLOVER, et al.

| PROOF OF SERVICE<br>(Summons In A Civil Case,) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C04 3111EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. **I served copies of the:**
   Summons In A Civil Case, Complaint, Verification, Exhibits, Blank Notice Of Lawsuit & Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Blank Joint Cms & Proposed Order, Blank Stipulation & (Proposed)order Selecting Adr Process, Ecf Registration Information Handout.

3. a. *Party Served:*      MARK DESAULNIER (Defendant)

   b. *Person Served:*      EMY L. SHARP, DEPUTY CLERK AUTHORIZED TO ACCEPT

4. *Address where the party was served:*      CONTRA COSTA COUNTY BOARD OF SUPERVISORS
   COUNTY ADMINISTRATION BLD
   651 PINE STREET
   MARTINEZ, CA 94553

5. *I served the party:*
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri, Jul. 30, 2004 (2) at: 3:24PM

7. *Person who served the papers:*      Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. DAMON PULIDO      d. *The Fee for service was:* $17.50
   b. **D & T SERVICES, LTD.**      e. I am: (3) Registered California process server.
        2146 N. Main Street, Suite A                 *(i) Employee*
        P.O. Box 5383                       *(ii) Registration No.:* 475
        Walnut Creek, CA 94596            *(iii) County:* CONTRA COSTA
   c. (925) 947-1221

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

ate: Jul. 30, 2004

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jul. 01,2004      **PROOF OF SERVICE**      *(DAMON PULIDO)*      THOMPSO6.85138

| Attorney or Party without Attorney: *(Name and Address)* | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| TERRY L. THOMPSON ATTORNEY AT LAW<br>P.O. BOX 1346<br>ALAMO, CA 94507<br><br>ey *for:* Plaintiff | (000) - <br><br>*Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
**United States District Court Of Northern District Of California**

*Plaintiff:* FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.
*Defendant:* FEDERAL D. GLOVER, et al.

| **PROOF OF SERVICE**<br>**(Summons In A Civil Case,)** | *Hearing Date:* | *Time:* | *Dept/Div* | *Case Number:*<br>C04 3111EDL |
|---|---|---|---|---|

1. *At the time of service I was at least 18 Years of age and not a party to this action.*

2. **I served copies of the:**
Summons In A Civil Case, Complaint, Verification, Exhibits, Blank Notice Of Lawsuit & Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Blank Joint Cms & Proposed Order, Blank Stipulation & (Proposed)order Selecting Adr Process, Ecf Registration Information Handout.

3. a. *Party Served:*      MILLIE GREENBURG (Defendant)

   b. *Person Served:*      EMY L. SHARP, DEPUTY CLERK AUTHORIZED TO ACCEPT

4. *Address where the party was served:*      CONTRA COSTA COUNTY BOARD OF SUPERVISORS
                                             COUNTY ADMINISTRATION BLD
                                             651 PINE STREET
                                             MARTINEZ, CA 94553

5. *I served the party:*
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri, Jul. 30, 2004 (2) at: 3:24PM

7. *Person who served the papers:*               Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. DAMON PULIDO                           d. *The Fee for service was:* $17.50
   **b. D & T SERVICES, LTD.**                e. I am: (3) Registered California process server.
     2146 N. Main Street, Suite A                     *(i) Employee*
    P.O. Box 5383                                   *(ii) Registration No.:* 475
    Walnut Creek, CA 94596                    *(iii) County:* CONTRA COSTA
   c. (925) 947-1221

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date:* Jul. 30, 2004

*Judicial Council Form POS-010*                         ▶                                     
*Rule 982.9.(a)&(b) Rev Jul. 01,2004*        **PROOF OF SERVICE**      *(DAMON PULIDO)*        THOMPSO6.85140

| Attorney or Party without Attorney: TERRY L. THOMPSON ATTORNEY AT LAW P.O. BOX 1346 ALAMO, CA 94507 | Telephone No: (000) - | For Court Use Only |
|---|---|---|
| ( ey for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: United States District Court Of Northern District Of California |
|---|
| Plaintiff: FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al. |
| Defendant: FEDERAL D. GLOVER, et al. |

| PROOF OF SERVICE (Summons In A Civil Case,) | Hearing Date: | Time: | Dept/Div | Case Number: C04 3111EDL |
|---|---|---|---|---|

**1.** *At the time of service I was at least 18 Years of age and not a party to this action.*

**2.** *I served copies of the:*
Summons In A Civil Case, Complaint, Verification, Exhibits, Blank Notice Of Lawsuit & Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Blank Joint Cms & Proposed Order, Blank Stipulation & (Proposed)order Selecting Adr Process, Ecf Registration Information Handout.

**3.** *a. Party Served:*      JOHN M. GIOIA (Defendant)

     *b. Person Served:*      EMY L. SHARP, DEPUTY CLERK AUTHORIZED TO ACCEPT

**4.** *Address where the party was served:*      CONTRA COSTA COUNTY BOARD OF SUPERVISORS COUNTY ADMINISTRATION BLD 651 PINE STREET MARTINEZ, CA 94553

**5.** *I served the party:*
     a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri, Jul. 30, 2004 (2) at: 3:24PM

**7.** *Person who served the papers:*          Recoverable Costs Per CCP 1033.5(a)(4)(B)
     a. DAMON PULIDO          d. *The Fee for service was:* $17.50
     b. **D & T SERVICES, LTD.**          e. I am: (3) Registered California process server.
        2146 N. Main Street, Suite A          *(i) Employee*
        P.O. Box 5383          *(ii) Registration No.:* 475
        Walnut Creek, CA 94596          *(iii) County:* CONTRA COSTA
     c. (925) 947-1221

**8.** *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Jul. 30, 2004

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jul. 01,2004          PROOF OF SERVICE      *(DAMON PULIDO)*      THOMPSO6.85139

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>TERRY L. THOMPSON ATTORNEY AT LAW<br>P.O. BOX 1346<br>ALAMO, CA 94507<br><br>...ney *for:* Plaintiff | *Telephone No.:*<br>(000)   -<br><br>*Ref. No. or File No.:* | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Of Northern District Of California

*Plaintiff:* FAITH CENTER CHURCH EVANGELISTIC MINISTRIES,et al.
*Defendant:* FEDERAL D. GLOVER, et al.

| **PROOF OF SERVICE**<br>**(Summons In A Civil Case,)** | *Hearing Date:* | *Time:* | *Dept/Div* | *Case Number:*<br>C04 3111EDL |
|---|---|---|---|---|

*1.* At the time of service I was at least 18 Years of age and not a party to this action.

*2.* **I served copies** of the:
Summons In A Civil Case, Complaint, Verification, Exhibits, Blank Notice Of Lawsuit & Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Blank Joint Cms & Proposed Order, Blank Stipulation & (Proposed)order Selecting Adr Process, Ecf Registration Information Handout.

*3.* *a. Party Served:* FEDERAL D. GLOVER (Defendant)

   *b. Person Served:* EMY L. SHARP, DEPUTY CLERK AUTHORIZED TO ACCEPT

*4.* *Address where the party was served:* CHAIR, CO CO COUNTY BOARD OF SUPERVISORS
COUNTY ADMINISTRATION BLD
651 PINE STREET
MARTINEZ, CA 94553

*5.* I served the party:
  a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri, Jul. 30, 2004 (2) at: 3:24PM

*7.* *Person who served the papers:*
  a. DAMON PULIDO
  **b. D & T SERVICES, LTD.**
    2146 N. Main Street, Suite A
    P.O. Box 5383
    Walnut Creek, CA 94596
  c. (925) 947-1221

Recoverable Costs Per CCP 1033.5(a)(4)(B)
  d. *The Fee for service was:* $65.00
  e. I am: (3) Registered California process server.
    *(i)* *Employee*
    *(ii)* *Registration No.:* 475
    *(iii)* *County:* CONTRA COSTA

*8.* **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

...ate: Jul. 30, 2004

*Judicial Council Form POS-010*
*Rule 982.9.(a)&(b) Rev Jul. 01,2004*

PROOF OF SERVICE

*(DAMON PULIDO)*

THOMPSO6.85137

| | | *For Court Use Only* |
|---|---|---|
| *Attorney or Party without Attorney:* TERRY L. THOMPSON ATTORNEY AT LAW<br>P.O. BOX 1346<br>ALAMO, CA 94507<br><br>( ey *for:* Plaintiff | *Telephone No.:* (000) - <br><br>*Ref. No. or File No.:* | |

Insert name of Court, and Judicial District and Branch Court:
**United States District Court Of Northern District Of California**

Plaintiff: FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.
Defendant: FEDERAL D. GLOVER, et al.

| **PROOF OF SERVICE**<br>(Summons In A Civil Case,) | *Hearing Date:* | *Time:* | *Dept/Div* | *Case Number:*<br>C04 3111EDL |
|---|---|---|---|---|

---

**1.** *At the time of service I was at least 18 Years of age and not a party to this action.*

**2.** *I served copies of the:*
Summons In A Civil Case, Complaint, Verification, Exhibits, Blank Notice Of Lawsuit & Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Blank Joint Cms & Proposed Order, Blank Stipulation & (Proposed)order Selecting Adr Process, Ecf Registration Information Handout.

**3.** **a.** *Party Served:*      JOHN SWEETEN (Defendant)

     **b.** *Person Served:*      EMY L. SHARP, DEPUTY CLERK AUTHORIZED TO ACCEPT

**4.** *Address where the party was served:*      CONTRA COSTA COUNTY ADMINISTRATOR<br>     COUNTY ADMINISTRATION BLD<br>     651 PINE STREET, 11TH FLR<br>     MARTINEZ, CA 94553

**5.** *I served the party:*
     **a.** **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri, Jul. 30, 2004 (2) at: 3:24PM

**7.** *Person who served the papers:*           Recoverable Costs Per CCP 1033.5(a)(4)(B)
     **a.** DAMON PULIDO           **d.** *The Fee for service was:* $17.50
     **b. D & T SERVICES, LTD.**          **e.** I am: (3) Registered California process server.
         2146 N. Main Street, Suite A              *(i) Employee*
         P.O. Box 5383                    *(ii) Registration No.:* 475
         Walnut Creek, CA 94596            *(iii) County:* CONTRA COSTA
     **c.** (925) 947-1221

**8.** *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Jul. 30, 2004

     ► 

| Judicial Council Form POS-010<br>Rule 982.9.(a)&(b) Rev Jul. 01,2004 | PROOF OF SERVICE | *(DAMON PULIDO)* | THOMPSO6.85142 |
|---|---|---|---|

| Attorney or Party without Attorney (Name and Address): | | For Court Use Only |
|---|---|---|
| TERRY L. THOMPSON ATTORNEY AT LAW      (000)    - <br> P.O. BOX 1346 <br> ALAMO, CA 94507 | | |
| ey for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
**United States District Court Of Northern District Of California**

Plaintiff: FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.
Defendant: FEDERAL D. GLOVER, et al.

| PROOF OF SERVICE <br> (Summons In A Civil Case,) | Hearing Date: | Time: | Dept/Div | Case Number: <br> C04 3111EDL |
|---|---|---|---|---|

1. *At the time of service I was at least 18 Years of age and not a party to this action.*

2. **I served copies of the:**
   Summons In A Civil Case, Complaint, Verification, Exhibits, Blank Notice Of Lawsuit & Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Blank Joint Cms & Proposed Order, Blank Stipulation & (Proposed)order Selecting Adr Process, Ecf Registration Information Handout.

3.   a. *Party Served:*                 GAYLE B. UILKEMA (Defendant)

     b. *Person Served:*              EMY L. SHARP, DEPUTY CLERK AUTHORIZED TO ACCEPT

4. *Address where the party was served:*      CONTRA COSTA COUNTY BOARD OF SUPERVISORS <br>                                               COUNTY ADMINISTRATION BLD <br>                                                651 PINE STREET <br>                                                MARTINEZ, CA 94553

5. *I served the party:*
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri, Jul. 30, 2004 (2) at: 3:24PM

7. *Person who served the papers:*                              Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. DAMON PULIDO                                      d. **The Fee for service was:** $17.50
   b. **D & T SERVICES, LTD.**                            e. I am: (3) Registered California process server.
       2146 N. Main Street, Suite A                               *(i) Employee*
       P.O. Box 5383                                         *(ii) Registration No.:* 475
       Walnut Creek, CA 94596                            *(iii) County:* CONTRA COSTA
   c. (925) 947-1221

8. **I declare** *under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   ..te: Jul. 30, 2004

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jul. 01,2004                 **PROOF OF SERVICE**          *(DAMON PULIDO)*          THOMPSO6.85141

| Attorney or Party without Attorney:<br>TERRY L. THOMPSON ATTORNEY AT LAW<br>P.O. BOX 1346<br>ALAMO, CA 94507 | Telephone No.:<br>(000) - | For Court Use Only |
|---|---|---|
| ~~y~~ for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Of Northern District Of California |
|---|

| Plaintiff: FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al.<br>Defendant: FEDERAL D. GLOVER, et al. |
|---|

| **PROOF OF SERVICE**<br>(Summons In A Civil Case,) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C04 3111EDL |
|---|---|---|---|---|

*1. At the time of service I was at least 18 Years of age and not a party to this action.*

**2. I served copies of the:**
Summons In A Civil Case, Complaint, Verification, Exhibits, Blank Notice Of Lawsuit & Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Blank Joint Cms & Proposed Order, Blank Stipulation & (Proposed)order Selecting Adr Process, Ecf Registration Information Handout.

3.   *a. Party Served:*      LAURA O'DONAHUE (Defendant)

    *b. Person Served:*      party in item 3.a.

*4. Address where the party was served:*      1750 OAK PARK BLVD<br>         PLEASANT HILL, CA 94523

*5. I served the party:*
    a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon, Aug. 02, 2004 (2) at: 12:14PM

*7. Person who served the papers:*
    DAMON PULIDO
    ว. D & T SERVICES, LTD.
    2146 N. Main Street, Suite A
    P.O. Box 5383
    Walnut Creek, CA 94596
    c. (925) 947-1221

Recoverable Costs Per CCP 1033.5(a)(4)(B)
    d. **The Fee for service was:** $110.00
    e. I am: (3) Registered California process server.
        (i) Employee
        (ii) Registration No.: 475
        (iii) County: CONTRA COSTA

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

~~e~~: Aug. 02, 2004

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jul. 01,2004

PROOF OF SERVICE      (DAMON PULIDO)      THOMPSO6.85145

| Attorney or Party without Attorney: | (000) - | For Court Use Only |
|---|---|---|
| TERRY L. THOMPSON ATTORNEY AT LAW<br>P.O. BOX 1346<br>ALAMO, CA 94507 | | |
| ...ney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Of Northern District Of California |

Plaintiff: FAITH CENTER CHURCH EVANGELISTIC MINISTRIES,et al.
Defendant: FEDERAL D. GLOVER, et al.

| PROOF OF SERVICE<br>(Summons In A Civil Case,) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C04 3111EDL |
|---|---|---|---|---|

1. *At the time of service I was at least 18 Years of age and not a party to this action.*

2. *I served copies of the:*
   Summons In A Civil Case, Complaint, Verification, Exhibits, Blank Notice Of Lawsuit & Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Blank Joint Cms & Proposed Order, Blank Stipulation & (Proposed)order Selecting Adr Process, Ecf Registration Information Handout.

3. a. *Party Served:*      PATTY CHAN (Defendant)

   b. *Person Served:*      party in item 3.a.

4. *Address where the party was served:*      SENIOR BRANCH LIBRARIAN
   ANTIOCH BRANCH,CCC P LIBR
   501 WEST 18TH STREET
   ANTIOCH, CA 94509

5. *I served the party:*
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue, Aug. 03, 2004 (2) at: 9:10AM

7. *Person who served the papers:*
   a. NICOLE J. MATTHEWS
   b. **D & T SERVICES, LTD.**
      2146 N. Main Street, Suite A
      P.O. Box 5383
      Walnut Creek, CA 94596
   c. (925) 947-1221

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $65.00
   e. I am: (3) Registered California process server.
      *(i) Independent Contractor*
      *(ii) Registration No.:* 505
      *(iii) County:* CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Aug. 03, 2004

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev Jul. 01,2004

PROOF OF SERVICE      (NICOLE J. MATTHEWS)      THOMPSO6.85144

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

135 Main Street, 4th Floor
San Francisco, CA 94105

Phone: (415) 357-4300
Fax: (415) 357-4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20081489 | 07/28/2008 | 2001-411108 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/15/2008 | MANNCA | C043111JSW |

**CASE CAPTION**

Faith Center Church Evangelistic Ministries vs. Glover

**TERMS**

Immediate, sold FOB Merrill facility

Timothy D. Chandler
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, CA 95630

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
     Anne Cain                        71 Pages @      4.65/Page         330.15
               EXHIBITS               10 Pages @       .70/Page           7.00
               Reporter Certification                                    14.00
               Production and Code Comp                                  25.00
               TotalTranscript                                           40.00

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
     Greta Galindo                    27 Pages @      4.65/Page         125.55
               EXHIBITS                5 Pages @       .70/Page           3.50
               Reporter Certification                                    14.00
               Production and Code Comp                                  25.00
               TotalTranscript                                           40.00

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
     Patty Chan                       29 Pages @      4.65/Page         134.85
               EXHIBITS                4 Pages @       .70/Page           2.80
               Reporter Certification                                    14.00
               Production and Code Comp                                  25.00
               TotalTranscript                                           40.00
               Process/Delivery                                         30.00
               Color Copies                                              1.50
```

**TOTAL  DUE  >>>>**          872.35

TAX ID NO. : 20-2665382

(916) 932-2850    Fax  (916) 932-2851

# LEGALINK, INC.

## MERRILL LEGAL SOLUTIONS

135 Main Street, 4th Floor
San Francisco, CA 94105

Phone: (415) 357-4300
Fax: (415) 357-4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20081489 | 07/28/2008 | 2001-411108 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/15/2008 | MANNCA | C043111JSW |
| | **CASE CAPTION** | |
| | Faith Center Church Evangelistic Ministries vs. Glover | |
| | **TERMS** | |
| | Immediate, sold FOB Merrill facility | |

Timothy D. Chandler
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, CA 95630

```
Merrill Legal Solutions now includes scanned exhibits in PDF format on all Total
Transcript CD's which come with your transcript.  Simply insert the CD into your
computer and click on the Scanned Exhibits tab.
```

TAX ID NO. : 20-2665382

(916) 932-2850    Fax (916) 932-2851

*Please detach bottom portion and return with payment.*

Timothy D. Chandler
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, CA 95630

```
Invoice No.:  20081489
Date      :  07/28/2008
TOTAL DUE :     872.35


Job No.   :  2001-411108
Case No.  :  C043111JSW
Faith Center Church Evangelistic Min
```

Remit To:     **LegaLink, Inc.**
              **File 70206**
              **Los Angeles, CA 90074-0206**

# LEGALINK, INC.

### MERRILL LEGAL SOLUTIONS

135 Main Street, 4th Floor      Phone: (415) 357-4300
San Francisco, CA 94105      Fax: (415) 357-4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20081709 | 07/31/2008 | 2001-411109 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/16/2008 | SMITJA | C043111JSW |

| CASE CAPTION |
|---|
| Faith Center Church Evangelistic Ministries vs. Glover |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Timothy D. Chandler
**Alliance Defense Fund**
**101 Parkshore Drive, Suite 100**
**Folsom, CA 95630**

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Laura O' Donoghue              23 Pages @      4.65/Page       106.95
          Reporter Certification                                   14.00
          Production and Code Comp                                 25.00
          TotalTranscript                                          40.00
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Lisa Loomis                    30 Pages @      4.65/Page       139.50
          Reporter Certification                                   14.00
          Production and Code Comp                                 25.00
          TotalTranscript                                          40.00
          Process/Delivery                                         30.00
          Wait Fee               5.50 Hours @     30.00/Hour       165.00
                                                               ----------
                                  TOTAL   DUE   >>>>              599.45

Merrill Legal Solutions now includes scanned exhibits in PDF format on all Total
Transcript CD's which come with your transcript.  Simply insert the CD into your
computer and click on the Scanned Exhibits tab.
```

TAX ID NO.:  20-2665382                (916) 932-2850     Fax  (916) 932-2851

*Please detach bottom portion and return with payment.*

Timothy D. Chandler
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, CA 95630

```
Invoice No.:  20081709
Date     :  07/31/2008
TOTAL DUE  :      599.45


Job No.    :  2001-411109
Case No.   :  C043111JSW
Faith Center Church Evangelistic Min
```

Remit To:     **LegaLink, Inc.**
                **File 70206**
                **Los Angeles, CA 90074-0206**

# LEGALINK, INC.

MERRILL LEGAL SOLUTIONS

135 Main Street, 4th Floor
San Francisco, CA 94105

Phone: (415) 357-4300
Fax: (415) 357-4301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20081578 | 07/31/2008 | 2001-411110 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/17/2008 | MANNCA | C043111JSW |

| CASE CAPTION |
|---|
| Faith Center Church Evangelistic Ministries vs. Glover |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Timothy D. Chandler
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, CA 95630

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Jenna Biglow
        Minimum Charge                                   250.00
        Production and Code Comp                           25.00
        TotalTranscript                                   40.00
        Process/Delivery                                  30.00
                                                       ---------
                                TOTAL  DUE  >>>>          345.00
```

Merrill Legal Solutions now includes scanned exhibits in PDF format on all Total
Transcript CD's which come with your transcript.  Simply insert the CD into your
computer and click on the Scanned Exhibits tab.

TAX ID NO.:  20-2665382

(916) 932-2850    Fax (916) 932-2851

*Please detach bottom portion and return with payment.*

Timothy D. Chandler
Alliance Defense Fund
101 Parkshore Drive, Suite 100
Folsom, CA 95630

```
Invoice No.:   20081578
Date      :   07/31/2008
TOTAL DUE  :     345.00


Job No.   :   2001-411110
Case No.  :   C043111JSW
Faith Center Church Evangelistic Min
```

Remit To:      LegaLink, Inc.
               File 70206
               Los Angeles, CA 90074-0206