1  ALLIANCE DEFENSE FUND
   BENJAMIN W. BULL
2  Arizona State Bar No. 009940
   GARY S. McCALEB (admitted *pro hac vice*)
3  Arizona State Bar No. 018848
   15100 North 90th Street
4  Scottsdale, Arizona 85260
   Phone: (480) 444-0020; Fax: (480) 444-0028
5

6  ALLIANCE DEFENSE FUND
   TIMOTHY D. CHANDLER
7  California State Bar No. 234325
   101 Parkshore Dr., Suite 100
8  Folsom, California 95630
   Phone: (916) 932-2850; Fax: (916) 932-2851
9
   LAW OFFICES OF TERRY L. THOMPSON
10 TERRY L. THOMPSON
   California State Bar No. 199870
11 P.O. Box 1346
   Alamo, California 94507
12 Phone: (925) 855-1507; Fax: (925) 820-6034
   (designated local counsel)
13
   Attorneys for Plaintiffs
14
   COUNTY OF CONTRA COSTA
15 THOMAS L. GEIGER
   California State Bar No. 199729
16 CYNTHIA A. SCHWERIN
   California State Bar No. 204198
17 651 Pine Street, 9th Floor
   Martinez, CA 94553-1228
18 Phone: (925) 335-1800; Fax: (925) 646-1078

19 Attorneys for Defendants
20

21             IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
22

23 | FAITH CENTER CHURCH | CASE NO. C-04-3111 JSW |
   | EVANGELISTIC MINISTRIES, et al., | |
24 | | **STIPULATED REQUEST FOR ORDER** |
   | Plaintiffs, | **EXTENDING TIME TO FILE MOTION** |
25 | v. | **FOR ATTORNEYS' FEES AND NON-** |
   | | **TAXABLE COSTS** |
26 | FEDERAL D. GLOVER, et al., | |
27 | | |
   | Defendants. | |
28

FAITH CENTER V. GLOVER – STIPULATED REQUEST FOR ORDER EXTENDING TIME– C-04-3111 JSW

1

The parties stipulate as follows:

1. On July 1, 2005, this Court signed the parties' stipulation extending the deadline for filing a motion for attorneys' fees and non-taxable costs until 30 days after the time period for all appeals expired.[1] The time period to appeal this Court's summary judgment order ended on July 20, 2009,[2] meaning that Faith Center's fee motion is currently due on August 19, 2009. There have been no other time modifications in this case related to the fee motion.

2. On August 13, 2009, counsel for both parties met and conferred about Faith Center's fee motion in an attempt to resolve any disputed issues with respect to the motion, as required by Local Rule 54-6(b)(1).

3. The parties agree there is a reasonable possibility that they will be able to resolve all disputed issues with respect to Faith Center's fee motion. But given the length of the case, the parties need additional time to try to resolve the disputed issues on their own. Additionally, if a proposed agreement is reached as to all disputed issues, additional time is needed to allow a settlement to be approved formally by the County Board of Supervisors.

4. Accordingly, the parties respectfully request that the deadline for filing Faith Center's fee motion be extended by three weeks, to September 9, 2009. This extension would not have any other effect on the schedule for this case.

Respectfully submitted this 14th day of August, 2009.

By: /s/ *Timothy D. Chandler*  
Timothy D. Chandler  
Attorney for Plaintiffs

By: /s/ *Thomas L. Geiger*  
Thomas L. Geiger  
Attorney for Defendants

---

[1] *See* Notice of Withdrawal of Motion and Joint Stipulation to Change the Time for Plaintiffs' Application for Attorneys' Fees and Costs [Document #72], filed July 1, 2005.

[2] *See* Federal Rule of Appellate Procedure 4(a)(1)(A) (setting 30-day deadline for filing a notice of appeal in a civil case).

FAITH CENTER V. GLOVER – STIPULATED REQUEST FOR ORDER EXTENDING TIME– C-04-3111 JSW

2

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (s/) within this efiled document.

3                                                   By:    /s/ *Timothy D. Chandler*
4                                                         Timothy D. Chandler
                                                        Attorney for Plaintiffs

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28