Faith Center Church Evengelist Ministries et al v. Glover et al | Doc. 118

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL D. GLOVER, et al. <br><br> Defendants. | CASE NO. C-04-3111 JSW <br><br> [PROPOSED] ORDER |

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for Plaintiffs to file a motion for attorneys' fees and non-taxable costs is extended to September 9, 2009.

_/s/ Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Date: August 17, 2009

1