ALLIANCE DEFENSE FUND
BENJAMIN W. BULL
Arizona State Bar No. 009940
GARY S. McCALEB (admitted *pro hac vice*)
Arizona State Bar No. 018848
15100 North 90th Street
Scottsdale, Arizona 85260
Phone: (480) 444-0020; Fax: (480) 444-0028

ALLIANCE DEFENSE FUND
TIMOTHY D. CHANDLER
California State Bar No. 234325
101 Parkshore Dr., Suite 100
Folsom, California 95630
Phone: (916) 932-2850; Fax: (916) 932-2851

LAW OFFICES OF TERRY L. THOMPSON
TERRY L. THOMPSON
California State Bar No. 199870
P.O. Box 1346
Alamo, California 94507
Phone: (925) 855-1507; Fax: (925) 820-6034
(designated local counsel)

Attorneys for Plaintiffs

COUNTY OF CONTRA COSTA
THOMAS L. GEIGER
California State Bar No. 199729
CYNTHIA A. SCHWERIN
California State Bar No. 204198
651 Pine Street, 9th Floor
Martinez, CA 94553-1228
Phone: (925) 335-1800; Fax: (925) 646-1078

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH CENTER CHURCH EVANGELISTIC MINISTRIES, et al., <br><br> Plaintiffs, <br> v. <br><br> FEDERAL D. GLOVER, et al., <br><br> Defendants. | CASE NO. C-04-3111 JSW <br><br> **STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS** |

FAITH CENTER V. GLOVER – STIPULATED REQUEST FOR ORDER EXTENDING TIME– C-04-3111 JSW

1

Dockets.Justia.com

The parties stipulate as follows:

1. On July 1, 2005, this Court signed the parties' stipulation extending the deadline for filing a motion for attorneys' fees and non-taxable costs until 30 days after the time period for all appeals expired.[1] The time period to appeal this Court's summary judgment order ended on July 20, 2009,[2] meaning that Faith Center's fee motion was initially due on August 19, 2009.

2. On August 13, 2009, counsel for both parties met and conferred about Faith Center's fee motion in an attempt to resolve any disputed issues with respect to the motion, as required by Local Rule 54-6(b)(1).

3. On August 17, 2009, this Court signed the parties' stipulation extending the deadline for filing a motion for attorneys' fees and non-taxable costs to September 9, 2009. There have been no other time modifications in this case related to the fee motion.

4. Counsel for both parties met and conferred again on September 2, 2009, and September 3, 2009.

5. Counsel for the parties have reached a tentative proposed settlement as to *all* disputed issues related to Faith Center's fee motion. However, the proposed settlement must be considered and approved formally by the County Board of Supervisors.

6. Accordingly, the parties respectfully request that the deadline for filing Faith Center's fee motion be extended to October 23, 2009. This extension would not have any other effect on the schedule for this case.

Respectfully submitted this 4th day of September, 2009.

By:  /s/ *Timothy D. Chandler*          By:  /s/ *Thomas L. Geiger*
     Timothy D. Chandler                     Thomas L. Geiger
     Attorney for Plaintiffs                 Attorney for Defendants

---

[1] *See* Notice of Withdrawal of Motion and Joint Stipulation to Change the Time for Plaintiffs' Application for Attorneys' Fees and Costs [Document #72], filed July 1, 2005.

[2] *See* Federal Rule of Appellate Procedure 4(a)(1)(A) (setting 30-day deadline for filing a notice of appeal in a civil case).

1
2   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
3   "conformed" signature (s/) within this efiled document.

4                                             By:     /s/ *Timothy D. Chandler*____
                                                      Timothy D. Chandler
5                                                     Attorney for Plaintiffs

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28