IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH CENTER CHURCH
EVANGELISTIC MINISTRIES, et al.,

    Plaintiffs,

v.

FEDERAL D. GLOVER, et al.

    Defendants.

CASE NO. C-04-3111 JSW

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for Plaintiffs to file a motion for attorneys' fees and non-taxable costs is extended to October 23, 2009.

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Date: September 4, 2009

1

Dockets.Justia.com