UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER's FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20, <br><br> Defendants. | CASE NO. C 08-4052 <br><br> **[PROPOSED] ORDER GRANTING MOTION TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS** |

Defendants Thunderwood Holdings, Inc., Brian Dunning and Briandunning.com's Motion to Stay Civil Action Pending Resolution of Criminal Proceedings came before this Court on November 20, 2009. Having considered the Motion, the papers in support thereof, and the opposition thereto, Defendants' Motion is HEREBY GRANTED.

Dated: _____

_____
Honorable Jeremy Fogel
United States District Court Judge

1

381011v1 rr 10/15/09 19 (2785-0002)

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO STAY CIVIL ACTION
- CASE NO. C 08-4052