Stewart H. Foreman (CSB #61149)
Daniel T. Bernhard (CSB #104229)
Cathleen S. Yonahara (CSB #203802)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: foreman@freelandlaw.com
　　　　bernhard@freelandlaw.com
　　　　yonahara@freelandlaw.com

Attorneys for Defendants Todd Dunning and
Dunning Enterprise, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>　　　　Defendants. | CASE NO.: CV-08-4052 JF<br><br>CV-08-4052 JF (PVT)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS** |

Defendants Todd Dunning and Dunning Enterprise, Inc.'s Motion to Stay Civil Action Pending Resolution of Criminal Proceedings came before this Court on November 20, 2009. Having considered the Motion, the papers in support thereof, and the opposition thereto, Defendants' Motion is HEREBY GRANTED.

Dated:_____    _____
　　　　　　　　　　　　　　　　　　　　　　Honorable Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1

[PROPOSED] ORDER GRANTING MOTION TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS – CASE NO. CV-08-4052 JF (PVT)
{00130473-1}

dockets.Justia.com