Seyamack Kouretchian (State Bar No. 171741)
Seyamack@CoastLawGroup.com
Ross Campbell (State Bar No. 234827)
Rcampbell@Coast LawGroup.com
COAST LAW GROUP, LLP
1140 South Coast Highway 101
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Attorneys for Defendants, SHAWN HOGAN
and DIGITAL POINT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and Does 1-20, <br><br> Defendants. | Case No. CV 08-04052 JF PVT <br><br> **DECLARATION OF SEYAMACK KOURETCHIAN IN SUPPORT OF DEFENDANTS DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN'S MOTION FOR STAY OF PROCEEDINGS** <br><br> Date: November 20, 2009 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 3 |

I, Seyamack Kouretchian, declare:

1. I am an attorney at law duly authorized to practice law before the United States District Court for the Northern District of California and am a partner with Coast Law Group, LLP attorneys of record for defendants Shawn Hogan and Digital Point Solutions, Inc. If called upon as a witness I could and would competently testify to the following facts.

2. On September 22, 2009, I spoke via telephone with Assistant U.S. Attorney Kyle Waldinger of the United States Attorney's Office for the Northern District of California (USAO). The

Declaration of Seyamack Kouretchian in Support of
DPS Defendants' Motion for Stay of Proceedings
1
Case No. CV 08-04052 JF PVT

Dockets.Justia.com

subject of the conversation was the pending criminal investigation being undertaken by the USAO and the Federal Bureau of Investigation. During the course of the conversation, Mr. Waldinger indicated the following:: (1) Mr. Hogan is the subject of an ongoing criminal investigation as to whether activities associated with Plaintiff's affiliate marketing program constitute wire fraud under 18 U.S.C. §1343; (2) the scope of the investigation relates to the "cookie stuffing" schemes alleged against the Defendants in this case; (3) Mr. Waldinger believes that Section 1343 has been violated; (4) the USAO intends to seek an indictment based on the foregoing; and (5) and it is likely that an indictment will be issued within the early part of next year. (Kouretchian Decl. ¶2).

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: October 16, 2009

s/Seyamack Kouretchian
COAST LAW GROUP, LLP
Attorney for Defendants, Shawn Hogan
and Digital Point Solutions, Inc.