# EXHIBIT 5

## DECLARATION OF BRIAN DUNNING

I, BRIAN DUNNING, declare as follows:

1. I am an individual over the age of eighteen, and am a named defendant in the above-referenced civil action commenced by eBay Inc. ("Plaintiff"). I have firsthand personal knowledge of the facts set forth herein.

2. I am the founder and sole shareholder and representative of Defendant Thunderwood Holdings, Inc. ("Thunderwood"). Thunderwood together with my brother's company Dunning Enterprise, Inc. ("DEI") did business as Kessler's Flying Circus ("KFC").

3. Plaintiff commenced this action on August 25, 2008. A True and correct copy of Plaintiff's Second Amended Complaint is attached (without exhibits) as Exhibit "1."

4. On June 18, 2007 and prior to the commencement of this action, the Federal Bureau of Investigation ("FBI") conducted a search of my personal residence located in Laguna Niguel, California. Upon entering my home, the FBI agents, in my presence and the presence of my wife and two young children, searched every room of the house. Over the course of the next three hours, the agents proceeded to seize, itemize and remove all computer equipment in the home including all computers, disk drives, hard drives, cell phones and servers used by me. A true and correct copy of the itemized "seized property" list prepared by the FBI and given to me is attached as Exhibit "2."

5. In addition to the search and seizure, special agent Lisa Miller, who operates out of the San Francisco office of the FBI, proceeded to interview me in my living room for approximately three hours.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 15th day of October, 2009, at Laguna Niguel, California.

_____
BRIAN DUNNING

21

378033v1 u 9/25/09 4 (2785-0002)   NOTICE OF MOTION AND MOTION TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS - CASE NO. CV 08-4052 JF (PVT)

# EXHIBIT "2"

FD-597 (Rev 8-11-94)  Page 1 of 3

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 288A-SE-141681

On (date) 6/18/07

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Brian Andrew Dunning
(Street Address) 15 High Bluff
(City) Laguna Niguel, CA 92677

Description of Item(s):
1) (1) Check from "Progressive Solutions" for $6000.
2) Yellow note Pad with notes
3) State of CA Certificate of Title (2009 Jeep 1J8GA69149L166078)
4) Wells Fargo bank documents
5) Washington Mutual bank documents
6) White note pads w/ notes
7) Thunderwood Holdings Docs.
8) Senex Docs.
9) Pacific Life docs
10) IRS/Orange Co. Clerk-Recorder Docs
11) Fidelity Docs
12) Merrill Lynch Docs
13) Cingular Cell docs
14) Misc. Docs
15) Tax returns 2003, 2004

(Room A)

Received By: _____ (Signature)
Received From: _____ (Signature)

09/24/2008 WED 10:32 ITX/RX NO 7614 @003

## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

288A-SF-141681

On (date) 6/18/07

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Brian Andrew Dunning
(Street Address) 15 High Bluff
(City) Laguna Niguel, CA 92677

Description of Item(s):
15) Toshiba laptop S/N 62064761P
16) Apple laptop (macbook Pro) S/N W86073ZBJ3 w/keyboard
17) (3) acomdata hard drives S/N 65182161, S/N 65204025, S/N (no serial #)
18) Apple mini servers (4) S/N YM6332ZQW0B, S/N YM6370SKWKN, S/N YM64505DWKN, S/N YM6391LMW0B, S/N YM6251MJU36
19) Toshiba Disk Drive S/N 16G001975
20) Gateway Laptop S/N BC59847Ø134
21) Cingular Palm S/N PRCU01Q7H24F
22) Garmin 59507833
23) Sprint Treo S/N PTPC02V6H1KG
24) Dynex USB 2.0
25) Apple rechargeable battery S/N KF624496TYAB, misc. cables

(Room A)

Received By: _____ (Signature)   Received From: _____ (Signature)

FD-597 (Rev 8-11-94)                    Page 3 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 288A-SF-141681

On (date) 6/18/07

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Brian Andrew Dunning
(Street Address) 15 High Bluff
(City) Laguna Niguel, CA 92677

Description of Item(s):
26) Apple laptop S/N W840805ANRX, cable (Room C)
27) Apple desktop S/N W832011VMNHX (Room F), keyboard
28) Apple laptop S/N QT04609WJYY (Room D)
29) Samsung cell phone S/N RVEAC63868X, charger (Room D)
30) Samsung cell phone 241142148537, charger (Room D)
31) Misc docs, 4 CDs (outside trash can)
32) iPod 30GB S/N 8K6404BRV9R (Room M)
33) Apple iMAC S/N W86494QVVUV (Room I)
34) iPod 4GB YM6201NC5ZC (Room I)
35) iPod 10GB S/N U23170C2NRH (Room I)

Received By: _____ (Signature)     Received From: _____ (Signature)