FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, <br><br> Defendants. | CASE NO.: CV-08-4052 JF  PVT <br><br> **[PROPOSED] ORDER DENYING EBAY'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANTS TODD DUNNING AND DUNNING ENTERPRISE, INC.** |

Plaintiff eBay's Motion to Compel Production of Documents from Defendants Todd Dunning and Dunning Enterprise be DENIED. eBay's Motion was not substantially justified. The Court orders eBay to pay $7093.50 as attorney's fees and costs to these defendants. Payment shall be made within 10 days of the date of this order.

Dated: _____

_____
Magistrate Judge Patricia V. Trumbell
United States District Court

1

[PROPOSED] ORDER DENYING PLAINTIFF EBAY'S MOTION TO COMPEL
CASE NO. CV-08-4052 JF  PVT

{00130650-1}