Seyamack Kouretchian (State Bar No. 171741)
Seyamack@CoastLawGroup.com
Ross M. Campbell (State Bar No. 234827)
Rcampbell@Coast LawGroup.comOctober 27, 2008
COAST LAW GROUP, LLP
1140 South Coast Highway 101
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Attorneys for Defendants, SHAWN HOGAN
and DIGITAL POINT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and Does 1-20, <br><br> Defendants. | Case No. CV 08-04052 JF PVT <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSION AS TO DEFENDANTS SHAWN HOGAN AND DIGITAL POINT SOLUTIONS, INC.** |

Plaintiff EBAY, INC.'s Motion to Compel Responses to Requests for Production, Interrogatories, and Requests for Admission as to Defendants Shawn Hogan and Digital Point Solutions, Inc. was heard by the Court on November 13, 2009. Upon consideration of the papers submitted and the arguments of counsel, Plaintiff's Motion is hereby DENIED.

Dated:_____        _____
                                                                                        The Honorable Patricia V. Trumbull
                                                                                        United States Magistrate Judge

---

[Proposed] Order Denying Plaintiff's Motion to Compel        1        Case No. CV 08-04052 JF PVT