# EXHIBIT A

Dockets.Justia.com

1  Seyamack Kouretchian (State Bar No. 171741)
2  Seyamack@CoastLawGroup.com
   Ross Campbell (State Bar No. 234827)
3  Rcampbell@Coast LawGroup.com
   COAST LAW GROUP, LLP
4  1140 South Coast Highway 101
   Encinitas, California 92024
5  Tel: (760) 942-8505
6  Fax: (760) 942-8515

7  Attorneys for Defendants, SHAWN HOGAN
   and DIGITAL POINT SOLUTIONS, INC.
8

9              **UNITED STATES DISTRICT COURT**

10        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN JOSE DIVISION**

12  EBAY, INC.,                        )   Case No. CV 08-04052 JF PVT
                                       )
13          Plaintiff,                 )   **DECLARATION OF SEYAMACK**
                                       )   **KOURETCHIAN IN SUPPORT OF**
14      v.                             )   **DEFENDANTS DIGITAL POINT**
                                       )   **SOLUTIONS, INC. AND SHAWN**
15  DIGITAL POINT SOLUTIONS, INC., SHAWN )  **HOGAN'S MOTION FOR STAY OF**
    HOGAN, KESSLER'S FLYING CIRCUS,    )   **PROCEEDINGS**
16  THUNDERWOOD HOLDINGS, INC.,        )
    DUNNING, DUNNING ENTERPRISE, INC., )
17  BRIAN DUNNING, BRIANDUNNING.COM,   )   Date:  November 20, 2009
18  and Does 1-20,                     )   Time:  9:00 a.m.
                                       )   Dept.: Courtroom 3
19          Defendants.                )
                                       )
20  _____)

21

22      I, Seyamack Kouretchian, declare:

23      1.      I am an attorney at law duly authorized to practice law before the United States District

24  Court for the Northern District of California and am a partner with Coast Law Group, LLP attorneys of

25  record for defendants Shawn Hogan and Digital Point Solutions, Inc.  If called upon as a witness I could

26  and would competently testify to the following facts.

27      2.      On September 22, 2009, I spoke via telephone with Assistant U.S. Attorney Kyle

28  Waldinger of the United States Attorney's Office for the Northern District of California (USAO).  The

1   subject of the conversation was the pending criminal investigation being undertaken by the USAO and

2   the Federal Bureau of Investigation.  During the course of the conversation, Mr. Waldinger indicated the

3   following::  (1) Mr. Hogan is the subject of an ongoing criminal investigation as to whether activities

4   associated with Plaintiff's affiliate marketing program constitute wire fraud under 18 U.S.C. §1343; (2)

5   the scope of the investigation relates to the "cookie stuffing" schemes alleged against the Defendants in

6   this case; (3) Mr. Waldinger believes that Section 1343 has been violated; (4) the USAO intends to seek

7   an indictment based on the foregoing; and (5) and it is likely that an indictment will be issued within the

8   early part of next year.  (Kouretchian Decl. ¶2).

9       I declare under penalty of perjury under the laws of the State of California that the foregoing is

10  true and correct.

11  DATED: October 16, 2009                     s/Seyamack Kouretchian
                                                COAST LAW GROUP, LLP
12                                              Attorney for Defendants, Shawn Hogan
13                                              and Digital Point Solutions, Inc.